IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE AND JANE DOE, AS THE NATURAL PARENTS AND NEXT FRIENDS OF THEIR MINOR CHILD, JAMES DOE,<br><br>    Plaintiffs,<br><br>vs.<br><br>MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, ET AL.,<br><br>    Defendants. | CASE NO.: 2:08 CV 575<br><br>JUDGE GREGORY FROST<br><br>MAGISTRATE JUDGE KING<br><br>**NOTICE OF DEPOSITION OF JAMES DOE, JOHN DOE AND JANE DOE** |

Please take notice that on August 18, 2009, Defendant will take the depositions of Plaintiffs James Doe at 9:00 a.m., John Doe at 2:00 p.m. and Jane Doe at 4:00 p.m. in the above-captioned matter, upon oral examination, pursuant to the provisions of the Federal Rules of Civil Procedure, before a court reporter, notaries public, or before some other officer authorized by law to administer oaths. The above-mentioned deposition will be taken at the offices of Douglas M. Mansfield, JONES DAY, 325 John H. McConnell Boulevard, Suite 600, Columbus, OH 43215, and the oral examination will continue from day-to-day until completed.

    Respectfully submitted,

    MAZANEC, RASKIN, RYDER & KELLER CO., L.P.A.

    *s/Jason R. Deschler*
    ROBERT H. STOFFERS (0024419)
    JASON R. DESCHLER  (0080584)
    250 Civic Center Drive, Suite 400
    Columbus, Ohio  43215
    (614) 228-5931
    (614) 228-5934 - Fax
    Email:   rstoffers@mrrklaw.com
             jdeschler@mrrklaw.com
    Counsel for Defendant John Freshwater

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 24, 2009, a copy of the foregoing Notice of Deposition of James Doe, John Doe and Jane Doe was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        *s/Jason R. Deschler*
        ROBERT H. STOFFERS (0024419)
        JASON R. DESCHLER  (0080584)

        Counsel for Defendant John Freshwater

OCG-08C053\Depo Notice Aug. 19, 2009