IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE,** *et al.,*

       **Plaintiffs,**

  vs.                                          **Civil Action 2:08-CV-575**
                                                **Judge Frost**
                                                **Magistrate Judge King**

**MOUNT VERNON CITY SCHOOL**
**BOARD OF EDUCATION,** *et al.,*

       **Defendants.**

<u>ORDER</u>

       Upon motion, Doc. No. 48, Leslie Elizabeth McCarthy, Esq., is hereby **GRANTED** leave to appear *pro hac vice*, on behalf of plaintiffs, conditional on counsel's registration for electronic filing with this Court,[1] or seeking leave to be excused from doing so, within fourteen days of the date of this Order.

August 6, 2009                                  *s/Norah McCann King*
                                                   Norah M<sup>c</sup>Cann King
                                             United States Magistrate Judge

---

[1] Counsel may initiate the registration process at this Court's website, http://www.ohsd.uscourts.gov/cmecf.htm. Problems or questions should be directed to Ms. Lisa Wright, 614.719.3222.