IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**AGREED MOTION TO DISMISS DEFENDANTS MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, STEPHEN SHORT, AND WILLIAM WHITE**

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs John and Jane Doe, individually and as natural parents and next friends of their minor child, James Doe ("the Does") and Defendants Mount Vernon City School District Board of Education (the "School Board"), Stephen Short ("Short"), and William White ("White") hereby move the Court to dismiss the School Board, Short, and White and all claims against the School Board, Short, and White with prejudice. A brief memorandum in support is attached.

COI-1429283v1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| s/Douglas M. Mansfield | s/Sarah J. Moore |
| Douglas M. Mansfield (0063443) | Sarah J. Moore (0016208) |
| dmansfield@jonesday.com | sjmoore@ohioedlaw.com |
| JONES DAY | BRITTON, SMITH, PETERS |
| 325 John H. McConnell Blvd. Ste. 600 |    & KALAIL CO., L.P.A. |
| Columbus, Ohio 43215 | 3 Summit Park Drive, Ste. 400 |
| (614) 469-3939 (telephone) | Cleveland, Ohio 44131 |
| (614) 461-4198 (facsimile) | (216) 503-5055 (telephone) |
| | (216) 503-5065 (facsimile) |
| Mailing Address: | |
| JONES DAY | |
| P.O. Box 165017 | |
| Columbus, Ohio  43216-5017 | |
| | |
| Attorney for Plaintiffs | Attorney for Defendants Mount Vernon City School District Board of Education, Stephen Short, and William White |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MOUNT VERNON CITY SCHOOL<br>DISTRICT BOARD OF EDUCATION, et al.,<br><br>    Defendants. | Case No. 2:08 CV 575<br><br>Judge Frost<br><br>Magistrate Judge King |

## MEMORANDUM IN SUPPORT

    Plaintiffs John and Jane Doe, individually and as natural parents and next friends of their minor child, James Doe ("the Does") and Defendants Mount Vernon City School District Board of Education (the "School Board"), Stephen Short ("Short"), and William White ("White") have agreed to support this motion to dismiss the School Board, Short, and White and all claims in this action against the School Board, Short, and White with prejudice. These parties have executed a settlement agreement, and as a result, respectfully request that the School Board, Short, and White be dismissed from this action pursuant to Federal Rule of Civil Procedure 21, which provides that "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just."

    If granted, the dismissal of the School Board, Short, and White will not affect the remaining claims against Defendant John Freshwater, which remain pending. A proposed order is attached for the Court's convenience.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| s/Douglas M. Mansfield<br>Douglas M. Mansfield (0063443)<br>dmansfield@jonesday.com<br>JONES DAY<br>325 John H. McConnell Blvd. Ste. 600<br>Columbus, Ohio 43215<br>(614) 469-3939 (telephone)<br>(614) 461-4198 (facsimile)<br><br>Mailing Address:<br>JONES DAY<br>P.O. Box 165017<br>Columbus, Ohio  43216-5017<br><br>Attorney for Plaintiffs | s/Sarah J. Moore<br>Sarah J. Moore (0016208)<br>sjmoore@ohioedlaw.com<br>BRITTON, SMITH, PETERS<br>    & KALAIL CO., L.P.A.<br>3 Summit Park Drive, Ste. 400<br>Cleveland, Ohio 44131<br>(216) 503-5055 (telephone)<br>(216) 503-5065 (facsimile)<br><br><br><br><br><br>Attorney for Defendants Mount Vernon City School District Board of Education, Stephen Short, and William White |

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2009, I electronically filed the foregoing Agreed Motion to Dismiss Defendants Mount Vernon City School District Board of Education, Stephen Short, and William White, and Memorandum in Support, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

David K. Smith
Krista Keim
Sarah J. Moore
Elise C. Keating
BRITTON, SMITH, PETERS & KALAIL CO., L.P.A.
3 Summit Park Drive, Suite 400
Cleveland, OH 44131

*Counsel for Defendants Mount Vernon City School District Board of Education, Stephen Short, and William White*

Robert H. Stoffers
Jason R. Deschler
MAZANEC, RASKIN, RYDER & KELLER, CO., LPA
250 Civic Center Drive, Suite 400
Columbus, OH 43215

*Counsel for Defendant John Freshwater*

R. Kelly Hamilton
4030 Broadway
P. O. Box 824
Grove City, OH 43123

*Counsel for Counterclaimant John Freshwater*

                                                s/Douglas M. Mansfield
                                                Douglas M. Mansfield

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al.,<br><br>　　　　Defendants. | Case No. 2:08 CV 575<br><br>Judge Frost<br><br>Magistrate Judge King |

**ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANTS MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, STEPHEN SHORT, AND WILLIAM WHITE WITH PREJUDICE**

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, the Court hereby dismisses Defendants Mount Vernon City School District Board of Education, Stephen Short, and William White, and all claims against Defendants Mount Vernon City School District Board of Education, Stephen Short, and William White, with prejudice.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GREGORY L. FROST
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE