IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANTS MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, STEPHEN SHORT, AND WILLIAM WHITE WITH PREJUDICE**

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, the Court hereby dismisses Defendants Mount Vernon City School District Board of Education, Stephen Short, and William White, and all claims against Defendants Mount Vernon City School District Board of Education, Stephen Short, and William White, with prejudice.

**IT IS SO ORDERED.**

/s/  Gregory L. Frost
_____
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE