IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**ENTRY GRANTING JOINT MOTION TO
EXTEND THE DISCOVERY DEADLINE**

This matter came before the Court upon agreement of the parties to extend the discovery deadline from October 15, 2009 to December 18, 2009.

For good cause shown, the parties' Joint Motion to Extend the Discovery Deadline is hereby GRANTED. The discovery deadline of October 15, 2009 shall be extended to December 18, 2009. All other deadlines and dates previously scheduled in this case shall remain unchanged.

Dated: October 13, 2009

              s/Norah McCann King
              UNITED STATES MAGISTRATE JUDGE