## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE, et al.,** | **Case No. 2:08 CV 575** |
| **Plaintiffs,** | **Judge Frost** |
| v. | **Magistrate Judge King** |
| **MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al.,** | |
| **Defendants.** | |

## MOTION BY PLAINTIFFS TO MANUALLY FILE LIMITED ELECTRONIC MEDIA AS EXHIBITS IN SUPPORT OF A MOTION FOR SUMMARY JUDGMENT

Plaintiffs, John Doe and Jane Doe, individually and as natural parents and next friends of their minor child, James Doe, respectfully move this Court pursuant to the Electronic Filing Policies and Procedures Manual ("ECF Manual"), which is authorized by S. D. Ohio Civ. R. 1.1(e), to permit manual filing of limited materials in support of their forthcoming Motion for Summary Judgment. ECF Manual Rules III and IV allow for manual filing of certain materials "upon application and for good cause shown." In the unique circumstances of this case, Plaintiffs intend to file certain electronic media, including audio and video segments, in support of their Motion. Should the Court grant leave for this manual filing, Plaintiffs will file these media with the Clerk, will serve copies on opposing counsel, and, in accordance with ECF Manual Rule IV(B)(4), "file a paper index of evidence listing each exhibit then being filed and identifying the motion to which it relates."

Respectfully submitted,

s/Douglas M. Mansfield
Trial Attorney
Douglas M. Mansfield (0063443)
dmansfield@jonesday.com
JONES DAY
325 John H. McConnell Blvd. Ste. 600
Columbus, Ohio 43215

(614) 469-3939 (telephone)
(614) 461-4198 (facsimile)

Mailing Address:
JONES DAY
P.O. Box 165017
Columbus, Ohio  43216-5017

Attorney for Plaintiffs

COI-1431530v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2009, I electronically filed the foregoing Motion by Plaintiffs to Manually File Limited Electronic Media as Exhibits in Support of a Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

Robert H. Stoffers
Jason R. Deschler
MAZANEC, RASKIN, RYDER & KELLER, CO., LPA
250 Civic Center Drive, Suite 400
Columbus, OH 43215

*Counsel for Defendant John Freshwater*

R. Kelly Hamilton
4030 Broadway
P. O. Box 824
Grove City, OH 43123

*Counsel for Counterclaimant John Freshwater*

s/Douglas M. Mansfield_____
Douglas M. Mansfield

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| **Plaintiffs,** | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| **Defendants.** | |

## ORDER PERMITTING PLAINTIFFS TO FILE CERTAIN ELECTRONIC MEDIA IN SUPPORT OF THEIR FORTHCOMING MOTION FOR SUMMARY JUDGMENT

Pursuant to the Electronic Filing Policies and Procedures Manual, which is authorized by S. D. Ohio Civ. R. 1.1(e), the Court hereby grants Plaintiffs' motion to manually file certain electronic media materials in support of their forthcoming Motion for Summary Judgment.

**IT IS SO ORDERED.**

_____
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE

COI-1431530v1