IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**PLAINTIFFS' MOTION TO AMEND A PRIOR PROTECTIVE ORDER**

Plaintiffs, through undersigned counsel, respectfully move this Court to amend its protective order (Doc. No. 4), with respect to John Doe, Jane Doe, and James Doe, the Plaintiffs in this case. Due to the public nature of proceedings in another forum, the identities of these individuals have been made public, and the order no longer is needed to protect their privacy before this Court. Plaintiffs request that the Proposed Agreed Protective Order (Doc. No. 38) remain in place with respect to all minors other than James Doe. Plaintiffs' counsel contacted Jason Deschler, counsel for John Freshwater, and he agreed with Plaintiffs' request to lift the protective order as to the Doe family. Plaintiffs' counsel also left a voice mail message for R. Kelly Hamilton, co-counsel for Defendant, on Friday, November 13, and again on Monday, November 16, but has not heard back from Mr. Hamilton.

Respectfully submitted,

s/Douglas M. Mansfield
Trial Attorney
Douglas M. Mansfield (0063443)
dmansfield@jonesday.com
JONES DAY
325 John H. McConnell Blvd. Ste. 600
Columbus, Ohio 43215

(614) 469-3939 (telephone)
(614) 461-4198 (facsimile)

Mailing Address:
JONES DAY
P.O. Box 165017
Columbus, Ohio  43216-5017

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2009, I electronically filed the foregoing Plaintiffs' Motion to Amend a Prior Protective Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

Robert H. Stoffers
Jason R. Deschler
MAZANEC, RASKIN, RYDER & KELLER, CO., LPA
250 Civic Center Drive, Suite 400
Columbus, OH 43215

*Counsel for Defendant John Freshwater*

R. Kelly Hamilton
4030 Broadway
P. O. Box 824
Grove City, OH 43123

*Counsel for Counterclaimant John Freshwater*

                                                s/Douglas M. Mansfield
                                                Douglas M. Mansfield

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**ORDER AMENDING THIS COURT'S PRIOR PROTECTIVE ORDER, DOC. NO. 4**

Plaintiffs' motion to amend this Court's protective order, Doc. No. 4, is GRANTED with respect to John Doe, Jane Doe, and James Doe, the Plaintiffs in this case. Plaintiff's request that the Proposed Agreed Protective Order, Doc. No. 38, remain in place with respect to all minors other than James Doe, is hereby GRANTED.

**IT IS SO ORDERED.**


GREGORY L. FROST
UNITED STATES DISTRICT JUDGE