UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE, et al.,**

       Plaintiffs,                  Case No. 2:08-cv-575
                                       **JUDGE GREGORY L. FROST**
     v.                           Magistrate Judge Norah McCann King

**MOUNT VERNON CITY SCHOOL
DISTRICT BOARD OF EDUCATION, et al.,**

       Defendants.

## ORDER

This matter came on for consideration of Plaintiff's Motion for Leave to File Manually Limited Electronic Media as Exhibits in Support of a Motion for Summary Judgment. (Doc. # 55.) That motion is hereby **GRANTED**.

    **IT IS SO ORDERED**.

                                                    /s/ Gregory L. Frost
                                               **GREGORY L. FROST
                                             UNITED STATES DISTRICT JUDGE**