IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**ORDER AMENDING THIS COURT'S PRIOR PROTECTIVE ORDER, DOC. NO. 4**

Plaintiffs' motion to amend this Court's protective order, Doc. No. 4, is GRANTED with respect to John Doe, Jane Doe, and James Doe, the Plaintiffs in this case. Plaintiff's request that the Proposed Agreed Protective Order, Doc. No. 38, remain in place with respect to all minors other than James Doe, is hereby GRANTED.

**IT IS SO ORDERED.**

/s/ Gregory L. Frost
―――――――――――――――――
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE