# PLAINTIFFS' EXHIBITS IN SUPPORT OF MOTION
# FOR PARTIAL SUMMARY JUDGMENT

**Exhibit A:** Deposition of John Freshwater

**Exhibit B:** Declaration of Zachary Dennis

**Exhibit C:** Declaration of Jenifer Dennis (with Exhibits 1 and 2 attached)

**Exhibit D:** Declaration of Stephen Dennis (with Exhibit 1 attached)

**Exhibit E:** *In the Matter of the Termination of Employment of John Freshwater*, Hearing Transcript, 10/28/08, Testimony of Zachary Dennis, Jenifer Dennis, and John Freshwater

**Exhibit F:** *In the Matter of the Termination of Employment of John Freshwater*, Hearing Transcript, 10/2/08, 10/3/08, Testimony of Steve Short

**Exhibit G:** Schehl, Pam, *Crowd Shows Support for MV Science Teacher,* Mt. Vernon News, Apr. 17, 2008, at A1

**Exhibit H:**[1] John Freshwater Interview, "Bob Burney Live," Apr. 28, 2008

**Exhibit I:** John Freshwater Interview, "Showdown," Fox News, July 5, 2008

**Exhibit J:** John Freshwater Interview, Point of View, Aug. 1, 2008

---

[1] Exhibits H, I, and J were filed manually on November 16, 2009 by leave of Court (Doc. No. 57).

COI-1431690v1