1              IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF OHIO
2                       EASTERN DIVISION

3                          - - -

4    John Doe and Jane Doe,        :
     Individually and as the       :
5    Natural Parents and Next      :
     Friends of Their Minor        :
6    Child, James Doe,             :
                                   :
7             Plaintiffs,          :
                                   :
8       vs.                        : Case No. 2:08-CV-575
                                   : Judge Frost
9    Mount Vernon City School      :
     District Board of             :
10   Education, et al.,            :
                                   :
11            Defendants.          :

12                         - - -

13                       DEPOSITION

14   of John Freshwater, taken before me, Maria DiPaolo

15   Jones, a Notary Public in and for the State of Ohio,

16   at the offices of Jones Day, 325 John H. McConnell

17   Boulevard, Suite 600, Columbus, Ohio, on Wednesday,

18   October 14, 2009, at 9:36 a.m.

19                         - - -

20

21                  ARMSTRONG & OKEY, INC.
                222 East Town Street, 2nd Floor
22                  Columbus, Ohio  43215
                (614) 224-9481 - (800) 223-9481
23                  FAX - (614) 224-5724

24                         - - -

**ORIGINAL**

2

1    APPEARANCES:

2          Jones Day
           By Mr. Douglas Mansfield
3          Ms. Leslie E. McCarthy
           325 John H. McConnell Boulevard, Suite 600
4          Columbus, Ohio  43215-2673

5               On behalf of the Plaintiffs.

6          Mazanec, Raskin, Ryder & Keller Co., LPA
           By Mr. Jason R. Deschler
7          250 Civic Center Drive, Suite 400
           Columbus, Ohio  43215
8
           Law Office of R. Kelly Hamilton
9          By Mr. R. Kelly Hamilton
           4030 Broadway
10         Grove City, Ohio  43123

11              On behalf of Defendant John Freshwater.

12   ALSO PRESENT:

13         Mr. James Doe;
           Ms. Jane Doe;
14         Mr. John Doe.

15                         - - -

16

17

18

19

20

21

22

23

24

3

1        Wednesday Afternoon Session,

2        October 14, 2009.

3              - - -

4        STIPULATIONS

5        It is stipulated by and among counsel for the

6  respective parties that the deposition of John

7  Freshwater, a Defendant herein, called by the

8  Plaintiffs under the applicable Rules of Civil

9  Procedure, may be reduced to writing in stenotypy by

10  the Notary, whose notes thereafter may be transcribed

11  out of the presence of the witness; and that proof of

12  the official character and qualification of the

13  Notary is waived.

14              - - -

15

16

17

18

19

20

21

22

23

24

4

1                         INDEX

2                         -  -  -

3      WITNESS                                      PAGE

4      John Freshwater
          Cross-examination by Mr. Mansfield       6

5                         -  -  -

6      PLAINTIFFS' EXHIBITS                    IDENTIFIED

7       1 - 4/7/08 letter from White               66

8       2 - 4/14/08 letter from White              68

9       3 - Statement of John Freshwater          100

10      4 - Photographs (2)                        108

11      5 - Photographs (2)                        113

12      6 - Photograph                             116

13      7 - Photograph                             122

14      8 - Photograph                             130

15      9 - 3/7/03 memo from Weston                224

16     10 - "The Woodpecker" worksheet             252

17     11 - "The Giraffe" worksheet                254

18     12 - "Quiz Giraffe + Woodpecker"            255

19     13 - "Quiz - Have Fun" quiz                 256

20     14 - "Dragon History"                       257

21     15 - "Dinosaur Fossils - Age Old            258
            Debate"
22
       16 - "Dinosaur Extinction"                  260
23
       17 - "Darwin's Theory of Evolution -        261
24          A Theory in Crisis"

5

| | PLAINTIFFS' EXHIBITS | IDENTIFIED |
|---|---|---|
| 1 | | |
| 2 | 18 - Complaint form | 263 |
| 3 | 19 - 5/1/06 letter from Freshwater | 267 |
| 4 | 20 - 5/26/06 memo from Adkins and Cunningham | 275 |
| 5 | | |
| 6 | 21 - 6/8/06 letter from Maley | 276 |
| 7 | 22 - "Survival of the Fakest" | 276 |
| 8 | 23 - Extra credit document | 278 |
| 9 | 24 - Counterclaim | 298 |

- - -

6

1                           JOHN FRESHWATER

2     being by me first duly sworn, as hereinafter

3     certified, deposes and says as follows:

4                         CROSS-EXAMINATION

5     By Mr. Mansfield:

6             Q.   Good morning, Mr. Freshwater.

7             A.   Good morning.

8             Q.   Could you give us your full name and your

9     home address for the record, please.

10            A.   John David Freshwater, 7760 New Delaware

11    Road, Mount Vernon, Ohio 43050.

12            Q.   Have you ever had your deposition taken

13    before?

14            A.   No.

15            Q.   You've given testimony in the termination

16    proceeding; is that correct?

17            A.   Yes.

18            Q.   Have you given any other testimony in any

19    other kind of lawsuit or proceeding?

20            A.   No, sir.

21            Q.   Have you ever been a party to any other

22    lawsuit?

23            A.   No.

24            Q.   Have you ever been a defendant in any

7

1    lawsuit where anybody has sued you before?

2         A.    No.

3         Q.    Have you ever been a witness in any

4    lawsuit?

5         A.    No.

6         Q.    Okay.  I think you understand today that

7    I'm going to be asking you a series of questions.

8    You understand that?

9         A.    Yes.

10        Q.    And those questions are about the

11   allegations and the claims that are raised in the

12   lawsuit between you and the Doe family, right?

