51

1    used to coach at Mount Vernon.

2        Q.   So he coordinated the -- Coach Daubenmire

3    coordinated this rally on the Square; is that right?

4        A.   To my understanding, yes.

5        Q.   Did you help him in any way to organize

6    the event?

7        A.   No.

8        Q.   Did you try to find folks to come to

9    attend the event?

10       A.   No.

11       Q.   You didn't do anything to pass the word

12   out that this rally on the Square is going to take

13   place.

14       A.   No.

15       Q.   Okay.  What was the purpose of the rally?

16   Why did Coach Daubenmire decide to hold this rally?

17       A.   A phone call from me.

18       Q.   So you asked him to do it.

19       A.   I didn't ask him to do it.  I was just

20   communicating to him about what took place on April

21   16th.

22       Q.   And when you say that, April 16th, tell

23   me what happened on that date.

24       A.   That was the day that Mr. -- my

52

1    administration, Mr. White came into my room and he

2    asked me to remove my Bible from my desk.

3         Q.   Okay.  And then you sometime that day,

4    you told this to David Daubenmire; is that right?

5         A.   Yes.

6         Q.   And you called him?

7         A.   Yes, I called him.

8         Q.   And you told him what?  What did you tell

9    Dave Daubenmire?

10        A.   I can't give you exact words what was

11   said there, sir.

12        Q.   Well, just the -- what was the subject or

13   the purpose?  Obviously you told him the school

14   district had told you to remove your Bible.

15        A.   Yes.

16        Q.   And you told him that you didn't feel

17   that was right, I assume?

18        A.   From everything he taught me, yes.

19        Q.   And how is he teaching you things?  Is he

20   one of your ministers?

21        A.   No.  He was a teacher of a class at the

22   Nazarene college I took.

23        Q.   Just one class that you had with David

24   Daubenmire?

53

1      A.   I had several.  I had I think two classes

2  with him.

3      Q.   And what were these classes about?

4      A.   It was -- the title of the one was

5  religion, it was Religion in the Classroom I do

6  believe.

7      Q.   And what was the second one?

8      A.   You'd have to look at my record on that,

9  it's probably in the school record on that because it

10  was -- they were -- the school paid for it --

11      Q.   Okay.

12      A.   -- and suggested these classes.

13      Q.   You don't remember the subject area of

14  that second class.

15      A.   No, I don't.

16      Q.   Did it also deal somehow with religion in

17  the classroom?

18      A.   I don't remember, sir.

19      Q.   The class that you did take on religion

20  in the classroom, what was taught there?

21      A.   I don't remember what was all -- you can

22  ask Coach on that.

23      Q.   Okay.  Was the purpose of the class to

24  teach you what you can and cannot teach in regards to

54

1   religion in a classroom?

2        A.   It was religion in the classroom.  I'm

3   not going to try to recall what, three years ago or

4   four years ago I took it, what was -- it was religion

5   in the classroom as a teacher and related to religion

6   for teachers in the classroom.

7        Q.   Okay.  Was one of the topics about what

8   you cannot do in terms of teaching religion in a

9   classroom?

10        A.   Yeah.  Oh, yes.

11        Q.   Okay.  And one of the topics is then what

12   you can do in a public classroom in terms of teaching

13   religion.

14        A.   Yes.

15        Q.   And as part of that class, the curriculum

16   I assume would have discussed what was permitted,

17   correct?

18        A.   Yes.

19        Q.   And the curriculum also would have

20   discussed what was prohibited, correct?

21        A.   Yes.

22        Q.   And so as part of that class Coach

23   Daubenmire would have talked about different

24   particular things that teachers could or could not do

55

1    in a public classroom; is that right?

2         A.   Yes.

3         Q.   Do you still have the course syllabus or

4    materials from that class?

5         A.   No.   I don't have -- well, no.

6         Q.   Was there a particular textbook that

7    Mr. Daubenmire used?

8         A.   Yeah, there was a textbook that went with

9    that.   Yes.

10        Q.   Do you still have that textbook?

11        A.   I don't remember, sir.

12        Q.   Is there any reason you would have thrown

13   it away?

14        A.   If it was in my classroom at the school,

15   it might have got thrown away, okay?

16        Q.   You remember having it in your classroom

17   at school.

18        A.   I do not remember.   I'm saying if it was

19   in my classroom, it could have gotten thrown away.   I

20   do not know.

21        Q.   Do you recall actually keeping that book

22   in your classroom as opposed to keeping it at home?

23        A.   No, I do not.

24        Q.   Okay.   Does Coach Daubenmire still teach

56

1      that course at Mount Vernon Nazarene College?

2             A.   I don't know.

3             Q.   And when did you take that class?

4             A.   You're going to have to -- you'll have to

5      look in my records on that, I'm not going to try to

6      pin that one.  I mean, it was in 2000.

7             Q.   In the 2000s you mean?

8             A.   In the 2000s, yeah.  It was in the 2000s.

9             Q.   In this decade.

10            A.   Yes.

11            Q.   But you don't recall whether it was,

12     let's say before 2005 or after 2005.

13            A.   It was after 2004 I think it's safe to

14     say.

15            Q.   Both classes were after 2004?

16            A.   I'm not sure of that.

17            Q.   Okay.  But the Religion in the Classroom

18     class, you remember that one being after 2004.

19            A.   Yes.

20            Q.   Okay.  You mentioned that you applied to

21     the Mount Vernon City Schools for them to pay for

22     these classes; is that right?

23            A.   Yes.

24            Q.   And so the school district authorized you

57

1  to take the classes and they also paid for your

2  tuition.

3      A.   They sent a memo out or an e-mail out and

4  then after you take the class, you get reimbursed,

5  yes.

6      Q.   So the memo was to you approving you to

7  take the class?

