151

1          Q.    Is that what you're telling us?

2          A.    Yes.

3          Q.    And when you went to pick up the Tesla

4     coil, was it in a box?  In other words, when you went

5     to pick it up -- was it in the laboratory, was that

6     where they kept them?

7          A.    That, again, the laboratory or someone

8     else's room.

9          Q.    So when you would pick it up from the

10    laboratory for example, was the Tesla coil in its

11    box?

12         A.    No.

13         Q.    How was the Tesla coil stored in the

14    laboratory when not in use?

15         A.    Power cord wrapped around it.

16         Q.    Where was the Tesla coil placed?  In a

17    drawer?  On a shelf?

18         A.    There's not a certain home for it.

19    There's not a thing that says "Tesla coil" right

20    there.

21         Q.    Is there a particular location in the

22    laboratory where it's kept?

23         A.    No.  No, there isn't.

24               (Interruption. )

152

```
 1           Q.    When you decided you needed to use a

 2    Tesla coil in a class period, would you go down the

 3    day before and get it to bring it back to your class

 4    for the following day, for example?

 5           A.    Or the day of.

 6           Q.    And either when Mr. George first trained

 7    you -- let me ask that first, when Mr. George first

 8    trained you --

 9                 (Interruption.)

10           Q.    So when Mr. George was training you about

11    the use of the Tesla coil, I think you said he told

12    you how to turn it on and operate it, correct?

13           A.    Yeah.

14           Q.    Okay.

15           A.    From what I remember, yes.

16           Q.    And you don't recall whether he told you

17    you shouldn't do this or you shouldn't do that when

18    using the Tesla coil.

19           A.    It's been 21 years, so . . .

20           Q.    Okay.  And you testified that he had

21    demonstrated to you that you used this to charge

22    those tubes of gas, correct?

23           A.    Yes.

24           Q.    Did he tell you there were any other ways
```

153

1   you should use or could use the Tesla coil?

2        A.   I'm sure -- I'm not sure, sir.   It's been

3   21 years ago.

4        Q.   Okay.   And in the course of that 21 years

5   did you ever read an instruction manual for use of

6   the Tesla coil?

7        A.   No.

8        Q.   In that 21-year period did you ever see

9   the instruction manual for the Tesla coil?

10       A.   No.

11       Q.   In that 21 years did you ever make any

12  effort to try to find an instruction manual for the

13  Tesla coil?

14       A.   No.

15       Q.   You've come to learn today anyway that

16  the Tesla coil creates, I think it's between 22,000

17  and 45,000 volts; is that correct?

18       A.   If that's what has been said.   If that's

19  what's been stated.   I'm not -- is that what's out

20  there?

21       Q.   Okay.   Through your use of a Tesla coil

22  over 21 years you understood that when you used the

23  coil, it would create an electric arc from the tip to

24  whatever item it was touching, correct?

154

1          A.    Yeah.

2          Q.    And that was the point of the device,

3    correct?

4          A.    Yes.

5          Q.    To apply an electrical charge to

6    something, correct?

7          A.    Yes.

8          Q.    And you could actually see this

9    electrical charge when you were doing these

10   experiments in class when you were applying them to

11   the test tubes of gas, you could actually see the

12   arc, the electric arc jumping from the Tesla coil to

13   the tube, correct?

14         A.    Yes, if -- yes.

15         Q.    And you understood through your 21 years

16   of use of the Tesla coil that if you applied the

17   Tesla coil to the human skin or the body anywhere, it

18   was going to shock you, correct?

19         A.    Yes.

20         Q.    Okay.  And you, in fact, had used or

21   applied the Tesla coil to yourself over the years on

22   various occasions, correct?

23         A.    Yes.

24         Q.    And on those occasions -- would you do

155

1   that every time when you had a class and you were

2   demonstrating something with the Tesla coil?

3          A.   Every time?  Twenty-one years?  I would

4   say no to that.

5          Q.   Okay.  Most of the times when you were

6   demonstrating the use of the Tesla coil to kids in

7   the class you would apply it to yourself?

8          A.   Not necessarily.

9          Q.   How frequently do you think you applied

10  it to yourself over that 21-year period?

11         A.   I don't -- I can't give you a number on

12  that, sir.

13         Q.   Okay.  More than a dozen times?

14         A.   Through 21 years, more than a dozen

15  times?

16         Q.   Yes.

17         A.   Yeah.

18         Q.   Okay.  And when you applied it to

19  yourself, it hurt, right?

20         A.   It depends on what you mean by "hurt."

21  If you want a feeling from it, would be like rubbing

22  on carpet, electric -- static electricity.

23         Q.   A static shock is what you're comparing

24  it to?

156

1        A.    Yes.

2        Q.    And a static shock lasts only

3    instantaneously, correct?  For example, if you rub on

4    carpet and you touch a metal object in the winter,

5    that's just an instantaneous shock.

6        A.    Yes.

7        Q.    If the Tesla coil is applied to you, that

8    shock lasts a longer time, right?

9        A.    If left on there, yes.

10       Q.    So for however long you leave it in close

11   proximity to the skin that's going to be the duration

12   of the shock that the person feels.

13       A.    Unless the person pulls his arm away,

14   yes.

15       Q.    Right.  Now, you understand that

16   electrical shocks can cause burns, right?

17       A.    Sure.

18       Q.    Okay.  And based on your use of the Tesla

19   coil on yourself over the years you understood that

20   when applied to you, it would leave a slight little

21   red mark, wouldn't it, even on your skin?

22       A.    Rephrase that one, sir.

23       Q.    Okay.  Over your 21 years of use of the

24   Tesla coil and on those occasions when you used it on

157

1    yourself, you understood that by using it on yourself

2    it was going to leave a slight red mark on your skin.

3         A.   Not every time.

4         Q.   Well, sometimes it did leave a red mark,

5    correct?

6         A.   If I did it for multiple classes.  If I

7    did it for multiple classes.  You're saying slight

8    red?  Yeah.