13        A.    Yes.

14        Q.    And I think you've sat in on enough

15   testimony and depositions in this case so far to

16   understand that when you give me an answer, you need

17   to give a verbal answer, a yes or no.  Nods of the

18   head and things of that nature --

19        A.    Okay.

20        Q.    -- don't work for the court reporter,

21   okay?

22        A.    All right.

23        Q.    The other thing you need to do is to make

24   sure that I finish my question before you give me an

8

1    answer so that it's clear that you have heard the

2    entire question and understand what the question is.

3    Okay?

4         A.    Yes.

5         Q.    And if I ask you a question today and you

6    give me an answer, I'm going to assume that you

7    understood my question; is that fair?

8         A.    Yes.

9         Q.    Okay.  And if you don't understand my

10   question for any reason, feel free to ask me to

11   rephrase it, okay?

12        A.    Thank you.

13        Q.    All right.  Are you on any kind of

14   medications today?

15        A.    No.

16        Q.    Anything else that would prevent you from

17   giving honest and truthful testimony today?

18        A.    No.

19        Q.    Where are you currently working?

20        A.    I am unemployed.

21        Q.    And you've been unemployed since when?

22        A.    Since the end of the school year

23   2007-2008.

24        Q.    So that would have been approximately

9

1    June 2008?

2         A.    That would be correct.

3         Q.    And you finished that 2007-2008 school

4    year at the Mount Vernon Middle School?

5         A.    Yes.

6         Q.    And then what was your actual date of

7    termination from Mount Vernon City Schools?

8         A.    I don't know.

9         Q.    Okay.

10        A.    I don't know.

11        Q.    What notice were you given following the

12   end of the '07-'08 school year to inform you that you

13   wouldn't be coming back for the '08-'09 school year?

14        A.    Suspended without pay June 6th -- I

15   want to say June 16th, 2008.

16        Q.    And how was that suspension without pay

17   communicated to you?

18        A.    Verbal.  And written.  It was verbal and

19   written.

20        Q.    And who told you verbally?

21        A.    That would be the administration.

22        Q.    Who in the administration?

23        A.    That would be the school board and

24   superintendent.

10

1       Q.   So that would be Mr. Short?

2       A.   Yes.  Yes.

3       Q.   Was this communication to you done at a

4 school board meeting?

5       A.   I was at the school board meeting when

6 that decision was made, yes.

7       Q.   And then following that decision -- I

8 take it there was a vote by the board?

9       A.   Yes.

10      Q.   And then did the board communicate that

11 to you or did Mr. Short communicate to you that you

12 were suspended without pay?

13      A.   I think it was the board when it came

14 back is when I heard it.  I can't really remember how

15 that transaction all took place, though.

16      Q.   Okay.  In any event, you learned on June

17 16th following that board meeting that you were

18 suspended without pay?

19      A.   Yes.

20      Q.   Are you receiving any sort of benefits as

21 part of that suspension?

22      A.   Unemployment.

23      Q.   And those are separate benefits you

24 receive from the state of Ohio; is that correct?

11

1       A.    Yes.

2       Q.    So you filed for unemployment benefits.

3       A.    Yes.

4       Q.    Okay.   When did you start receiving that?

5       A.    You're going to have to ask my wife on

6    that.   I can't give you a certain date on that one.

7       Q.    Okay.

8       A.    I'd say I don't remember.

9       Q.    Do you recall generally whether it was in

10   the summer of 2008?

11      A.    It would be very late, I would say late

12   summer.

13      Q.    Okay.

14      A.    That would be probably accurate.

15      Q.    All right.   And how much do you receive

16   on a weekly or monthly basis in unemployment

17   benefits?

18      A.    Like I say, my wife takes care of that.

19   I would say around 400.   I would say right around 400

20   on it.

21      Q.    $400 a week?

22      A.    No.   A week?   Yes.   I hate to say this,

23   but my wife takes care of that.   I apologize on that.

24      Q.    Okay.

12

1          A.    My wife takes care of that, sir.

2          Q.    So you think it's approximately 400 a

3   week or 1,600 a month; is that fair?

4          A.    Yes.

5          Q.    And how much more or less is that than

6   you were receiving from your pay as a teacher in the

7   Mount Vernon City Schools?

8          A.    Sir, it was direct deposit, my wife took

9   care of that, so I'm not going to sit here and try to

10  do the math on that right now.

11         Q.    Do you recall how much you made on an

12  annual basis as a teacher in Mount Vernon City

13  Schools?

14         A.    Yeah, I can give you that.  I'll say 54-,

15  54- or 55,000 a year.

16         Q.    Okay.  Now, as part of your teaching

17  position with the Mount Vernon City Schools you had

18  other benefits that you received, for example health

19  insurance and perhaps a 401(k) plan, things of that

20  nature.  Did you receive those back then before you

21  received the notice of suspension?

22         A.    Can you repeat that again for me, sir?

23         Q.    When you were still teaching in the --

24         A.    When I was teaching, okay.

13

1    Q.   -- in the 2007-2008 school year, aside

2    from your annual salary you received from the school

3    you also received other benefits, right?

4    A.   Yes.

5    Q.   And what were those benefits?

6    A.   There was health, Benefit Services is our

7    health from the schools and, like I say, doctor.

8    There was no dental with that, there was doctor.  It

9    was, I would say it's a standard . . .

10    Q.   Okay.

11    A.   To be honest with you, I really can't go

12    into any more detail on that.

13    Q.   You had health insurance, correct?

14    A.   Yes.

15    Q.   Did you have any kind of savings plan, a

16    401(k) savings plan, retirement plan?

17    A.   No.

18    Q.   Okay.  Has your health insurance through

19    the school district continued even though you've been

20    suspended without pay?