8      A.   Oh, all teachers had the -- get the memo.

9      Q.   Okay.  So a broadcast e-mail goes out to

10  all teachers --

11      A.   Correct.

12      Q.   -- saying these are classes you that are

13  approved you can take, if you do take them, we'll

14  reimburse you.

15      A.   Yeah.  If the money is there, yes.

16      Q.   Okay.  So there's a full gamut of

17  different types of classes that you could take that

18  the school district would pay for?

19      A.   Yes.

20      Q.   And they just include those all in that

21  broadcast e-mail that they send out to the teachers?

22      A.   Yes.

23      Q.   Were the only two classes that you took

24  taking advantage of this the two classes we just

58

1    talked about?

2         A.   No.  I've taken, over the years, more

3    classes at the Naz.

4         Q.   Okay.

5         A.   Yes, there's others.

6         Q.   What were those classes?

7         A.   They're in my file.  I don't know.

8         Q.   Is it fair to say they all related

9    somehow to religion?

10        A.   No.  No.

11        Q.   Okay.  Some of them related to religion?

12        A.   Maybe only that one.  I don't know, sir.

13        Q.   Do you recall the subject matter of any

14   of the others?

15        A.   No.  No.  Well -- no.

16        Q.   And you're telling me that those classes

17   would be listed in your personnel records --

18        A.   Yes.

19        Q.   -- with the Mount Vernon City Schools.

20        A.   Yes.

21        Q.   Okay.  Let's get back to this April

22   16th.  You called Coach Daubenmire, right?

23        A.   Yes.

24        Q.   And you tell him these things we already

59

1    talked about; is that right?

2          A.   Uh-huh.

3          Q.   You have to say "yes."

4          A.   Yes.

5          Q.   And then what was his reaction or his

6    response?

7          A.   He asked me if I would be available after

8    school to talk with him, and I said "Yes."

9          Q.   So you called him I guess shortly after

10   meeting sometime --

11         A.   Yes.

12         Q.   Lunchtime?

13         A.   That would be fair to say.

14         Q.   And he asked you if you were available

15   after school.

16         A.   Yes.

17         Q.   And then I take it you met with Coach

18   Daubenmire.

19         A.   Yes.

20         Q.   Where did you meet?

21         A.   The parking lot at Smith Hardware Store I

22   believe that would be.

23         Q.   Does Coach Daubenmire still live in Mount

24   Vernon, or did he at that time I should ask?

60

1          A.    No.

2          Q.    And then was it just the two of you that

3   met at that parking lot?

4          A.    My wife came shortly afterwards.

5          Q.    And that's it, the three of you.

6          A.    Yes.

7          Q.    What did you discuss in that meeting?

8          A.    About what took place at school that day.

9          Q.    And what did Coach Daubenmire advise you

10  or suggest that you should do or what should be done?

11         A.    He said, "Let's walk up to the Square."

12  He handed me a paper and said, "Look at this paper,"

13  and I read through it, do I agree with it after

14  reading through it very quickly.  I said I agreed

15  with the information on there.  Turned the corner

16  around the bank there and saw a large crowd up there,

17  which kind of surprised me.

18         Q.    So Coach Daubenmire had obviously

19  arranged things already for people to be there at the

20  Square.

21         A.    Yes.

22         Q.    And he had not told you that when he met

23  you initially.  Or maybe I should --

24         A.    The parking lot there -- I think he might

61

1   have said there might be some people up there.  I'm

2   not quite sure the conversation in that parking lot,

3   sir.

4        Q.   But you understood there would be some

5   people there, right?

6        A.   Yeah, he contacted some people.  Yes.

7        Q.   And I guess your surprise was you didn't

8   know there would be that many people.

9        A.   The number.

10        Q.   Okay.  When you talked to Coach

11   Daubenmire earlier that day on the 16th at

12   lunchtime or whenever it was, did he ask you to try

13   to find people to come to the Square?

14        A.   No.

15        Q.   Your wife attended the rally on the

16   Square?

17        A.   Yes.  Yes, she walked up with me.  Yes.

18        Q.   Any other family members?

19        A.   No.  My daughter was having a softball

20   game that day, so in the back of my mind I'm

21   thinking, I want to go watch her play softball.  She

22   wasn't there, obviously.

23        Q.   Coach Daubenmire handed you this paper.

24   Did he know -- did you know he was going to show you

62

1   a paper based on your conversation earlier in the

2   day?

3        A.   I don't remember, sir.

4        Q.   What was that paper?

5        A.   It was the paper that I read on the

6   Square.

7        Q.   So he had typed up a statement for you to

8   read; is that right?

9        A.   Yes.

10       Q.   Okay.  And so you reviewed it before you

11   read it.

12       A.   Yeah, as we were kind of walking and

13   talking.  Yes.

14       Q.   And you already told us you agreed with

15   what was on that paper.

16       A.   After reading it very quickly and

17   briefly, yes.

18       Q.   Okay.  And then you read that paper on

19   the Square, correct?

20       A.   Yes.

21       Q.   And Coach Daubenmire also made a speech

22   on the Square.

23       A.   I found out later he did, yes.  I left.

24   I went to a softball game.

63

1      Q.    So tell me the chronology of events at

2   this rally on the Square.  What happened when you and

3   the coach and your wife first got there?

4      A.    Went right to the middle of the Square, a

5   fairly large group of people there, I said hello to a

6   few people I knew, you know, I knew some people there

7   so I shook hands or said hello or very brief

8   conversations, I read the script, and I said, "I'm

9   going to a softball game."

10     Q.    Did Coach Daubenmire introduce you first?

11     A.    You'd have to ask him.  I don't remember.

12  I don't remember for sure.

13     Q.    And so you read your statement and then

14  you announced that you were leaving for the softball

15  game.

16     A.    Yes.

17     Q.    Did your wife leave with you?

18     A.    Yes.  Oh, yeah.

19     Q.    But Coach Daubenmire and others remained

20  on the Square for some period of time.