9         Q.   And it would leave a slight redness or an

10   irritation on your skin if you just applied it to

11   your skin for, let's say five seconds.

12        A.   I'm not going to commit on that one, sir.

13        Q.   Well, based on your use of that device

14   over the years it was your experience, wasn't it,

15   that when you applied that device to your own arm for

16   a few seconds, it would end up leaving just a slight

17   red mark?

18        A.   After multiple uses -- of classes.

19        Q.   So it's your testimony that you would

20   apply that device to the same point on your skin

21   during those classes.

22        A.   You don't -- you don't see a mark right

23   away, sir.  You don't see a -- when you use it, you

24   don't see a mark right away.

158

1       Q.   How long after you use it would you see a

2  mark?

3       A.   You're saying on me?

4       Q.   Yes.

5       A.   After I've done it throughout the whole

6  day?

7       Q.   Okay.  How many science periods do you

8  teach a day?

9       A.   Five.

10      Q.   Five?

11      A.   Uh-huh.

12      Q.   On those days when you did use a Tesla

13  coil in class, would you use it in all five periods?

14      A.   Not -- it all depends on where I'm at.

15      Q.   Some classes may be ahead or behind other

16  classes.

17      A.   Exactly.  You've got the idea, yes.  So

18  it depends year after year.

19      Q.   So typically you wouldn't actually use it

20  in all five classes on any given day in any given

21  year; is that fair?

22      A.   Sometimes they line up right.  Yeah,

23  sometimes all five are lined up or in the same spot,

24  sometimes they're not.

159

1       Q.   And sometimes it may be only two classes

2  or three classes or four classes --

3       A.   Yes.

4       Q.   -- or one class; is that right?

5       A.   Yes, that's correct.

6       Q.   And so on those days when you used the

7  Tesla coil, did you always use it on yourself in each

8  one of those classes?

9       A.   It was for an experiment.

10      Q.   I understand.

11      A.   You're thinking I pull the thing out and

12  I just use it, say "Hey, kids, look at this."  No.

13  It was for demonstration.

14      Q.   No; I understand that.

15      A.   So you're narrowing it.  I see you're

16  narrowing in on something here, but it's for a

17  demonstration.

18      Q.   I'm talking about just this specific --

19  we'll talk about all these other things, we'll get to

20  that in a minute, but right now I'm just talking

21  specifically about when you applied it to yourself in

22  the classroom, and my question now is let's take --

23  you have five periods, science periods, during the

24  day, right?

160

1       A.    Uh-huh.

2       Q.    Let's assume all five periods are

3  actually going to get the Tesla coil experiment in

4  that class that day, okay?

5       A.    Okay.

6       Q.    On those days when that happened, was it

7  typical for you to do a demonstration using the Tesla

8  coil on yourself in all five of those periods?

9       A.    You're saying locationwise?

10      Q.    Anywhere on your arm.  I don't care where

11  it was.

12      A.    Being right-handed, yes.  So applied to

13  my left hand.  I'm not sure if I'm answering you

14  there.

15      Q.    No.  My question is in those five periods

16  you are doing an experiment with the Tesla coil and

17  in all five do you show the kids the use of the Tesla

18  coil on your arm, or sometimes would it be only three

19  out of five where you would show the kids the use of

20  the Tesla coil on your arm?

21      A.    Yeah, sometimes could be only three.

22      Q.    So you wouldn't always apply the Tesla

23  coil to your arm in every class where you were doing

24  that Tesla coil experiment.

161

1        A.    I would agree with you on that, yes.

2   Yes.

3        Q.    And I think what you're telling me is

4   that, you know, at the end of the day, whether you

5   used it on your arm once or five, it wasn't until the

6   end of the day when you noticed some kind of red mark

7   on your arm.

8        A.    If it was applied five times, at the end

9   of the day, yes.

10        Q.    So your testimony is the only time you

11   ever saw a mark on your arm is when you applied it

12   five times during the day?

13        A.    No.  So you want me to be exact on that.

14        Q.    Well, did you notice a mark if you only

15   applied it to your arm one time during the day?

16        A.    No.

17        Q.    How about if you applied it two times to

18   your arm during the day?

19        A.    I know you're going to travel down this

20   way.  I can't give you a specific number on my arm

21   when it's going to be, sir.

22        Q.    Okay.  All right.  But the bottom line

23   here is that when you used the Tesla coil on your

24   arm, whatever number of times it was, at the end of

162

1    the day sometimes you would notice a mark on your

2    arm, correct?

3            A.    Yes.

4            Q.    Okay.  Now, we talked a little bit, one

5    of the purposes you used the Tesla coil for during

6    the class was to charge these tubes of gas, correct?

7            A.    That is correct, sir.

8            Q.    And that was an experiment that would

9    show the kids what -- they could identify the type of

10   gas in the tube based on the color it glowed; is that

11   correct?

12           A.    That's right.  Yes.

13           Q.    And then what other ways did you use the

14   Tesla coil in class for teaching purposes for kids?

15           A.    I'm just trying to think of the

16   experiments Jeff George showed.  Another

17   demonstration would be, I don't know if I did this in

18   2007, I'm trying to recall if I did this experiment

19   or not because it changes, sir, but you can charge up

20   a gas, some type of a container with two nails in it,

21   charge the gas, and the cork comes off the top, that

22   type of thing, so that would be another one.

23           Q.    So the gas in that instance would be in a

24   test tube.

163

1          A.    Would be a volatile type of gas.

2          Q.    Right.  And a cork is on the top.  You

3    charge the gas, the gas expands, and the cork shoots

4    up.

5          A.    Exactly.  Yes, that's it.

6          Q.    Okay.  And you also did experiments and,

7    in fact, I think you did it in James Doe's class on

8    December 6th, 2007, where kids were in a chain and,

9    I don't know whether you applied the Tesla coil to

10   yourself or to a student, and it worked its way

11   around that chain of kids holding hands.  Do you

12   recall that?