21    A.   Yes.  Yes, it has been.  Yes, that has

22    been.

23    Q.   What are other things that the school

24    provided to you before you were suspended that are

14

1    continuing today even after you've been suspended?

2        A.    That would be it, just the health aspect

3    of it.

4        Q.    Are you a member of a teachers union?

5        A.    No, I'm not, sir.

6        Q.    Are the teachers in the Mount Vernon City

7    Schools, there is a union that represents the

8    teachers there; is that correct?

9        A.    Yes.

10       Q.    And there's a collective bargaining

11   agreement between that union of teachers and the

12   school district?

13       A.    Yes.

14       Q.    And are you subject to that collective

15   bargaining agreement?

16       A.    I would say I'm not in the union, so I'm

17   really out of the loop on that.

18       Q.    Okay.  During some of the initial

19   proceedings in this matter, I guess before a lawsuit

20   was even filed, you had representation at some

21   meetings; a woman by the name of Lori Miller.  Do you

22   recall that?

23       A.    Yes.  She's a colleague of mine.  Yes.

24       Q.    She's not a union representative?

15

1          A.   No, she's not.  No.  No.  No.  No, she's

2     not.

3          Q.   Lori Miller is another teacher in the

4     school?

5          A.   Yes, she is.

6          Q.   But she was appearing on your behalf in

7     some of these meetings, is that what you're telling

8     me?

9          A.   Yes.

10          Q.   Okay.  Do you do any other kind of work

11     today to earn money?

12          A.   Yes; I've got Christmas trees and apples.

13          Q.   So you sell, is it a -- you sell

14     Christmas trees during the holiday.

15          A.   Seasonal.  Obviously seasonal.

16          Q.   Is that something new you've done since

17     you've been suspended, or have you done that in the

18     past?

19          A.   Obviously, I grew them nine, ten years

20     ago, and they are just coming into a marketable type

21     of thing the last two, I'll say two years.

22     Obviously, it's kind of slow and then -- so it's

23     within the last two years, yeah.

24          Q.   When did you first start selling them;

16

1    this past Christmas?

2         A.    I sold a few the Christmas before that,

3    very few, though, sir.

4         Q.    So that would have been Christmas '07 you

5    sold a few; is that right?

6         A.    Yes.

7         Q.    And then Christmas '08 you sold more.

8         A.    Right.  Yes.

9         Q.    And now Christmas '09, this year --

10        A.    Right, which I'm planning on selling.

11        Q.    Then you said you also sell apples?

12        A.    Yes.

13        Q.    I assume you have an orchard?

14        A.    Yes.

15        Q.    How big is the orchard?

16        A.    I've got about 70 apple trees.

17        Q.    Is that a you-pick type operation?

18        A.    That's rarely.  Some people come out, you

19    pick.  Mostly I'm selling them on the street or at

20    the farmers market.

21        Q.    So you take the produce down to the local

22    farmers market and sell it.

23        A.    That's correct.

24        Q.    Okay.  Any other businesses that you're

17

1    running currently?

2         A.   No.  Let me think.  Yeah.  Just started

3    up this past week doing stump removals.  Tree stump

4    removals.

5         Q.   Do you own equipment to do that kind of

6    stuff, removals?

7         A.   That's a difficult one.  I hate to say,

8    that's a difficult one for me to explain.  That

9    equipment was a gift.

10        Q.   Okay.  Well, you have the equipment?

11        A.   Oh, yes.  I have the equipment, yeah.

12   When you asked that, it's like, well, I have the

13   equipment.  I do not -- I don't know, I don't really

14   know if I own it.  I don't own it.  I'll say I don't

15   own it, but I do have the equipment, yes.

16        Q.   So someone has given that equipment to

17   you or you're borrowing it --

18        A.   Yes.

19        Q.   -- and you're using that equipment for

20   that business.

21        A.   Yes.

22        Q.   Okay.  Do you have a ballpark how much

23   money you earn on an annual basis from the Christmas

24   tree sales, the apple sales, and the stump removal

18

1   business combined?

2        A.   You're going to have to ask my wife on

3   that.  I'm embarrassed to say, but I don't know.  My

4   wife takes care of that.

5        Q.   Okay.

6        A.   She just takes care of the income.

7        Q.   Since you were suspended have you tried

8   to find employment somewhere else?

9        A.   Oh, yes.

10       Q.   Where did you look?

11       A.   All over Ohio.  Obviously, mostly around

12  Knox County and Columbus, Franklin, Mansfield area.

13       Q.   Were these teaching positions or --

14       A.   Yes.

15       Q.   All teaching positions you were looking

16  for.

17       A.   Yes.  Also even out of state.

18       Q.   Okay.  And did you have interviews at

19  some schools?

20       A.   Few.  Very few.

21       Q.   At what schools did you happen to land an

22  interview with?

23       A.   A phone interview out of state, first

24  time I'd ever done that, and an interview in Marion.

19

1    That would be it.

2        Q.   Were either of those two positions

3    offered to you?

4        A.   No.

5        Q.   Did those school systems or those schools

6    tell you why they were not -- they had decided not to

7    hire you?

8        A.   No.

9        Q.   Have you tried to find work aside from

10   teaching since you've been suspended?

11       A.   Can I just back up on that last question?

12       Q.   Sure.

13       A.   Well, I applied to a lot, okay, I even

14   would say 25, 30 -- I'll give you a number on that.

15       Q.   Okay.

16       A.   -- 25, 30 teaching positions.

17       Q.   And you've submitted written

18   applications --

19       A.   Yes.

20       Q.   -- to 25 or 30 schools?

21       A.   All the appropriate ways of doing it,

22   either on the internet or written, you know, whatever

23   method they asked for.