21     A.    From what I hear -- after, I heard --

22  yes.

23     Q.    Right.  And after the fact you heard that

24  Coach Daubenmire also made some speech there on the

64

1    Square.

2           A.    Can you repeat that?

3           Q.    After the fact you came to learn that --

4           A.    Yes.

5           Q.    -- Coach Daubenmire also made a speech?

6           A.    Yes.

7           Q.    Did you have counsel there with you at

8    the Square?

9           A.    My counsel was Coach Dave Daubenmire.

10          Q.    Legal counsel is what I'm asking.

11          A.    Oh, legal counsel?  No.

12          Q.    And what was the statement that you read,

13   to the best of your recollection?

14          A.    Obviously had something about the Bible

15   being on my desk.  I had a constitutional right to

16   leave it sitting on my desk.  That's all I . . .

17          Q.    Do you still have that paper?

18          A.    All my documents I've turned over so I

19   don't know.

20          Q.    Okay.  So you had it before and you gave

21   it to counsel.

22          A.    Yes.

23          Q.    The thrust of the message that you read

24   was that it was unfair, in your view, that you were

65

1   being, I'll use the word "persecuted" for having a

2   Bible on your desk?

3          A.   I don't like the word "persecuted."

4          Q.   Yeah, that's a bad word.

5          A.   Pick another one there.

6          Q.   Okay.  I'll rephrase that.

7          A.   That's fine.

8          Q.   The thrust of the message that you read

9   that day on the Square was your objection that the

10  school had issues with you because you had a Bible on

11  your desk.

12         A.   I would have to go back and look at the

13  document.  I guess I don't feel comfortable in trying

14  to remember what the document said exactly, sir.

15         Q.   Okay.  That's fair.

16         A.   If you had the document, I would look at

17  the document.  I don't know if you have it or not.

18         Q.   We'll try to find that later.  I'm not

19  sure we have it.

20         A.   That's fine.

21              MR. HAMILTON:  Do you want to take a

22  break and find it?  We've been going an hour and 20.

23              MR. MANSFIELD:  Sure, we can do that.

24              (Recess taken, 10:49 to 11:02 a.m.)

66

1          MR. MANSFIELD:  Back on the record here.

2     Q.   Mr. Freshwater, before we took a break we

3     were talking about the rally on the Square, and I'm

4     going to hand you a few documents to see if we can't

5     figure out the chronology here.

6          MR. MANSFIELD:  Could you mark this

7     Exhibit 1, please.

8          (EXHIBIT MARKED FOR IDENTIFICATION.)

9     Q.   Mr. Freshwater, I'm handing you what has

10    been marked as Deposition Exhibit 1.  Take a minute

11    to look at that for me, please.

12    A.   Do you want me to read through it?

13    Q.   Well, let me ask you, you're familiar

14    with this letter?

15    A.   Yes.

16    Q.   And that's the letter that was given to

17    you by Bill White, your principal at the school; is

18    that right?

19    A.   Yes, in a meeting I received this.  Yes.

20    Q.   And the letter is dated April 7th,

21    2008.  Do you see that?

22    A.   Yes.

23    Q.   And the meeting was on April 7th, 2008;

24    is that right?

67

1         A.    Yes.  Since it says April 7th here,

2    yes, I would assume so.

3         Q.    And where did Mr. White meet with you on

4    that date?

5         A.    That would be in his office.

6         Q.    He called you into his office?

7         A.    I don't know if it was a phone call or an

8    e-mail.  I was contacted from him, sir.

9         Q.    Was anybody else in the office with you

10   and Mr. White?

11        A.    I do believe it was Mr. White and myself,

12   from what I remember, Steve Short.  Superintendent

13   Steve Short from what I remember.

14        Q.    You recall him being there in the April

15   7th meeting?

16        A.    I'm not going to -- I'm not going to --

17        Q.    You're not going to swear to it.

18        A.    Yeah.  I'm not 100 percent certain.

19        Q.    Okay.  That's fine.  This letter outlines

20   two general topics, right?  One is issues with you

21   concerning the Fellowship of Christian Athletes, and

22   the second being a Bible on your desk; is that right?

23        A.    Yeah.  Can I look at this real quickly?

24        Q.    Sure.

68

1        A.    Because I remember reading this many

2    times at the time, when I see this it's like yeah,

3    I've read this many times, but let me refresh.

4        Q.    Why don't you read it first and then tell

5    me --

6        A.    Can I read the whole thing now?

7        Q.    Yeah, you may read it, and then tell me

8    when you're finished.

9        A.    Is it okay if I mark on this?

10       Q.    Not on that exhibit, no.

11       A.    All right.  Okay, sir.

12             MR. MANSFIELD:  Mark that.

13             (EXHIBIT MARKED FOR IDENTIFICATION.)

14       Q.    Mr. Freshwater, let me also hand you what

15   we've just marked as Freshwater Deposition Exhibit

16   No. 2 as well.  Why don't you take a second to look

17   at that one.

18       A.    Okay.

19       Q.    You've had a chance to read both those

20   letters?

21       A.    Yeah.  Very quickly, but yes.

22       Q.    Okay.  I want to make sure we all

23   understand the chronology here.  On April 7th,

24   2008, Mr. White gave you that letter that we've

69

1   marked as Exhibit 1; is that correct?

2        A.   Yes.

3        Q.   And do you recall specifically meeting

4   with Mr. White on April 7th, 2008?

5        A.   Yes.

6        Q.   So he called you into his office and he

7   handed you this letter.

8        A.   Somehow he communicated to me to come to

9   the office, yes.

10       Q.   And then when you were in his office, you

11  read this letter, correct?

12       A.   There was a lot of communications and I

13  was reading when he handed it to me.

14       Q.   Okay.

15       A.   Yes.

16       Q.   But you and he discussed this letter on

17  April 7th, 2008, in his office.

18       A.   Very quickly.  Like I said, there was a

19  lot of discussion.  I would assume that I read it in

20  there with him -- with him also.