13         A.    Yes.

14         Q.    What was the purpose of that experiment?

15         A.    Can I back up a little bit?

16         Q.    Sure.

17         A.    Okay.  As soon as I unwrapped the Tesla

18   coil and the kids saw it, they immediately recognized

19   it, immediately.  Most, okay?  The reason, they've

20   seen it before, sixth grade, fifth grade, third grade

21   uses it, okay.  And out of their mouth immediately,

22   "Can I touch it?"  This is before I -- this is as

23   soon as they visually see the thing, okay?

24               I do a demonstration with the vacuum

164

1    tubes and that daisy chain, I believe that's the term

2    you want to call it.

3         Q.   When the students ask you "Can I touch

4    it?" what do you tell them?

5         A.   I don't know if I have a thing I say.

6    After 21 years I'm not quite sure what I say to that,

7    sir.

8         Q.   Well, you just testified that in 21 years

9    every time you bring it out the kids are saying "Can

10   I touch it?"

11        A.   "Can I touch it?" yes.

12        Q.   So what do you say in response,

13   typically?

14        A.   "We're doing a demonstration.  Get out

15   some paper.  Take some notes."

16        Q.   Okay.  So you don't respond to them in

17   any way about the question "Can I touch it?"

18        A.   I might say, and I'm not sure, but in

19   this situation I might say "Maybe at the end of the

20   period."

21        Q.   Back to my question before.  What's the

22   purpose of the daisy chain experiment that you do

23   with the Tesla coil?

24        A.   Dealing with atoms, electrons, flow of

165

1    electrons.  Proton, neutron, electron, flow of

2    electrons, and resistance.

3        Q.    Tell me how you teach that through the

4    use of that daisy chain Tesla coil experiment.

5        A.    With that one -- excuse me, sir -- with

6    that one I hold the tip, I think it's -- the words I

7    use, "ET," okay?  Kids are there.  I mean, they -- I

8    don't have to ask for volunteers; they're there.

9    Most of the time the back row has to stand up in

10   order to see because the demonstration is on the

11   floor, sir.  So they're standing up and out of their

12   seats.  But they're excited.

13            And we do a, I hold the Tesla coil and do

14   a "ET," they get close enough, electrons flow across

15   the air.  It's not a resistor anymore, it now becomes

16   a conductor, it jumps across to the finger.

17       Q.    When you say you hold the Tesla coil, you

18   mean you're holding it to your finger?

19       A.    No, I'm holding -- I would be holding the

20   tip there, sir.

21       Q.    You're holding the actual Tesla coil, or

22   you're holding onto the tip of the Tesla coil?

23       A.    Tip of the Tesla coil.

24       Q.    Okay.  Who is holding onto the Tesla

166

1    coil?

2          A.    You can do both.  I mean, you could do

3    both.

4          Q.    Okay.  Which hand are you holding onto

5    the Tesla coil with?

6          A.    I really expect that varies some.  I

7    would assume -- I'm left-handed.

8          Q.    Let's assume you're holding onto the

9    Tesla coil with your left hand and you say with your

10   right hand you're touching the tip of the Tesla coil.

11         A.    No.  No.  No.  No.  I'm holding it with

12   my left hand, holding the Tesla coil and the tip at

13   the same time.  And then my other finger would be

14   like this.  So the Tesla coil would be here, I'm

15   using my left hand, and I hold my finger like this.

16         Q.    So if you're using your left hand, your

17   left hand is holding onto the Tesla coil and then

18   your right hand does the "ET" drill with the

19   students.

20         A.    Yes.

21         Q.    And is it one student at a time or is it

22   the daisy chain?

23         A.    It just gets added on down the line.

24         Q.    So you add one student, then two

167

1  students.

2          A.    As the resistance becomes less and less,

3  the electron flow's going to be less and less.

4          Q.    So the student at the end of the chain

5  doesn't really feel anything.

6          A.    Will become -- yes.  Yes.

7          Q.    It becomes very week.

8          A.    Yes.

9          Q.    Do students at the top of the chain, the

10  one immediately adjacent to you or the next one, ever

11  pull out and stop and not want to do it anymore?

12          A.    Yeah.  Yeah.  I mean, a lot of things can

13  happen.  I mean, over the years.

14          Q.    And sometimes --

15          A.    So the chain could get broken.

16          Q.    Right.

17          A.    So it's like okay, this is why.

18          Q.    Right.  And those kids that are right

19  next to you, one or two or three down the line, they

20  jump out sometimes because it hurts, right?

21          A.    No.  You're bringing that "hurt" word in.

22  Well, you're bringing that word in.  Surprised.  I

23  would think a better word would be were surprised by

24  it, yes.

168

1      Q.   Okay.  It shocks them, obviously, since

2  it's an electrical charge.

3      A.   It would be like I said, like a static

4  electrical shock.

5      Q.   And they jump back because they've gotten

6  shocked; is that fair?

7      A.   Yeah.  Yes.

8      Q.   Let's talk about December 6th.  Well,

9  let me back up a second.  The Tesla coil device that

10  you used in your classroom, as I understand it, you

11  have now destroyed; is that correct?

12      A.   That would be correct.

13      Q.   How did you destroy it?

14      A.   It got smashed.

15      Q.   Did you throw it against something?

16      A.   No.  No, I didn't throw it against

17  something.

18      Q.   How did it get destroyed?

19      A.   If I recall, a brick or -- I'm not sure.

20  I don't remember.

21      Q.   So you hit it with a brick or a hammer or

22  something hard like that.

23      A.   Yes.  I was asked to destroy it, so I

24  destroyed it.

169

1        Q.   Who asked you to destroy it?

2        A.   Mr. White.

3        Q.   And do you still have that Tesla coil?

4        A.   No.

5        Q.   Who did you give it to?

6        A.   I'm not sure where it's at, sir.

7        Q.   After you destroyed it, what did you do

8 with it?

9        A.   In a landfill someplace.

10       Q.   You actually recall throwing it away

11 after you smashed it up?