24       Q.   And of those 25 or 30, I think what

1  you're telling me is you heard back from 2 that

2  actually wanted to interview you; is that right?

3      A.   Yes.

4      Q.   And then neither of those two offered you

5  a position.

6      A.   Correct.

7      Q.   Okay.  Of these 25 to 30, were they all

8  public schools?

9      A.   No; there were some private schools also.

10     Q.   How many private schools out of that mix?

11     A.   I'd say four.

12     Q.   Those were parochial schools?

13     A.   Yeah.  Some of them were even on-line

14  schools, school on-line type stuff.

15     Q.   Okay.

16     A.   But yeah, some were with parochial

17  schools.  I can think of three of them.

18     Q.   Three of the four --

19     A.   Yeah.

20     Q.   -- were parochial.

21     A.   Yeah, I can think of three.  Yes.

22     Q.   What were those schools?

23     A.   I'm just trying to think.  This was

24  just -- some of these might have been just

21

1    conversations, one was in Delaware, I think it's

2    called Delaware Christian School, World Harvest, and

3    the other one I'm trying to pull up a name, it was

4    down by Reynoldsburg.  South of Reynoldsburg.  It was

5    a good little distance.  South of Reynoldsburg, it's

6    a Christian school, I can't pull up the name right

7    now, sir.  It was just kind of off of 270.

8         Q.   Did any of those schools communicate to

9    you the result of your application, in other words,

10   why they weren't hiring you?

11        A.   I can't remember, sir.  There were so

12   many I went through, I don't remember.

13        Q.   You don't specifically recall either of

14   these three parochial schools we just talked about

15   calling you and saying "We're not going to hire you

16   and this is why," anything along those lines?

17        A.   I don't remember, sir.

18        Q.   Of the total of 25 or 30 schools that you

19   applied to did any of them communicate to you why

20   they were not hiring you?

21        A.   Yeah.  Some of them was because of the

22   situation.

23        Q.   Because of your suspension?

24        A.   Yes.

22

1      Q.    Okay.

2      A.    Because of recognition of a name.

3      Q.    And they specifically told you that.

4      A.    Did I have anybody who specifically told

5   me that?  I'm just running through all June in my

6   brain here, sir.

7      Q.    That's fine.  What I'm trying to get at

8   is whether these schools actually told you they

9   weren't hiring you because of your suspension or

10  whether it was just sort of your supposition that

11  that was why they were not hiring you.

12     A.    Yes, there was one that was very clear it

13  was because of my name.

14     Q.    One was very clear?

15     A.    Yeah, I recall that.

16     Q.    And the others, they didn't say anything

17  to you.

18     A.    I would have to go back and -- I'm not

19  sure, sir.

20     Q.    As you sit here today you don't recall

21  any others aside from that one specifically telling

22  you.

23     A.    Yeah, I can recall one right now.

24     Q.    All right.  Aside from the 25 to 30

23

1   school teaching jobs you tried to get have you tried

2   to get any other employment since being suspended?

3           A.   Yes.

4           Q.   And what was that?

5           A.   I got my CDL license, CDL-8 license for

6   bus driving.  I got a certification for bus driving.

7           Q.   Have you landed a position to drive a

8   bus?

9           A.   No.

10          Q.   Have you applied anywhere?

11          A.   Yeah.

12          Q.   And where have you applied?

13          A.   That would be Highland schools.

14          Q.   The only one you applied to for a bus

15  driving position was Highland schools?

16          A.   Yes.

17          Q.   And they turned your application down?

18          A.   No.  My application went all the way

19  to -- they spent all the time with me, name is

20  Belcher, Tim Belcher's brother, devoted an awful lot

21  of time with me, and it went to the school board and

22  they rejected me, with all understanding he thought I

23  would well fit the position.

24          Q.   Did the school board give a reason why

24

1    they were rejecting you?

2         A.   The school board told Mr. Belcher.

3    Mr. Belcher told me.

4         Q.   What did Mr. Belcher tell you that the

5    school board had communicated to him?

6         A.   It was a phone conversation, he said

7    that, he goes "I don't understand why they didn't

8    pick you up at the school board members.  I don't

9    know what rejected you.  Said no."

10        Q.   Did he give you a reason why they

11   rejected you?

12        A.   I do believe he said name recognition.

13   Name.

14        Q.   Do you intend to try to land a bus

15   driving position at other schools, or apply at other

16   schools I should ask?

17        A.   I put most of my emphasis in trying to

18   get back into teaching, so that was my emphasis over

19   the summer.

20        Q.   So aside from trying to get a teaching

21   job and this one bus driving position, have you tried

22   to land any other jobs since being suspended?

23        A.   The stump grinding, which I found very

24   interesting last week.  Short story on it.  At a

25

1    friend's house doing a stump, I think it was the

2    second one I had, second job doing a stump, and a

3    contractor went by, he contracted out the houses next

4    door to remove their trees, that type of thing, and

5    he wanted to subcontract.  And I went next door to

6    look at the job, he gave me a business card, that

7    type of thing.  The owners wasn't out then, we just

8    looked at it.

9             I think by the time I started it was six

10   or seven trees, stumps, pretty good size stumps, big.

11   Said I might be able to start even today, so I went

12   next door and got started and did two of them.

13   Talked to the owner; nice conversation.  My name came

14   up.  I didn't -- went home, the contractor called me

15   up the next day and says, "I have to fire you from

16   the job."  I said "Why?"  "Because of your name."  So

17   I couldn't even do stumps.

18        Q.   Okay.  Aside from these applications and

19   positions we talked about so far are there any other

20   types of jobs that you tried to get since being

21   suspended?