21       Q.   Okay.  Fair enough.

22       A.   Dialogue between the two of us, yes.

23       Q.   And that dialogue was about the two

24  topics that are outlined in this letter, correct, one

70

1    is the FCA issue and the second is religious

2    materials in the classroom?

3            A.   I would assume so, yes.

4            Q.   The second issue here that's on the

5    second page of Exhibit 1 is the issue we've been

6    talking about a little bit already today which is

7    about the Bible being on your desk, correct?

8            A.   Yes, sir.

9            Q.   And what do you recall Mr. White telling

10   you about the Bible being on the desk?

11           A.   I would assume that it was about this

12   right here, what's stated here.

13           Q.   Mr. White asked you or told you that you

14   need to remove the Bible from your desk?

15           A.   Yes, that's what it's saying here.  Yes.

16           Q.   And he also told you that you needed to

17   remove other religious materials that were in your

18   classroom as well, correct?

19           A.   With regard to religious materials in the

20   classroom, "While you certainly may read your bible

21   on your on, duty free time . . . it cannot be sitting

22   out on your desk when students are in the classroom."

23   "As for the 10 Commandments" -- again, he's talking

24   about the Ten Commandments here and the Bible.

71

1          Q.    And you did have a Bible on your desk,

2    correct?

3          A.    That is correct, sir.

4          Q.    In fact, I assume it's the same Bible

5    that is sitting in front of you here today.

6          A.    That would be correct, sir.

7          Q.    You kept that Bible out on, was it the

8    corner of your desk?

9          A.    Yes.

10         Q.    And you kept that out there on a daily

11   basis during the school year.

12         A.    Twenty-one years worth, yes.

13         Q.    And you also had some other religious

14   posters, these Ten Commandments posters and things of

15   that nature at various places in your classroom; is

16   that right?

17         A.    They were -- yeah, they were book -- I'm

18   just listening to your words.  They were book covers,

19   sir.

20         Q.    Book covers?

21         A.    Book covers, yes.

22         Q.    We'll call them book covers or whatever

23   you want to call them, but there was a Ten

24   Commandments book cover that appeared I think in

72

1    three different places in your classroom; is that

2    correct?

3         A.   Yeah, four -- three different places.  I

4    mean --

5         Q.   You tell me.  I've seen references and,

6    you know, as we've gone through these proceedings

7    that there were three different, some people referred

8    to them as posters and you're referring to them as

9    book covers, but three different lists of the Ten

10   Commandments that appeared in your classroom

11   somewhere.  For example, there was one on the back of

12   your classroom door; is that right?

13        A.   No, that was -- I'm trying to think what

14   was there.  My standards was there and Einstein was

15   there.

16        Q.   Where did you have the Ten Commandments

17   book covers in your classroom?

18        A.   The book covers were beside the door in

19   the window for security purposes.

20        Q.   Okay.  Covering the glass?

21        A.   Yes.

22        Q.   Okay.

23        A.   Yes.

24        Q.   And so there was one on either side of

73

1   the door covering glass?

2        A.   There was just one series of windows

3   there beside the door.

4        Q.   So the windows were only one side of the

5   door, not the other side of the door.

6        A.   Correct.

7        Q.   Okay.  And you said the Ten Commandments

8   book cover was on either side of the door.  What did

9   you mean by that?

10       A.   I misspoke then.

11       Q.   Okay.  So one place in the classroom

12   where the Ten Commandments list was was on this

13   window next to your door, correct?

14       A.   Yes.

15       Q.   And where else was it in your classroom?

16       A.   That's the only place I can recall right

17   now that they were at.

18       Q.   Do you recall there being a Ten

19   Commandments posted on your bulletin board below a

20   picture of President Bush?

21       A.   You're talking about my patriotic picture

22   poster there?

23       Q.   Correct.

24       A.   Yeah, there may have been one there.

74

1    Yes, sir.

2         Q.   So there's one in the window and then one

3    under that patriotic poster on the bulletin board.

4         A.   There was more than one in the window.

5    There was three --

6         Q.   Okay.

7         A.   -- in the window covering the window for

8    security purposes, and then there may have been one

9    over there on the poster, on the bulletin board.

10        Q.   So three different Ten Commandments lists

11   that were on the window; is that right?

12        A.   Yeah.  You brought in the word "list."

13        Q.   I'll call it book cover.

14        A.   You used the word "list" there.  I'm

15   trying to figure out what you mean by "list."

16        Q.   Let me start over.  The Ten Commandments,

17   obviously there's Ten Commandments, correct?

18        A.   Yeah.

19        Q.   I'm calling that a list, a list of the

20   Ten Commandments.

21        A.   Okay.

22        Q.   So there were three different book covers

23   that had the Ten Commandments on them that were on

24   that window next to your door.

75

1          A.    But there was other things on that book

2     cover, so you continue to say --

3          Q.    Okay.

4          A.    There is some motivational sayings

5     from --

6          Q.    Okay.  We'll talk about that a little

7     later.

8          A.    Okay.

9          Q.    Right now all I'm trying to figure out is

10    there were -- the Ten Commandments were repeated

11    three times in some fashion --

12         A.    There's three book covers up there.

13    There's three book covers up there.

14         Q.    And each of those book covers had the Ten

15    Commandments on them.

16         A.    Yes.  Yes.

17         Q.    And then you recall that there was likely

18    the Ten Commandments that also appeared on the

19    bulletin board underneath the patriotic poster.

20         A.    Yes.

21         Q.    And those posters were up during the

22    2007-2008 school year, correct?

23         A.    Yes.

24         Q.    How long had they been up before then?

76

1       A.   When did the administration give those to

2  me?  I'll say five, no, even more than that.  Nine

3  years.  I'll say nine years on that, sir.

4       Q.   And you say that the administration gave

5  you those --

6       A.   They were down in the office; yes, the

7  administration.