12       A.   Yes.

13       Q.   And did you throw it away -- where did

14 you smash it, at home or at school?

15       A.   I don't remember, sir, exactly where I

16 destroyed it.

17       Q.   You don't remember whether it was at home

18 or at school or somewhere else.

19       A.   What I remember is he said destroy it and

20 I -- it got destroyed.

21       Q.   Okay.  Do you have a brick or a hammer in

22 your classroom at school?

23       A.   I've got a big rock.  I got a lot of

24 stuff in there, sir.

170

1    Q.   Okay.  So as you sit here today, though,

2  you don't recall whether you destroyed it at school

3  or whether you destroyed it somewhere else; is that

4  correct?

5    A.   I don't know, sir.

6    Q.   Okay.  But you do remember throwing it

7  away.

8    A.   Yes.

9    Q.   And do you remember, it was in a bag, in

10  a box when you threw it away?  Was it just in parts

11  and you tossed it out?

12    A.   I don't remember, sir.

13    Q.   Over the 21 years I think you mentioned

14  that there may have been one, may have been two, may

15  have been three different Tesla coils in the school;

16  is that right?

17    A.   You said over the 21 years?

18    Q.   During that 21-year period --

19    A.   Yes.

20    Q.   -- you remember multiple Tesla coils.

21    A.   Yes.

22    Q.   Did you always happen to use the same

23  one, do you know?

24    A.   I don't remember, sir.  I don't remember.

171

1   It could have been.  It might have been.  They got

2   moved around from lab to lab.

3        Q.   Okay.  And you recall that the Tesla coil

4   actually has a warning label on the side of it.  Do

5   you remember that warning label?

6        A.   No.

7        Q.   It's your testimony that you never saw a

8   warning label on the side of the Tesla coil.

9        A.   That would be my testimony, yes.

10       Q.   Did you ever read a warning label about

11  use of the Tesla coil?

12       A.   No.

13       Q.   You never saw a warning label about use

14  of the Tesla coil.

15       A.   That's correct.

16       Q.   Now, let's go to that day, December

17  6th, 2007, in your eighth period science class

18  where James Doe was.  You did the test tube

19  experiment, correct?

20       A.   Uh-huh.

21       Q.   You have to say "yes."

22       A.   Yes.  I'm sorry.  Yes.

23       Q.   And then did you subsequently do the

24  daisy chain experiment?

172

1        A.   Oh, in that -- we're talking specifically

2   now on that day?

3        Q.   Yes.

4        A.   Yes.

5        Q.   The last experiment you did with the

6   Tesla coil in class that day was asked for volunteers

7   of kids who wanted to feel the Tesla coil applied to

8   them, correct?

9        A.   I believe it was reversed.

10       Q.   What do you mean?

11       A.   I believe the students was first and the

12   daisy chain was last.

13       Q.   You don't recall one way or the other,

14   though?

15       A.   I'm pretty sure that the order I just

16   said was correct.

17       Q.   Did you have a class plan where you would

18   have written down the order that you were going to do

19   these things in?

20       A.   No.

21       Q.   Okay.  So you're doing this experiment

22   with kids volunteering to have the Tesla coil applied

23   to them, correct?

24       A.   Uh-huh.  Yes.

173

1      Q.    And I believe it was four or five kids

2   who volunteered to have it done?

3      A.    I don't want to comment on the exact

4   number on that.  I want to say I don't remember that,

5   sir.

6      Q.    Do you remember the particular kids

7   during that class on December 6th, '07, that

8   volunteered?

9      A.    Obviously James.  Student No. 81.  I do

10  believe Student No. 5 was in there I believe.  That's

11  the three I can think of.

12     Q.    What about Student No. 4?

13     A.    Different class.

14     Q.    How about Student No. 6?

15     A.    That would be a different class.  I don't

16  think it was applied to him.

17     Q.    How about Student No. 51?

18     A.    Different class from eighth.  I'm not

19  sure.  I don't think -- I'm not sure.

20     Q.    Okay.  Well, whatever the number of

21  students were, three, four, five, whatever number

22  there were, those kids got in line; is that correct?

23     A.    They were -- when I did that

24  demonstration, there was -- eighth graders, there's a

174

1  lot of excitement in class.  I don't think a line

2  formed and said tu-tu-tu, like that.  Kids in the

3  back row was up.  Probably an inner circle, probably

4  some of those students were up also.

5          Q.   How did you ask for volunteers for that

6  experiment?

7          A.   They volunteered.

8          Q.   I understand that.  But did you say "I'm

9  doing this experiment, who wants to" --

10         A.   They asked.

11         Q.   They asked to have it done?

12         A.   Yeah.

13         Q.   Okay.  Was that based on you having

14  done -- you had already --

15         A.   That's correct.

16         Q.   -- done it to yourself, correct?

17         A.   That's correct.

18         Q.   And so they volunteered to have it done

19  to them; is that correct?

20         A.   Yes.

21         Q.   And then whether it was a line or a

22  congregation or whatever it is, a number of students

23  were there in the front to have it applied to them in

24  front of the class, correct?

175

1        A.   Yes.  Yes.

2        Q.   And there's been testimony that this was

3  done on the flat part of an overhead projector?

4        A.   That's incorrect.

5        Q.   You don't recall it that way.

6        A.   That was incorrect.  It was never done on

7  top of the overhead.

8        Q.   How do you recall it being done during

9  that day?

10        MR. MANSFIELD:  I'm going to enter an

11  objection, you can't --

12        MR. HAMILTON:  I'll object.  I'll object.

13  He's going to invoke his Fifth Amendment right as it

14  relates to this, and he can read the prepared

15  statement or he can read it as best he can remember

16  it, but we're certainly going to object to that

17  particular question.

18        MR. MANSFIELD:  Fifth Amendment grounds

19  as to what?

20        Could you read the question back, please.

21        (Record read.)