22        A.   That's all I can think of now, sir.

23        Q.   How long have you been a teacher or how

24   long were you a teacher I guess?

ARMSTRONG & OKEY, INC., Columbus, Ohio (614) 224-9481

26

1          A.   Twenty-four years.

2          Q.   Twenty-four years?

3          A.   Twenty-four years, yeah.

4          Q.   And was that entire 24-year period in the

5     Mount Vernon City Schools?

6          A.   No, it was not.

7          Q.   How long were you in Mount Vernon City

8     Schools?

9          A.   Twenty-one.

10         Q.   And that was from 19 --

11         A.   '87.

12         Q.   Through the 2008 school year.

13         A.   Yeah.

14         Q.   And then prior to Mount Vernon where did

15    you teach?

16         A.   Idaho.  Idaho.

17         Q.   All in the same school system?

18         A.   In Idaho?

19         Q.   Yes.

20         A.   Yes.  There was a -- I taught during the

21    summer out there; it was in another school system.  I

22    would say two.  Two different school systems out

23    there, one was during the summer.

24         Q.   Okay.  So one was during the regular

27

1   school calendar year.

2        A.   Yes.

3        Q.   And the other one was a summer position.

4        A.   Yes.

5        Q.   How long did those two positions last?

6        A.   Three years.

7        Q.   And that was the first teaching position

8   you had?

9        A.   Yes, it was.

10        Q.   Where did you go to college?

11        A.   Ohio University and Hocking Technical

12   College.

13        Q.   Do you have a degree?

14        A.   Associate degree from Hocking Tech, a BS

15   from Ohio University.

16        Q.   And what's your associate's degree in?

17        A.   Recreational wildlife.

18        Q.   Did that degree, that's an associate's

19   degree you said?

20        A.   Yes.

21        Q.   So it's a two-year degree?

22        A.   Yes.

23        Q.   Did that degree require studying biology?

24        A.   There was some biology classes, it was

28

1    more directed -- it was a technical school so it

2    would be more directed to animals, larger animals, so

3    it wasn't so much -- there was, boy, I'm trying to

4    think.  There might have been some -- yes, I'll say

5    yes.  Yes, there was biology.

6          Q.   And what does a degree in recreational

7    wildlife mean?  What kind of a degree was that?

8          A.   Rephrase that, would you please?

9          Q.   Yeah, you said you obtained -- your

10   degree was an associate's degree in recreational

11   wildlife, correct?

12         A.   Yes.

13         Q.   Tell me what a degree in recreational

14   wildlife is.

15         A.   Positionwise, that type of thing, what

16   would you do when you came out with that type of

17   degree?

18         Q.   Why don't we start with what you studied

19   to get that degree.

20         A.   Birds, parks, fire, fish, management.

21         Q.   So it's a wildlife management type

22   degree --

23         A.   Yeah.

24         Q.   -- is that right?

29

1        A.    That's where the direction kind of is.

2   You can go a lot of different directions with it.

3   It's a two-year degree so you can kind of take off

4   whatever direction you want.  You can go into law

5   enforcement with that, you can go into management

6   with it, parks and rec, national parks, state parks,

7   that kind of thing.

8        Q.    What was your intention or what was your

9   focus in that program?

10       A.    It's been a long time, sir.

11       Q.    Well, let me ask it this way, was your

12  focus on the law enforcement side?  Was it on the

13  park management side?  What do you recall it being?

14       A.    I can't remember, sir.

15       Q.    I take it you went to Hocking Technical

16  College first before you went to Ohio University?

17       A.    No.  I went to OU then Hocking Technical,

18  then back to OU.

19       Q.    Okay.  What was your degree in from Ohio

20  University?

21       A.    It would be in education, biology.

22  Biological science.

23       Q.    And as part of that degree, obviously you

24  did coursework in biology; is that right?

30

1          A.   Yeah.

2          Q.   Did you do coursework in chemistry?

3          A.   Yes.

4          Q.   How about coursework in electrical

5     sciences?

6          A.   Yes.  That's part of it.

7          Q.   Any other topic areas that were part of

8     that curriculum for that degree?

9          A.   I'd have to go back and look at the

10    syllabus and all that.  Four years, I mean . . .

11         Q.   I assume it included physical sciences.

12         A.   Yes.

13         Q.   Okay.  So things like geology and

14    paleontology; is that correct?

15         A.   Yes.

16         Q.   Did it run the --

17         A.   Did you say "paleontology"?  No.

18    Geology.

19         Q.   Geology, but not paleontology?

20         A.   I don't remember a course in that, sir.

21         Q.   Okay.  Did you study paleontology as part

22    of your geology coursework?

23         A.   I don't remember, sir.

24         Q.   Do you remember receiving any formal

31

1    training in paleontology?  In other words, it being a

2    component of any class you took at Ohio University or

3    Hocking Technical College.

4           A.    I don't remember, sir.

5           Q.    When did you receive your degree from

6    Ohio University?

7           A.    From Ohio University?

8           Q.    Yes.

9           A.    1980.

10          Q.    And your degree from Hocking Technical

11   College would have been --

12          A.    I'll say '78.  1978.

13          Q.    Okay.  And what did you do immediately

14   following graduation from Ohio University?

15          A.    Went on my honeymoon on a fire tower.

16          Q.    You got married that summer?

17          A.    That December.  And then we went to Idaho

18   and spent four or five months on a fire tower in

19   central Idaho.

20          Q.    Was that a paid position?

21          A.    Yes.

22          Q.    Who were you working for?

23          A.    The Department of Agriculture.

24          Q.    The Idaho Department of Agriculture?

32

1      A.    No, it would be USDA.

2      Q.    Okay.  And did you get hired for that

3 position coming out of Ohio University?