8       Q.   And how did they give them to you?

9       A.   That was nine years ago.  I don't

10  remember.

11       Q.   Well, you said the administration gave

12  them to you.  I want to know how they happened to

13  give them --

14       A.   Oh, they usually have them downstairs.

15  Guidance counselors usually have the book covers

16  downstairs for teachers' availability to give the

17  students.

18       Q.   Okay.  These are book covers that you

19  could hand out to students to use to protect their

20  books?

21       A.   To my understanding, yes.

22       Q.   And they're available down in the

23  guidance counselor's office.

24       A.   Down in the guidance counselor's office.

77

1      Q.   Did someone actually give them to you or

2   they were made available and you went down and got

3   them?

4      A.   I don't remember, sir.

5      Q.   You don't actually remember someone in

6   the administration coming up to your classroom and

7   handing these things to you, do you?

8      A.   I do not -- I don't remember, sir.

9      Q.   Okay.

10          MR. DESCHLER:  I just want to clarify

11   something; this is on your question.

12          Do you not remember whether they were

13   given to you by administration, or do you not

14   remember -- or you can't remember whether you got

15   them from the administration or --

16          THE WITNESS:  No; I got them from

17   administration.  I remember I got them from

18   administration.

19          MR. DESCHLER:  I just wanted to clarify

20   what you, because you asked it sort of --

21          MR. MANSFIELD:  Yeah, okay.

22      Q.   You don't remember as you sit here today,

23   you can't recall anybody from administration actually

24   physically giving you those book covers, correct?

78

1          A.   I do not remember.

2          Q.   So my statement is correct.

3          A.   Yes.

4          Q.   Okay.  What you know as you sit here

5    today is that those book covers were available in the

6    guidance counselor's office, correct?

7          A.   Yes.

8          Q.   And any teacher could go down there and

9    take one or more of those book covers if you wanted

10   to.

11         A.   Yeah.  If they're in the office down

12   there, yes.

13         Q.   So more than likely that's how you

14   obtained those book covers, isn't it?

15         A.   Right.

16         Q.   You would have gone down to the guidance

17   counselor's office and picked one or more of them up.

18         A.   Yes.

19         Q.   Okay.  If you take a look at Exhibit 2

20   for a second here, actually, before I get to that,

21   when Mr. White and you were discussing the letter

22   that's in Exhibit 1, he relayed to you that there

23   were issues with the FCA and there were issues with

24   religious items in your classroom, correct?

79

1          A.    Can you repeat that again?

2          Q.    When you and Mr. White were discussing

3     this letter that he gave to you --

4          A.    Yes.

5          Q.    -- which we've marked as Exhibit 1, you

6     and he discussed the fact that the school had issues

7     both with your conduct at FCA and with the use of

8     religious items in your classroom, correct?

9          A.    Yes.

10         Q.    Okay.  Mr. White told you you needed to

11    remove the Bible from your desk.

12         A.    Yeah, in the document here.  Yes.

13         Q.    What was your response?

14         A.    Confusion.  I'll try to give you the best

15    response, I was definitely confused.  I guess that's

16    the best way I can . . .

17         Q.    Did you tell him that you would comply or

18    that you wouldn't comply?

19         A.    I remember walking out of the meeting

20    being confused.

21         Q.    Did he give you a directive when you left

22    that meeting like it has to be removed?

23         A.    Oh, no.  No.

24         Q.    Okay.

80

1      A.   No, there was no deadline or anything

2  like that.  No.

3      Q.   He had just simply told you you need to

4  remove it from your desk.

5      A.   Yes.

6      Q.   That's on April 7th.  Do you recall

7  contacting Coach Daubenmire about this issue --

8      A.   No.

9      Q.   -- on April 7th?

10     A.   No.  No.

11     Q.   Okay.  If you look at Exhibit 2, this is

12  a letter that Mr. White gave to you on April 14th,

13  2008; is that correct?

14     A.   That would be correct, sir.

15     Q.   And you actually signed there at the

16  bottom acknowledging receipt of that letter.

17     A.   Yes, I did.

18     Q.   How did Mr. White give this letter to

19  you?  In other words, did he call you into the office

20  again somehow?

21     A.   I'm just trying to recall the way the

22  events was.  There was a meeting between these.

23     Q.   Right.  This exhibit --

24     A.   April -- I'm trying to recall the time

81

1    line here, or days.  April 11th --

2         Q.    Right.

3         A.    -- I had a meeting with Mr. White,

4    informal, formal, I don't know, but it was in the

5    copy room.

6         Q.    Okay.

7         A.    Because of the confusion from April

8    7th.  I remember we -- he's hard -- he's hard to

9    track down, okay.  April 11th, if I recall

10   correctly, is a Friday, and we had a meeting in the

11   copy room that helped the confusion from this letter.

12        Q.    Was this just a meeting by happenstance?

13        A.    I'm glad it did happen, okay, because it

14   cleared up the confusion on this one.

15        Q.    When you --

16        A.    Because he said to remove the Bible here,

17   let me look at it again.  Yeah.  And at the 11th

18   meeting he said, he goes, "I meant Bibles," and he

19   clarified it with the FCA Bibles that were in the

20   back of the room.

21        Q.    So in your meeting on April 11th, this

22   was just a meeting by chance, right?  You happened to

23   run into him in the copy room?

24        A.    Well, it was a good -- I was down there

82

1    copying some things off, but I had all intentions of

2    connecting up with him.

3         Q.    All right.

4         A.    So I didn't try to avoid him.  I didn't

5    try -- it was like Whoa, I've got an opportunity,

6    here he is, let's talk, that type of thing.

7         Q.    Okay.  At that meeting he told you -- he

8    clarified what he meant about the Bibles.

9         A.    The Bible, that it was Bibles.

10        Q.    Okay.  So actually in the first meeting

11   you understood it just to be the one Bible on your

12   desk.