22        Q.   I'm simply asking there about how the --

23  about how it was actually done with the students.  I

24  mean, you just testified that it wasn't done on top

1   of the overhead projector.  Tell me how you conducted

2   that experiment.

3              MR. HAMILTON:  Again, I'm going to

4   object.  He's going to invoke his Fifth Amendment

5   right at this time.

6              Q.   Are you invoking your Fifth Amendment

7   right?

8              A.   I'm just going to read this here.  On the

9   advice of counsel, at this time I invoke my Fifth

10  Amendment right to be free from self-incrimination as

11  the existing statute of limitations in this matter

12  has not expired.

13             Q.   You did this experiment during class, you

14  just testified to that, correct?

15             A.   Yes.

16             Q.   And you testified that you used it on

17  yourself first, correct?

18             A.   Yes.

19             Q.   And then you also applied the Tesla coil

20  to various students as part of this experiment during

21  class, correct?

22             A.   Yes.

23             Q.   And one of the students that had

24  volunteered was James Doe, I think you told us that

177

1  before, correct?

2       A.   Yes.

3       Q.   And so you applied the Tesla coil as part

4  of this experiment to ,James Doe, correct?

5            MR. HAMILTON:  I object.

6       A.   On advice of counsel, at this time I

7  invoke my Fifth Amendment right to be free from

8  self-incrimination as the existing statute of

9  limitation in this matter has not expired.

10      Q.   Do you feel that there may be criminal

11 actions brought against you as a result of what

12 happened in the classroom that day?

13           MR. HAMILTON:  I object.  He's going to

14 invoke his Fifth Amendment right.

15      A.   On advice of counsel at this time I

16 invoke my Fifth Amendment right to be free from

17 self-incrimination as the existing statute of

18 limitation in this matter has not expired.

19      Q.   You testified in the termination

20 proceeding, correct?

21      A.   That would be correct, sir.

22      Q.   And you recall that you testified there

23 that you actually used the Tesla coil on James Doe,

24 correct?  I'm asking you whether --

1          MR. HAMILTON:  I object.

2      A.   I need to look at the testimony.  If you

3   got --

4          MR. MANSFIELD:  Do you have his

5   testimony?

6      Q.   Mr. Freshwater, let me hand you what is a

7   transcript from your testimony at the termination

8   proceeding, and on page 399 the question was asked of

9   you:  "Question:  Okay, let's start with James."

10     A.   What number?  What number is that, sir?

11     Q.   This is page 398, line 19.

12     A.   Nineteen, okay.

13     Q.   You can follow this with me.

14     A.   Where would you like me to read?

15     Q.   Let me just --

16     A.   Okay.

17     Q.   I'll read things and ask you if I'm

18   reading correctly or not.  So page 398, Line 17 the

19   question says:  "You tell us how you did it."

20          And you answered:  "When?  With James?"

21          Did I read that correctly?

22     A.   I'm sorry.  I'm having a hard time seeing

23   that.  Which line did you say?

24     Q.   Seventeen and 18.  Did I read those two

179

1  correctly.

2       A.   You tell us how you -- how did you you

3  it.  You tell us how --

4       Q.   How did you --

5       A.   -- you you it.

6       Q.   I assume that must mean "Tell us how you

7  did it."  Would that be fair?

8       A.   I can't -- Millstone -- I can't determine

9  what Millstone said there, sir.

10      Q.   Line 19 it says:  "Question:  Okay.

11  Let's start with James."

12           And your answer was:  "I do not remember

13  to go into that detail."

14           Did I read those two lines correctly?

15      A.   How tell us did you it.

16      Q.   No.  I didn't read that one.  This one.

17      A.   "Okay.  Let's start with James."

18           "I do not remember to go into that

19  detail."

20      Q.   Did I read that correctly?  That's my

21  only question.

22      A.   Yes, you read that correctly.

23      Q.   Okay.  The next question:  "Okay.  If you

24  don't remember, are you sure that James is

180

1    inaccurate?"

2           And your answer was:  "Is he inaccurate?"

3           Did I read those two lines correctly?

4      A.   Yes, you read them correctly.

5      Q.   The next line, "Question:  In the way he

6    described that you did it to him."

7           "Answer:  I don't do it that way so that

8    would be inaccurate."

9           Did I read those correctly?

10     A.   You read that correctly, sir.

11     Q.   That's akin to what you just testified

12   here to, right, James's recollection of how it was

13   done was a little different than your recollection of

14   how it was done; is that right?

15     A.   "Is he inaccurate?"  "I don't do it that

16   way so" -- yes.

17     Q.   So the next question:  "How did you do

18   it?"

19           "Answer:  James mentioned one way,

20   students holding hands, I'm holding it."

21           Did I read those two lines correctly?

22     A.   You read it correctly, sir.

23     Q.   Next line:  "Question:  I'm talking

24   specifically to James.  Did you put -- did you use

181

1    this device on James Doe's --"

2                "Answer:  Yes."

3                "Question:  -- arm?"

4                "Answer:  Yes."

5                Did I read those four lines correctly?

6        A.    Yes, you did, sir.

7        Q.    So during your testimony in the

8    termination proceeding you did testify that you used

9    the device on James Doe's arm, correct?

10       A.    Yes.

11       Q.    Would you describe for me --

12       A.    Can you give me those?  Where'd you stop

13   at, 399?  Where did you stop?

14       Q.    It was page 399, line 8.

15       A.    Line 8 is where it stopped, okay.

16       Q.    Correct.

17       A.    Thank you, sir.

18       Q.    Now, will you describe for me how it was

19   that you applied the Tesla coil to James Doe?  I know

20   you heard what James's testimony was and you've

21   testified that it was somehow different than that.

22   Can you tell me how you used it on his arm?

23                MR. HAMILTON:  Objection.

24       A.    On advice of counsel, at this time I

182

1    invoke my Fifth Amendment right to be free from

2    self-incrimination as the existing statute of

3    limitation in this matter has not expired.

4         Q.   Do you feel a threat of criminal

5    prosecution based on your answer to that question?