4      A.    Yeah.  That was -- yes.

5      Q.    How did you end up or happen to end up

6 moving from Ohio to Idaho?

7      A.    How?  We just drove across.

8      Q.    What I'm trying to figure out is how did

9 you end up landing the job with the U.S. Department

10 of Agriculture working in Idaho?

11      A.    A lot of volunteer work years before.

12 Volunteering out there through college, I mean in my

13 college years, summers was volunteering out there.

14      Q.    So you had gone out there during college

15 during summer breaks --

16      A.    Yes.

17      Q.    -- to do volunteer work.

18      A.    Yes.

19      Q.    And you landed this position because they

20 knew of you.

21      A.    Yes.

22      Q.    And so after you graduated from Ohio

23 University you and your new wife moved to Idaho to

24 work out there for half a year, approximately.

33

1        A.    When did we move out there?  Yes.

2        Q.    Okay.  And then after working for the

3   USDA in Idaho did you then -- what did you then do?

4        A.    I continued to work with them in the

5   summers.  It's seasonal positions.  Excuse me.  Those

6   are seasonal positions.

7        Q.    Okay.

8        A.    And I ended up getting a teaching

9   position there in Idaho, in Ashton, Idaho.

10       Q.    And that's the teaching position we were

11  talking about before?

12       A.    That was 1984.  And that's, yes, that is

13  the teaching position that we were talking about,

14  yes.

15       Q.    So you started your teaching position in

16  Ashton, Idaho, in 1984?

17       A.    Yes.

18       Q.    And then you worked there for

19  approximately three years.

20       A.    Three years.

21       Q.    And then you moved back to Ohio?

22       A.    Yes.

23       Q.    And you started at Mount Vernon City

24  Schools.

34

1      A.   Yeah.

2      Q.   There was no -- was there any other job

3   between the Ashton, Idaho, school job and the Mount

4   Vernon school job?

5      A.   You want all?  There's a lot of jobs

6   there, sir.  You want those jobs?

7      Q.   Well --

8      A.   A lot of seasonal jobs.  I don't know if

9   that's information that you want or not.

10      Q.   Were these seasonal jobs all akin to the

11   USDA job you had?

12      A.   Yeah, because it was firefighting, smoke

13   jumping, yeah, those are all -- guard, recreational

14   guard there.  Yes, those would be all USDA.

15      Q.   I think you said that you went out to

16   Idaho in 1980 and you didn't start your teaching

17   position until 1984.  What did you do in that

18   four-year period?

19      A.   There was a -- I worked at -- that was

20   not USDA, that was the national parks system, so

21   that's a different system.  I worked with -- I'm

22   trying to think of the name of it.

23           I worked with juvenile delinquents.  I'm

24   trying to pull up the name here.  Tuscarawas County

35

1  Juvenile Delinquents Developmental Center, something

2  like that.  It was in Tuscarawas County, and that was

3  a line staff working up to doing some teaching there

4  and more, a little bit of administration there.

5      Q.   And how long was that position at the

6  Tuscarawas juvenile center?

7      A.   I'll say three.

8      Q.   Three years?

9      A.   Three years, yeah.

10      Q.   And that was in between, sometime in

11  between --

12      A.   Yeah.  In that time period, yes.

13      Q.   Okay.  So you were in Idaho in 1980 and

14  then you were back to Ohio in 1981 roughly?  Is that

15  right?

16      A.   Yes.  Yeah.

17      Q.   Then you were back to Idaho in 1984.

18      A.   '4, yes.

19      Q.   And I'm sorry, how long did you say you

20  were with Tuscarawas; about three years?

21      A.   About three years.

22      Q.   What were your day-to-day

23  responsibilities at Tuscarawas?

24      A.   Working with juvenile delinquents,

36

1   checking them in.  It's been awhile.

2          Q.   What was your title there?

3          A.   Title.  I don't remember.

4          Q.   Tell me what you did on a day-to-day

5   basis there.

6          A.   Check in the kids when they came in.

7          Q.   These are new kids being processed into

8   the school?

9          A.   Yeah, did new kid processing, the

10  paperwork involved in that, and making sure they

11  behaved, there were certain rules, lunch, later, I'll

12  call it a recess outside, so I was involved in

13  some -- it wasn't so much -- there was some teaching

14  there.

15         Q.   What did the teaching involve?

16         A.   They had a scheduled teacher but we

17  would -- almost like a tutor.  I would say a better

18  word would be maybe a tutor.  That would be probably

19  a better word to describe that one.

20         Q.   Okay.  And I take it you tutored these

21  kids in whatever subject they happened to need help

22  in.

23         A.   Yeah.  Yes.

24         Q.   So you weren't in a teaching position at

37

1    the Tuscarawas school.

2         A.   No, I was not.

3         Q.   And why did you leave the Tuscarawas

4    school?

5         A.   That was -- I'll have to add another

6    school in here.

7         Q.   Okay.

8         A.   It was a training down in Southwestern

9    Technical College in North Carolina I think was the

10   title for it, I was down there for about five months

11   for, it was more law enforcement, national park

12   ranger training.  It was a training there.  So I was

13   going that direction.

14        Q.   So that was a school you attended.

15        A.   Yeah.  Yes.  I apologize, I didn't give

16   you that one earlier.

17        Q.   And that was in that 1981 to '84 time

18   frame?

19        A.   I would say that would be around '83-'84

20   time period.

21        Q.   Had you already left Tuscarawas when you

22   went to the Southwestern Technical College?

23        A.   My wife stayed there and I went to

24   school.  It was a three-month training, about three

38

1    months worth of training.

2         Q.    And then you received a certificate of

3    some kind from that school?

4         A.    Yeah.   I received a certificate from

5    that.