13        A.    Yes.  And that's why I was confused

14   there.  And he said now I'm dealing with Bibles.  I

15   said, "Oh, I have no problem" -- I'm not sure what

16   exactly I said, but it was like, "Yeah, I can take

17   care of that."

18        Q.    And what did you understand him to mean

19   when he said "Bibles" on April 11th?

20        A.    The Bibles in the back of the room for

21   FCA.

22        Q.    Did you understand from your conversation

23   with him on April 11th that there was not an issue

24   with the Bible on your desk, only an issue with the

83

1   FCA Bibles in the back of your room?

2          A.   Yeah, on that conversation we had on

3   April 11th, yes.

4          Q.   So leaving that conversation on April

5   11th you understood, well, in your mind you thought

6   that you were allowed to keep the Bible on your desk.

7          A.   Yes.

8          Q.   But that you had to remove the FCA Bibles

9   that were in the back of your room.

10          A.   That is correct.

11          Q.   And tell me about those FCA Bibles; where

12   were they?

13          A.   Back of the room in the corner.

14          Q.   In a box?

15          A.   Yes.

16          Q.   In a bag, too?

17          A.   I recall a box.

18          Q.   Okay.  Were they -- was that box open on

19   the top so you could see in?

20          A.   I don't -- they were FCA -- I don't know.

21          Q.   How long had they been there in your

22   classroom?

23          A.   When did the students bring those in, or

24   whoever brought them in I should say?  Three, I'll

84

1    say three years.

2          Q.   Okay.

3          A.   Four years.   Three, four years, sir.

4          Q.   How did you get those Bibles?

5               MR. HAMILTON:  Do you mean he himself or

6    the FCA?

7               MR. MANSFIELD:  He himself.

8          A.   Oh, FCA brought them in.  It wasn't -- I

9    didn't bring them in, sir.

10         Q.   How did you end up having them in your

11   classroom, let me ask it that way?

12         A.   I don't remember all that transaction

13   three, four years ago.  I don't know how that -- they

14   just -- students brought them in.  I don't recall

15   that whole transition.  They came in -- I don't

16   remember, sir.

17         Q.   Do you recall -- these Bibles were all

18   the same book, correct?  The same version of the

19   Bible.

20         A.   I didn't dig all the way down through

21   those boxes so I don't know.

22         Q.   I assume they were all new Bibles.

23         A.   I don't know.  I didn't go down through

24   them all.  I don't know.

85

1      Q.   Well, the ones you saw, they were all

2  similar, new Bibles?

3      A.   Yes.

4      Q.   And what you told me is that some student

5  in FCA had brought those Bibles in for FCA.

6      A.   Yes.

7      Q.   Okay.  And did that student bring them to

8  your classroom when they gave them to you or did they

9  bring them to an FCA meeting?

10      A.   They brought them -- they may have gone

11  through the office with it, I'm not sure the routing

12  of it, but I don't recall how it routed to get

13  back -- my room is the FCA room.

14      Q.   Okay.

15      A.   I'm the supervisor or monitor I would

16  say.

17      Q.   So FCA meetings are held --

18      A.   Yes.

19      Q.   -- were held in your classroom.

20      A.   Yes.

21      Q.   So, obviously, those Bibles would have

22  been brought to your room during an FCA meeting.

23      A.   Yes.

24      Q.   And what did you intend to do with those

86

1   Bibles?

2       A.   I didn't intend to do anything with them.

3   They were for the students.

4       Q.   Okay.  But were they to be made available

5   to students at FCA meetings?

6       A.   If the students chose to, yes.

7       Q.   And the Bibles were, nonetheless, stored

8   in your room because your room was the FCA meeting

9   room.

10      A.   That's correct.

11      Q.   In 2007-2008 when Mr. White, I guess it

12  was on April 11th roughly when he told you to

13  remove those Bibles, do you recall how many of them

14  were in that box, approximately?

15      A.   No, sir.

16      Q.   You had mentioned before that you recall

17  that they had been in your classroom roughly three

18  years.

19      A.   Three, I'll say three to four years.

20      Q.   Do you know how many had been passed out

21  to students or how many students had taken one during

22  those FCA meetings over the years?

23      A.   I don't remember, sir.

24      Q.   Do you recall there being more initially

87

1    when you got them than there were as of April 11th,

2    2007?

3              A.   I would assume that, yes.

4              Q.   So during that three-year period students

5    would take Bibles from time to time.

6              A.   Yes.

7              Q.   Okay.  Did you ever pass out some of

8    those Bibles to students during FCA meetings?

9              A.   Me?

10             Q.   Yes.

11             A.   No.

12             Q.   How did students become aware of the fact

13   that there were Bibles in these boxes that were

14   available for them to take?

15             A.   Probably from the student that brought

16   them in.

17             Q.   Okay.  That would have been true back in

18   the first year when that student was still with you

19   but not true the following few years when that

20   student had moved on, correct?

21             A.   He passed the word around.  They just

22   know that they're there.  I don't know.  I don't have

23   a good answer for you on that.  I don't know.

24             Q.   But you don't recall ever telling

88

1    students, I mean, "There's a box of Bibles, pass them

2    out to your friends if you'd like," or "They're

3    available, here they are," anything like that?

4         A.   I don't say pass -- I mean, sir, they're

5    for FCA.

6         Q.   Right.  I mean, did you tell your

7    students "Here are the Bibles, they're for FCA, if

8    you want them, you can have them.  Pass them out to

9    your friends if you'd like"?

10        A.   I don't remember, sir.

11        Q.   Do you deny saying something like that?

12        A.   Say it again.

13        Q.   Do you deny saying something like that?

14        A.   I do not remember saying that.

15        Q.   So it's possible that you would have told

16   students that, that they were available for them to

17   take.