6              MR. HAMILTON:   Objection.

7         A.   On advice of counsel, at this time I

8    invoke my Fifth Amendment right to be free from

9    self-incrimination as the existing statute of

10   limitation in this matter has not expired.

11        Q.   Now, I thought you testified before that

12   James's class in December '07 wasn't the first class

13   where you did this experiment, this particular

14   experiment where you would apply to it kids' arms,

15   correct?

16        A.   It was not the first time?

17        Q.   Right.

18        A.   It was December 6th, not December

19   7th, sir.

20        Q.   December 6th was James.

21        A.   You said "7th."

22        Q.   Oh, I did?   I apologize.   That was not

23   the first class, science class, over the years in

24   your 21 years where you had done this same experiment

183

1    with kids, correct?

2            A.    Correct.

3            Q.    And I think you had testified before that

4    that was one of the experiments you did most years

5    with your science classes, correct?

6            A.    Yes, that's correct.

7            Q.    Okay.  And when you would do these

8    experiments, the students would pull their arm away

9    sometimes, correct?

10           A.    Yes.

11           Q.    Okay.  And again, I think we can safely

12   assume that that's because they were either shocked

13   or it surprised them, in your words.

14           A.    Yes.

15           Q.    Do you recall ever seeing a red mark or a

16   burn mark on any student over the years?

17           A.    No, sir.

18           Q.    You don't recall any kid ever coming to

19   you the next day and saying "Look what that did to

20   me."

21           A.    No, sir.

22           Q.    You don't recall that.

23                 When you did this particular experiment

24   to kids over the years, I think you testified before

184

1   that actually most of the time the kids would pull

2   away, correct?

3        A.   I don't think I said most of the time,

4   sir.

5        Q.   Let's go look back at your --

6        A.   What number is this, sir?

7        Q.   This is page 399 --

8        A.   399.

9        Q.   -- of your termination hearing testimony.

10  "Question:  Okay.  And if you would hold their arm

11  down, they wouldn't be able to pull away."

12            "Answer:  I didn't hold his arm down."

13            Did I read those two correctly?

14       A.   It sounds like it yes.

15       Q.   The next line:  "Question:  That wasn't

16  my question.  If you hold their arm down, they

17  wouldn't be able to pull away, would they?  That's my

18  question."

19            "Answer:  If I held their arm down, would

20  they be able to pull away?  No."

21            Did I read those two correctly?

22       A.   Yes, you did.

23            What number was that?

24       Q.   I'm --

185

1          A.   Oh, are you still reading?  I'm sorry.

2          Q.   Line 11:  "Question:  Then how did you do

3      it when you used it on James's arm?"

4               "Answer:  The student comes up and gives

5      me their arm and I just use the Tesla coil on them,

6      and most of the time they pull away."

7               Did I read that correctly?

8          A.   Yes, you did.

9          Q.   So you actually did testify before most

10     of the time kids would pull away, correct?

11         A.   I was speaking in general terms there.

12         Q.   But --

13         A.   Again, that's contextual info.

14         Q.   Your testimony during the termination

15     proceeding was that most of the time the kids pulled

16     their arm away, correct?

17         A.   Most of the time is a relative word, sir.

18         Q.   I'm just asking about your testimony.

19     Your testimony then was most of the time the kids

20     pulled their arm away; is that correct or not?

21         A.   Yes, that's what I said.

22              I apologize.  What was the number on that

23     again, from where to where?

24         Q.   Page 399, line 11 through line 14.

186

1          A.    Thank you.

2          Q.    You're aware of the fact, aren't you,

3     that if the Tesla coil is applied to someone's arm

4     long enough, it can cause subcutaneous burns,

5     correct?

6          A.    I'm aware -- I'm aware of it now because

7     there was some testimony on that.

8          Q.    And you were aware, I think we've already

9     sort of covered this, if we have, I apologize, but

10    you're aware that, you know, that using the Tesla

11    coil on a student's arm is going -- can leave a

12    slight red mark, correct?

13         A.    No.

14         Q.    You don't agree with that?

15         A.    Yeah.

16         Q.    Let's go back to look at your previous

17    testimony.  Page 401, line 4.  "Question:  When

18    you're dealing with individual students, I'm not

19    talking about where you have them holding hands like

20    here, but when you're dealing with an individual

21    student and you're marking their arm or you're using

22    it on their arm, does it ever leave a mark?"

23              "Answer:  Slight red, yeah."

24              Did I read those correctly?

187

1        A.   Yes, you did.

2        Q.   So in your previous testimony you

3   confirmed that this device would leave red marks on

4   kids' arms.

5        A.   On myself.  On me.

6        Q.   Well, the question was asking about

7   students, was it not?

8        A.   Can you read that again, sir?  I was

9   looking at it as myself.

10       Q.   "Question:  But when you're dealing with

11   an individual student and you're marking their arm or

12   you using it on their arm, does it ever leave a

13   mark?"

14            "Answer:  Slight red, yeah."

15            Did I read that correctly?

16       A.   Yes, you read it correctly.

17       Q.   And so your testimony then is -- your

18   testimony then was that yes, it would leave a red

19   mark on a kid's arm when it was applied to them.  Is

20   that true?

21       A.   Like I say, I misspoke there.  I'm

22   talking about myself.

23       Q.   Okay.  You believe it would leave a red

24   mark on your arm, right?  That's what you just said.

188

1      A.   Yes.

2      Q.   But you don't think it would leave a red

3   mark on a kid's arm?

4      A.   I've never -- I haven't seen red marks on

5   kids' arms, sir.

6      Q.   Don't you think if it left a red mark on

7   your arm, it would, likewise, leave a red mark on a

8   kid's arm?

9      A.   We need to back up.  We talked about with

10   me how many times I use it on myself, sir.

11      Q.   So you disagree with that statement that

12   it would leave a red mark on a kid's arm.

13      A.   In that one, yes.

14            Can you tell me the numbers on that?  It

15   was 401 to where?