6         Q.    And what was the certificate in?   You

7    were certified to do what?

8         A.    Be able to be a national park ranger.

9    Training as needed for being a national park ranger.

10        Q.    And were you fired by Tuscarawas --

11        A.    No.

12        Q.    -- juvenile center?

13        A.    No.

14        Q.    Why did you leave there?

15        A.    More education.

16        Q.    And were you fired by the school in

17   Ashton, Idaho?

18        A.    Oh, no.

19        Q.    Why did you leave there?

20        A.    Teaching job in Mount Vernon.

21        Q.    Have you ever worked as a national park

22   ranger?

23        A.    State park, but not national park.

24        Q.    In Ohio or Idaho?

39

1          A.    That would be Ohio.  That would be Salt

2   Fork State Park.

3          Q.    When did you work there?

4          A.    1980.  You notice that's prior --

5          Q.    Right.

6          A.    -- because it was a position where I kind

7   of shadowed a state park ranger.

8          Q.    Okay.  So it was an apprenticeship type

9   thing?

10         A.    Yeah, that would probably be the best way

11   to describe that one.

12         Q.    How long did that last?

13         A.    Seasonal.  Summer.

14         Q.    After you received your certificate from

15   the Southwestern Technical College in North Carolina,

16   you didn't work as a park ranger anywhere?

17         A.    No, I did not.

18         Q.    Was there a reason for that?

19         A.    Yeah.  I received, actually received a

20   position to do that in northern Florida, but at the

21   same time I received a position as a smoke jumper in

22   Oregon, and I knew which one I was going to take in

23   that; no question.

24         Q.    Okay.  So you went to Oregon for some

40

1  period of time?

2         A.    Yes.

3         Q.    Okay.

4         A.    That was, again, that was a seasonal

5  position.

6         Q.    All right.  But then after Oregon, was

7  that when you came back to Ohio to teach?

8         A.    No.  No, because on the way out that's

9  when I received the position in Ashton, Idaho, for

10 teaching.

11        Q.    Okay.

12        A.    So I got my teaching job shortly after I

13 got the position fighting forest fires.

14        Q.    In this training you received to be a

15 park ranger, I take it you learned a lot about safety

16 issues; is that right?

17        A.    Sure.

18        Q.    You learned about fire safety, obviously.

19        A.    In that one, I'd say no.  Not fire on

20 that one.

21        Q.    I'm asking collectively in all your

22 training to become a park ranger or wildlife

23 management, all these types of trainings that you've

24 gone through, part of the subject matter you've

41

1    studied has been -- has included safety issues.

2         A.    Yes.  Yes.

3         Q.    And that would include fire safety.

4         A.    Yeah.

5         Q.    Okay.  And it includes safety about

6    working with various types of equipment, I assume.

7         A.    Yes.

8         Q.    What other types of safety things would

9    you have learned?

10        A.    Just from those classes, that's all there

11   was, sir.

12        Q.    You mentioned before as part of your

13   degree at Ohio University you had studied the

14   electrical sciences.  Did any of your training in the

15   national park areas deal with electricity or training

16   about electricity?

17        A.    No.

18        Q.    Okay.  Have you ever done electrical

19   work?

20        A.    No.

21        Q.    Have you ever wired a new circuit in your

22   own house?

23        A.    With assistance, with somebody, yes.

24        Q.    Was that somebody a, I'm not going to

42

1    report you to the authorities, don't worry, but was

2    that a licensed electrician or not?

3            A.   Yes, it was.

4            Q.   It was?

5            A.   Yes.

6            Q.   Okay.

7            A.   A colleague of mine.

8            Q.   Okay.  And that person walked you through

9    the process of --

10           A.   Well, he did it or he walked me through

11   some things I could help him with, yes.

12           Q.   Was it just on one occasion, or have you

13   done that a number of times?

14           A.   That's all I can think of, sir.

15           Q.   Okay.  When you came to Mount Vernon

16   schools, did you begin as a science teacher?

17           A.   Yes.  Yes.

18           Q.   And for your entire tenure at Mount

19   Vernon City Schools did you always teach science?

20           A.   Yes.

21           Q.   Were you always an eighth grade science

22   teacher?

23           A.   Yes.

24           Q.   So for the entire 21 years in Mount

43

1   Vernon City Schools you were a middle school science

2   teacher.

3          A.    Yes.

4          Q.    Have you ever taught other subjects from

5   time to time to fill in or to assist when needed?

6          A.    No.

7          Q.    As part of your schooling -- I take it it

8   was your intention when you got your teaching degree

9   to become a science teacher; is that right?

10         A.    Repeat that again.

11         Q.    As part of your getting your teaching

12  degree from Ohio University, it sounds to me like it

13  was your intention to become a science teacher.

14         A.    Yes.  Yes.

15         Q.    Okay.

16         A.    Yes.

17         Q.    So I take it that's the reason for

18  studying all these science subjects while you were at

19  Ohio University.

20         A.    Yes.

21         Q.    Do you have any science or natural

22  science related hobbies?  You mentioned before that

23  you, part of your training was bird watching I think,

24  do you do any of those types of things?

44

1      A.   Yeah.   Yes.

2      Q.   What types of things are those?

3      A.   When I'm just outside working, I recall

4  noticing birds and identifying them.

5      Q.   I'm talking about hobbies.   Do you have a

6  hobby?   I mean, some people have a sailboat, some

7  people --

8      A.   My Christmas trees and my apples.

9      Q.   Okay.   Do you have any other hobbies?

10      A.   Fishing.   Hunting.   Traveling.

11      Q.   Traveling?

12      A.   Traveling.

13      Q.   Have you received any awards from your

14  teaching over the years?