18        A.   I do not remember, sir.

19        Q.   But that's possible, though, isn't it?

20        A.   I don't remember, sir.

21        Q.   On April 11th after this meeting with

22   Mr. White you understood, I think you told me a

23   minute ago, that you were allowed to keep your

24   personal Bible on the desk.  Was that your

89

1    understanding?

2        A.   I'm sorry, can you repeat that?   I

3    apologize.

4        Q.   Yeah.

5            MR. MANSFIELD:   Could you read that back,

6    please.

7            (Record read.)

8        A.   Yes.

9        Q.   And then you have this next meeting on

10   April 14th; is that right?

11       A.   Yeah, that was a meeting and a memo.

12   Yes.

13       Q.   Right.

14       A.   The document.

15       Q.   And I think you already told me that that

16   was the meeting in Mr. White's office.

17       A.   Yes.   We talked about that April 7th

18   and April 14th from what I recall, it was in --

19   from what I remember, it was in his room, yes.

20       Q.   I think you testified that April 11th

21   you recall being a Friday, so the 14th would have

22   been that following Monday; is that right?

23       A.   Yes.

24       Q.   And on the 14th Mr. White was telling

90

1   you you have to remove all Bibles from your

2   classroom; is that correct?

3        A.   Yes.  Bibles and other religious DVDs,

4   et cetera, yes.

5        Q.   He was telling you to remove all

6   religious items, correct?

7        A.   All religious items.  I just see DVD,

8   other religious DVDs, video, et cetera.

9        Q.   But he was telling you you need to remove

10   all religious items from the classroom by the end of

11   the day on April 16th, correct?

12        A.   April 11th is when he asked me when can

13   I comply, and I said Wednesday, and that was April

14   16th.

15        Q.   Okay.  And so he was confirming that,

16   then, on Monday I guess following your conversation

17   on Friday, he was confirming this, and he had you

18   acknowledge this agreement by signing this letter

19   that's marked as Exhibit 2, and you had agreed that

20   you would then remove all those items by Wednesday,

21   April 16th; is that correct?

22        A.   That's correct, yes.

23        Q.   Okay.  And so there were your personal

24   Bible and religious DVDs and videos and things of

ARMSTRONG & OKEY, INC., Columbus, Ohio (614) 224-9481

91

1   that nature that you had in your classroom, you were

2   supposed to put those in cabinets, correct, so that

3   they wouldn't be visible to students?

4        A.   Can you repeat that?

5        Q.   Yeah.  Your personal Bible, the religious

6   DVDs, and videos that were in your classroom,

7   Mr. White was asking you to put those in a cabinet or

8   somewhere out of sight and out of access by students.

9        A.   No.  It was Bibles.  It wasn't my

10   personal Bible.  It was Bibles.

11        Q.   Okay.  So here with this, as of April

12   14th, it was still your impression that you could

13   keep your personal Bible on your desk.

14        A.   Yes.

15        Q.   Okay.

16        A.   Yes.

17        Q.   But that you had to remove all the other

18   Bibles out of sight; is that correct?

19        A.   That's correct, yes.

20        Q.   And you also had to remove the religious

21   DVDs and the videos and those things that were in

22   your room, you had to move those out of sight too,

23   correct?

24        A.   Yeah, religious DVDs and videos.  Yes.

92

1    Yes.

2            Q.   Did you comply with that date?

3            A.   No, because on April 11th we discussed

4    April 16th.

5            Q.   Right.  I'm asking did you comply with

6    April 16th?  Did you remove all the materials by

7    April 16th?

8            A.   Yes.  Yes.

9            Q.   So by April 16th the FCA Bibles that

10   were in the back of the classroom, you had put those

11   somewhere out of sight.

12           A.   Yes.

13           Q.   Okay.  And the religious DVDs and videos

14   that were in your classroom, you had also put those

15   somewhere out of sight by April 16th, correct?

16           A.   That would be correct, yes.

17           Q.   And then the religious posters, book

18   covers that were on your wall, had you also removed

19   those by April 16th?

20           A.   Yes.  Yeah, the ones that were in the

21   window and there was one on the bulletin board.  Yes.

22           Q.   You had removed those as well by April

23   16th.

24           A.   Yes.

93

1        Q.   Okay.  And I think I asked you this

2  before, if I did, I apologize, but all these items

3  had been in your classroom during the entire

4  2007-2008 school year up until the time you removed

5  them on April 16th out of sight.

6        A.   Prior to that you said?

7        Q.   Yes.

8        A.   Yes.

9        Q.   Okay.  So April 14th you have this

10  meeting with Mr. White, correct?

11        A.   Yes.

12        Q.   And then did you contact Mr. Daubenmire

13  on April 14th to tell him?

14        A.   No.

15        Q.   The rally on the Square was on April

16  16th I think you told us before.

17        A.   That would be correct.

18        Q.   And you don't recall talking to

19  Mr. Daubenmire on April 14th or April 15th.

20        A.   I do not recall.

21        Q.   Do you think you might be mistaken that

22  you actually talked to him on the 14th or 15th and

23  not on the 16th?

24        A.   No.

94

1      Q.    You mentioned before that you had another

2   meeting with Mr. White on the 16th and that was

3   what prompted you to call Mr. Daubenmire.  Do you

4   recall that?

5      A.    Yes.

6      Q.    What was that meeting on the 16th?

7      A.    Mr. White came up to my room on April

8   16th in the morning, he took a couple steps, one,

9   two steps into my room, I was at my computer chair

10  and he -- I remember him looking the room over.  I

11  mean, I could see his head moving, I thought he

12  looked the room over.

13     Q.    Was this during class hours?

14     A.    No.  This would be -- this would be a

15  free period.  I don't remember any students being in

16  there.

17     Q.    Okay.

18     A.    Looking my classroom over and he stated

19  "Everything looks good."  I just kind of mentioned --

20  from his viewpoint where he was at by the door he

21  could have seen my Bible over there, and I just kind

22  of, you know, "Hey, you know, it shouldn't matter or

23  anything, you know, just sitting there."  He said it

24  was okay.  So I just kind of mentioned, Hey.  He seen

95

1  my Bible there.