16      Q.   Page 401, line 4 to line 9.

17      A.   Nine.  Okay.

18      Q.   Did you ever see the mark on James Doe's

19   arm?

20      A.   No, I did not see it.

21      Q.   Do you recall telling James or any other

22   kid that the device would actually leave a temporary

23   mark on their arm like a temporary tattoo?

24      A.   No.

189

1      Q.   You never used those words.

2      A.   No.

3      Q.   You've seen pictures of the mark on James

4  Doe's arm.

5      A.   Yes.

6      Q.   And you saw those in previous testimony.

7      A.   Yes, I saw them.  I'm just trying to

8  think when I saw the first one.  Yes.

9      Q.   Okay.  And it's fair to say, isn't it,

10 that at least as depicted in those pictures, and I

11 understand you dispute that you did that, but at

12 least in those pictures the mark that appears on

13 James Doe's arm is in the shape of a cross, correct?

14     A.   No.

15     Q.   You don't agree with that.

16     A.   I don't agree with that.

17     Q.   What do you think that the mark looks

18 like?

19     A.   I'm going to -- we keep talking about

20 this mark --

21     Q.   I'm simply asking --

22     A.   No, let me put -- can I say something,

23 sir?

24     Q.   No, you may not.  If you have something

190

1   to say --

2          MR. HAMILTON:  If you're going to let him

3   answer the question, he was trying to answer your

4   question.

5          MR. MANSFIELD:  Well, he's not answering

6   my question.  My question was a simple one.

7          Would you read my question back, please.

8          (Record read.)

9     A.   Like an X.

10     Q.   Okay.  When you applied the Tesla coil to

11   James Doe's arm, is it your testimony that you made a

12   shape in the form of an X or a shape in the form of a

13   cross?

14          MR. HAMILTON:  I'm going to object at

15   this time.

16     A.   On advice of counsel at this time I

17   invoke my Fifth Amendment right to be free from

18   self-incrimination as the existing statute of

19   limitation in this matter has not expired.

20     Q.   Let me show you something in your

21   testimony from your termination hearing.  On page

22   403, line 6.  Let's go back to line 1.  "Question:

23   The various times this has been described as an X or

24   a cross, quite frankly I don't care which one it is

191

1   at the moment, but did you ever describe that you put

2   an X on students?"

3            "Answer:  I do not remember ever saying

4   anything about a cross."

5            Did I read those two correctly?

6       A.   Yes, you did, sir.

7       Q.   The next line:  "Question:  That wasn't

8   my question.  My question is did you ever say that

9   you put an X on him?"

10            "Answer:  Yes."

11            Did I read those correctly?

12       A.   Yes, you did.

13       Q.   The next question:  "Is an X a mark?"

14            "Answer:  Yes."

15            Did I read those correctly?

16       A.   Yes.

17       Q.   The next question:  "Is it your position

18   here today that you put an X on James and not a

19   cross?"

20            "Answer:  Yes."

21            Did I read those correctly?

22       A.   Yes.

23       Q.   So your testimony then was that you

24   actually put an X on James Doe's arm and not a cross;

192

1    is that correct?  I'm simply asking --

2         A.   Where I'm having difficulty is "mark" and

3    "motion."

4         Q.   That wasn't my question, sir.

5         A.   I know it's not, sir.

6         Q.   Okay.  But you need to answer my

7    questions today.

8              MR. MANSFIELD:  Could you read the

9    question back again, please.

10             (Record read.)

11        A.   I did not put a mark on --

12        Q.   That wasn't my question, sir.  My

13   question was your testimony at the time when you

14   testified during your termination proceeding was that

15   you put a mark on James Doe's arm and not a cross; is

16   that correct?

17        A.   Then I will have to say I misspoke there.

18   I did not put a mark.

19        Q.   Now today you're denying putting any kind

20   of mark on James Doe's arm; is that correct?

21        A.   That would be correct.

22        Q.   Okay.  Before using the Tesla coil on any

23   of the kids when you did this experiment where they

24   came up and volunteered, did you ever warn any of the

193

1   kids about any of the dangers associated with the

2   Tesla coil?

3           A.   No, sir.

4           Q.   And I assume you didn't ask any of the

5   kids whether they had any health problems before they

6   had come up to volunteer to have the Tesla coil be

7   used on them.

8           A.   No, sir.

9           Q.   Did you ever ask any of the students

10   whether they had a pacemaker or any --

11          A.   No, sir.

12          Q.   And you didn't ever ask the students

13   whether they had any kind of heart condition.

14          A.   No, sir.

15          Q.   Did you ever ask any of the students if

16   they were pregnant before you applied the device to

17   them?

18          A.   No, sir.

19          Q.   I think you previously testified during

20   your termination hearing that you also, I think your

21   testimony was that it was inadvertent but you

22   inadvertently touched Student No. 7 with the Tesla

23   coil that day on December 6th, 2007.

24          A.   Repeat that one again.  You kind of

194

1    switched gears on me there.  Go ahead.

2          Q.   On December 6th, 2007, in James's

3    science class you inadvertently applied the Tesla

4    coil to Student No. 7's back; is that right?

5          A.   That's not correct.

6          Q.   Tell me what happened with Student No. 7

7    and the Tesla coil that day.

8          A.   It was an accident.  Inadvertent.

9    Whatever word you want to use there, accident or

10   inadvertent.

11         Q.   Okay.  That's what I said, inadvertent.

12         A.   Yeah, but you added another word in

13   there; back.

14         Q.   It wasn't on his back?

15         A.   I don't know where it was, sir.

16         Q.   How did that happen?  Did he bump into

17   it?  Did you bump into him?  Tell me what happened.

18         A.   He's located -- his seat's located two

19   steps from where -- two steps from where I'm

20   standing.  He is a, how can I -- he's a

21   high-maintenance kid, okay?  I'm trying to be nice

22   about that, but he's kind of a high-maintenance kid.