15      A.   Yes.

16      Q.   What are those awards?

17      A.   Would be distinguished teacher award.

18      Q.   And how often did you receive that award?

19      A.   From Mount Vernon, twice.

20      Q.   Do you recall when that was, the years?

21      A.   I'm trying to think what they were.

22  Around 2000 and 2006 or '7.   '6, '7.   Also --

23      Q.   And --

24      A.   Well, also -- well, that wasn't really an

45

award.  Okay.

Q.  How was the distinguished teacher award decided?  I mean, how did that process work?

A.  You would have to ask administration on that one.

Q.  I take it someone voted on that award.

A.  I'm not sure.  You'd have to ask administration.

Q.  Do you know how many teachers each year in the Mount Vernon City -- let's just take the middle school, how many teachers in the middle school receive a distinguished teacher award each year?

A.  Four.

Q.  Then do you have an approximate number of how many throughout the school district would receive that distinguished teacher award annually?

A.  No, I wouldn't, sir.

Q.  Any other awards you received as a teacher during your tenure at Mount Vernon?

A.  National teachers magazine.

Q.  What was that?

A.  It was an article about teaching fighting fires, they did a interview on that.

Q.  So that was an interview or a story that

46

1   appeared --

2        A.   Right.

3        Q.   -- in a magazine?

4        A.   Yes.

5        Q.   So that wasn't really an award, it was

6   just --

7        A.   Right.  That's why I was a little

8   hesitant in telling you that, sir.

9        Q.   Okay.  Any other awards besides the

10  distinguished teacher award, actual accommodation or

11  award or medal that you received?

12       A.   I'll say no.

13       Q.   And were these distinguished teacher

14  awards subject specific?  In other words, did you

15  receive the award as the outstanding teacher in

16  science, or what were they?

17       A.   I wouldn't say subject.  I think it's

18  more personal.

19       Q.   Just a general teacher award.

20       A.   I don't know.  You'd have to ask

21  administration.  I don't know how they determine or

22  how they come up with it.

23       Q.   Okay.  Have you ever been fired from any

24  position aside from this current one we're here today

47

1  on?

2          A.   No.

3          Q.   Have you ever been convicted of a crime?

4          A.   No.

5          Q.   You have no criminal record I take it.

6          A.   No.

7               MR. DESCHLER:  Note my objection.

8               MR. MANSFIELD:  Well, we've got to get

9   this straight right now.  We can't have both of you

10  guys objecting to the deposition.  So I assume

11  Kelly's defending John today; is that right?

12              MR. HAMILTON:  We both will be objecting

13  based upon our mutual and distinct representation.

14              MR. MANSFIELD:  You can't both object.

15  Only one counsel's permitted to appear on behalf of a

16  witness, I mean, we all know that.

17              MR. HAMILTON:  We're here for separate

18  purposes.

19          Q.   Now, since you've been suspended without

20  pay from Mount Vernon City Schools you've told me

21  about some of the work you've tried to obtain.  Are

22  you receiving -- so you're receiving some money from

23  that work, correct?

24          A.   That's correct.

48

1    Q.   And you're receiving money from

2  unemployment benefits, correct?

3    A.   That's correct.

4    Q.   And as I understand it, you're receiving

5  financial assistance from people in the community as

6  well; is that correct?

7    A.   That would be correct.

8    Q.   Okay.  And I've heard it referred to as a

9  Christian handshake; is that a fair characterization?

10    A.   Yeah, that would be fair.

11    Q.   And is that money going to you personally

12  as well as to pay your legal fees?

13    A.   Yes.

14    Q.   Do you have a, I guess you should know,

15  but do you know how much of that money you've

16  received since being suspended?

17    A.   You'll have to ask my wife.

18    Q.   Okay.  She's keeping track of that

19  number, whatever it happens to be?

20    A.   Yes, I would guess so.

21    Q.   Does your wife work?

22    A.   Yes.

23    Q.   And where does she work?

24    A.   It's a, called Care Net, it's a nonprofit

49

1   organization in Mount Vernon.

2           Q.   What does she do there?

3           A.   She would be considered a center

4   director.

5           Q.   How long has she worked there?

6           A.   Five years.

7           Q.   So before you were suspended, and she

8   continues there today --

9           A.   Yes.

10          Q.   -- after you've been suspended.

11          A.   Yes.

12          Q.   Okay.  And that's a paid position?

13          A.   Yes.

14          Q.   Aside from your unemployment benefits,

15  the money you received from these businesses we

16  talked about and the Christian handshakes, are you

17  receiving any other form of financial support

18  currently?

19          A.   No.

20          Q.   Now, we talked about this a little bit

21  before, you were at the board meeting on June 16th,

22  2008, when the board voted to suspend you; is that

23  right?

24          A.   Yes.

1        Q.   And then shortly after that we've heard

2    testimony in this case that there was a rally on the

3    Square; you're familiar with that?

4        A.   Yes.

5        Q.   Okay.  And do you recall the date of that

6    rally on the Square?

7        A.   April 16th, 2008.

8        Q.   So that rally actually predated your

9    suspension.

10       A.   Yes.

11       Q.   And what was the purpose of that rally?

12       A.   I didn't -- the purpose behind it.

13   You're going to have to talk to somebody else about

14   that.

15       Q.   You attended the rally, though, right?

16       A.   Yes.  I was there, yes.

17       Q.   And you spoke at the rally.

18       A.   Very short.

19       Q.   Okay.  Do you know who created the rally?

20       A.   That would have been Coach Daubenmire.

21       Q.   That's David Daubenmire?

22       A.   Yeah.

23       Q.   And you referred to him as "coach."

24       A.   Yeah.  That's his -- he goes by that.  He