2          And I remember the comment he made there

3  was, I'll say kind of struck me, put it that way, but

4  he said, "I'll have to get back with you on that."

5  And that was -- it was a pretty short conversation.

6  That was it.  But I just remember that one kind of

7  struck me that, you know, I'm thinking, Well, why

8  would he make that comment.

9          Q.   So he came into your room I assume to

10 inspect things to make sure that you had complied and

11 removed things --

12         A.   Yes.

13         Q.   -- by the 16th date.

14         A.   Yes.  I'm sorry.

15         Q.   And he told you that everything looked

16 okay; is that correct?

17         A.   Yes.

18         Q.   And then you mentioned to him that, Hey,

19 I do have this Bible on my desk.

20         A.   Yes.

21         Q.   Is that what you're telling me?

22         A.   Yeah.

23         Q.   And he said, "I'll need to check into

24 that."

96

1       A.   Yes.

2       Q.   Okay.  At lunchtime on that day, April

3  16th, you call Dave Daubenmire, correct?

4       A.   That would be correct, yes.

5       Q.   And you told Dave Daubenmire that the

6  school's requiring you to remove your Bible from the

7  desk, correct?  That's what you told us before.

8       A.   Yes.

9       Q.   But on April 16th that wasn't true, was

10  it?

11       A.   He came back in.  Mr. White came back in

12  for a second meeting.

13       Q.   On the 16th?

14       A.   Yes.  Yes.

15       Q.   When was that?

16       A.   At lunchtime.  He came in at lunchtime.

17  Mr. White came back into my, yeah, he was back in my

18  room for the second time on April 16th.

19       Q.   Okay.  So he had gone and checked it out

20  whether you were allowed to keep the Bible on your

21  desk?

22       A.   I would assume so.

23       Q.   And then what did he tell you when he

24  came back in at lunchtime?

97

1          A.    He told me that it needed to be removed

2    from my desk.

3          Q.    And what was your response?

4          A.    Obviously, surprised.  Surprised.

5    Confused.  I don't know what my -- I don't remember

6    my response right then.

7          Q.    Did you intend to comply with his order

8    to remove the Bible?

9          A.    I searched out who I would search out;

10   that was Daubenmire.

11         Q.    So you called Dave Daubenmire for

12   guidance about what to do?

13         A.    Yeah, I guess guidance would be, that

14   would be an okay word to use, I guess.

15         Q.    Are you aware that Dave Daubenmire went

16   on the radio that afternoon of the 16th to announce

17   that you had a rally on the Square?

18         A.    Afterwards, yes.

19         Q.    You didn't hear his radio broadcast?

20         A.    No.  I guess I was in class then.  I

21   assume I was in class.

22         Q.    Did he tell you he was going to do that

23   during your conversation at lunch?

24         A.    No.

98

1      Q.   Do you know which radio station he

2   appeared on?

3      A.   I don't know, sir.

4      Q.   On April 16th after the second

5   conversation with Mr. White you were upset that the

6   school was telling you you had to remove your Bible

7   from the desk; is that fair to say?

8      A.   I'm sorry, repeat.

9      Q.   Yeah, on April 16th after the second

10   meeting with Mr. White you were upset with the school

11   that they had ordered you to remove your personal

12   Bible from your desk.

13      A.   Yeah.  I would say yes to that.

14      Q.   And the request to remove the Bible from

15   your desk had nothing to do with the Does, correct?

16      A.   Yes.  It didn't have anything to do with

17   them.

18      Q.   Right.  They weren't the ones asking you

19   to remove the Bible from your desk, correct?

20      A.   No.

21      Q.   Is my statement correct?

22      A.   Yes.  Yes.

23      Q.   Okay.  The Does have testified, I think

24   you've heard, that they never had an issue with you

99

1   having a personal Bible on your desk.  Have you heard

2   that testimony?

3          A.   Yes, I've heard that.  Yes.

4          Q.   And you have no reason to believe that's

5   not true, do you?

6          A.   No, I have no reason for that.

7          Q.   So your beef with the Bible being on your

8   desk is a beef you have with the school district.

9               MR. HAMILTON:  What is a beef?

10         Q.   Your issue with the Bible, with the

11  request that the Bible be removed from your desk, is

12  an issue you have with the school district; is that

13  correct?

14         A.   Yes.

15         Q.   What did Mr. Daubenmire tell you that he

16  hoped to accomplish by having the rally?

17         A.   You're going to have to ask him.  I don't

18  know, sir.

19         Q.   I'm sure he talked to you about the

20  rally, didn't he?

21         A.   It took place very quickly.

22         Q.   He didn't tell you what he hoped to

23  accomplish by this?

24         A.   No.

100

1        Q.   Did he tell you he was just trying to

2   rally support behind your cause?

3        A.   I can assume that, yes.

4           MR. MANSFIELD:  Go ahead and mark this.

5           (EXHIBIT MARKED FOR IDENTIFICATION.)

6        Q.   Mr. Freshwater, let me hand you what

7   we've marked as Deposition Exhibit 3.  Is this the

8   statement that you were referring to before that you

9   read at the rally on the Square?

10        A.   Can I have a moment to look at it?

11        Q.   Absolutely.

12        A.   Okay, sir.

13        Q.   This, what we've marked as Exhibit 3, is

14   the statement that you were referring to before that

15   you read at the rally on the Square?

16        A.   From what I can remember, yes.

17        Q.   And it's your testimony that you did not

18   draft this statement; is that correct?

19        A.   That is correct.

20        Q.   David Daubenmire drafted this statement

21   for you; is that correct?

22        A.   You'll have to ask him, I don't know,

23   sir.

24        Q.   In any event, he handed it to you to