23   He's -- he was standing up.  He volunteers for

24   everything, anything, that type of thing.

195

1          I went by, he was there in no time and it

2     was applied to him.  It shocked me just as much as it

3     shocked -- I shouldn't use the word "shocked."  It

4     surprised me as much as it surprised him.

5          Q.   What do you mean, he was walking by?

6     Tell me what you --

7          A.   Oh, he was coming up to do a demo on the

8     vacuum tubes.

9          Q.   Okay.  There had been testimony that he

10    had bent over and that somehow he was inadvertently

11    shocked in the lower back when he bent over.  That's

12    not your recollection?

13         A.   No.  The lights are down, okay?  Lights

14    being down, there's some light in there so kids can

15    take some notes, inadvertent -- wound up because he

16    was asked to come up and look at -- there was a quiz.

17    We were doing some type of a, I don't know if it was

18    a collective quiz, we were doing that demonstration

19    looking at the gases, determined what the gases are,

20    and through looking at those gases he came up and he

21    was volunteering, you know, to determine what that

22    gas was.

23         Q.   Do you recall asking him to pick one of

24    the test tubes up?

196

1       A.   Yeah, he probably -- he volunteered when

2    he came up there.

3       Q.   Do you recall that when he was bending

4    over to pick that test tube up, somehow inadvertently

5    the Tesla coil --

6       A.   On the way up there, yes.

7       Q.   But I'm actually talking about when he

8    was bending down to pick the test tube up, that's the

9    point in time when somehow inadvertently it happened

10   that he got shocked.

11       A.   No.  As he was going up, sir.

12       Q.   As he was coming up to the front of the

13   class.

14       A.   Yes.

15       Q.   So before he picked up the coil, or

16   before he picked up the test tube, I'm sorry.

17       A.   Yes.

18       Q.   Okay.  And so he had come up to the front

19   of the class near you, obviously, right?

20       A.   Yes.

21       Q.   And how did he happen to be inadvertently

22   touched with the Tesla coil?

23       A.   Just as he's -- his motion of direction

24   as he's going up.

197

1   Q.   So you were standing still?

2   A.   Yes.

3   Q.   Okay.  You had the Tesla coil in your

4   hand I assume.

5   A.   I don't know the whole scenario how it

6   all took place, if I'm moving.  There was a lot of

7   movement in the class at the time.  People in the

8   back row sitting up, standing up, looking.

9   Q.   Do you recall whether he was touched

10  somewhere on his back or somewhere on the front?

11  A.   I don't know a location, sir.

12  Q.   You don't remember.

13  A.   I do not remember.

14  Q.   Okay.  So if someone testified that he

15  actually got shocked in the lower back, you have no

16  reason to dispute that.  Is that correct?

17  A.   I don't know locations, sir.

18  Q.   That's not my question.  If someone

19  testified that Student No. 7 was shocked in the lower

20  back, you have no basis to dispute that; is that

21  correct?

22  A.   Unless it was on his back, you know, as

23  he's walking by, I don't know.

24  Q.   That's not answering my question.

ARMSTRONG & OKEY, INC., Columbus, Ohio (614) 224-9481

198

1          A.   Go ahead.

2               MR. MANSFIELD:  Would you repeat the

3      question, please.

4               (Record read.)

5          A.   I guess that would be a yes to that.

6               MR. MANSFIELD:  Okay.  Do you guys want

7      to take a break now?

8               MR. HAMILTON:  We're good.

9               MR. MANSFIELD:  You all right?  Why don't

10     we take a short break.  We can take a short break.  I

11     think everybody needs to run to the restroom.

12               (Recess taken, 2:55 to 3:06 p.m.)

13               MR. MANSFIELD:  Back on the record.

14          Q.   Mr. Freshwater, you testified a little

15     while ago that you had smashed the Tesla coil, and I

16     just want the record to be clear that the Tesla coil

17     that you destroyed, that was the Tesla coil that you

18     used in your classroom on December 6th, 2007,

19     correct?

20               MR. HAMILTON:  Let me go off the record

21     for a second.

22               (Discussion off the record.)

23               MR. HAMILTON:  Go ahead.

24          A.   Do I know 100 percent that was the Tesla

199

1      coil?

2              Q.   Let me ask you -- yeah.

3              A.   I don't know.

4              Q.   You were asked to destroy the Tesla coil,

5      correct?  That's what you testified to before.

6              A.   Yes.

7              Q.   And was that -- did you have to go get

8      the Tesla coil or was it still in your classroom?

9              A.   I don't remember where it was, sir.

10             Q.   Okay.  And so you don't know whether that

11     particular Tesla coil that you destroyed was the

12     Tesla coil that you used in the classroom on December

13     6th, 2007.

14             A.   As far as I'm aware that was the one,

15     yes.

16             Q.   Was there some identifying mark on that

17     particular Tesla coil that would lead you to believe

18     that?

19             A.   That wouldn't have anything written on

20     it.

21             Q.   For example, a mark, a scuff mark, you

22     know, somebody dropped it in the past and there was a

23     little chunk out of it.

24             A.   Oh, so I would know for sure that's the

200

1   one.

2          Q.   Right.

3          A.   I would assume it was the one because it

4   was the one I had access to.

5          Q.   So in the '07-'08 school year you had

6   access to only that one Tesla coil.

7          A.   Not necessarily.  That was the one I

8   retrieved and brought to the room.

9          Q.   Okay.  So to the best of your

10  recollection --

11         A.   Yes.

12         Q.   -- it's the same Tesla coil.  The one

13  that was used on December 6th and the one that you

14  destroyed is the same Tesla coil.

15         A.   To my understanding, yes.

16         Q.   You understand the testimony you're

17  giving here today is under oath, correct?

18         A.   Yes.  Yes.

19         Q.   And you also understood or understand

20  that the testimony you gave at the termination

21  proceeding was under oath.

22         A.   Yes.  Yes.

23         Q.   There is a set curriculum in the Mount

24  Vernon Middle School for science teaching; is that