201

1   correct?

2         A.   Yeah, they call those academic content

3   standards.   Yes.

4         Q.   I've heard it referred to as state

5   benchmark standards too; is that --

6         A.   That's a part, yes, sir, that's a part of

7   it.

8         Q.   And those academic content standards are

9   set forth in some document that you can review at the

10  school to know what it is that you're supposed to be

11  teaching to kids in the eighth grade science class.

12        A.   That is correct.

13        Q.   And does the school district or the

14  middle school play any role in establishing what

15  those academic content standards are?

16        A.   They -- I guess they could if someone's

17  at that state level doing it.

18        Q.   But those curriculum standards are from

19  on high, from the state level down to the schools.

20        A.   Yeah.   I'm thinking too deep in that

21  because I think there's some teaches that have done

22  that.

23        Q.   Is there a director of curriculum in the

24  Mount Vernon City School District?

202

1      A.   Yes, sir.

2      Q.   Who is that person or who was that person

3  in the '07-'08 school year?

4      A.   That would be Dr. Weston.

5      Q.   She's a school districtwide director of

6  curriculum, correct?

7      A.   To my understanding, yes.

8      Q.   So she's not just over the middle school.

9      A.   Yes.  You're right.  She's broader than

10  that.

11      Q.   Do you review those academic content

12  standards on a periodic basis?

13      A.   Yes.

14      Q.   Okay.  In what circumstance would you

15  review them?

16      A.   Pretty regularly.  I have them posted on

17  my door.

18      Q.   Okay.

19      A.   Yeah, so . . .

20      Q.   And those were the specific state

21  academic content standards for eighth grade science.

22      A.   Yes.

23      Q.   Okay.  How frequently do you think you

24  would have reviewed them?

203

1          A.    Fairly frequently because that's the

2   basis of all my teaching.

3          Q.    And do you receive any kind of training

4   on the academic standards?

5          A.    Yeah, I -- yes.  Yes.

6          Q.    Does the school district do that on a

7   periodic basis?

8          A.    I mean, once a year or just --

9          Q.    Once a year, twice a year or whatever.

10         A.    Yeah, there's definitely some training

11  throughout the year type thing.  It's discussed

12  pretty regularly.

13         Q.    Okay.  In teacher meetings?  In teacher

14  administration meetings?

15         A.    Yes.

16         Q.    And I take it that if a content standard

17  is changed, teachers would receive some kind of

18  instruction on what that change was and what that

19  change would require?

20         A.    Yes.

21         Q.    Now, in your class is it your

22  understanding that -- obviously, you're supposed to

23  teach to those academic content standards, correct?

24         A.    That would be correct, sir.

204

1     Q.    And you can use information outside those

2     content standards within certain parameters in order

3     to teach those content standards; is that fair?

4          A.    Outside --

5               THE WITNESS:  Repeat that one for me, can

6     you please.

7               (Record read.)

8          A.    Information outside.  Yes.

9          Q.    Okay.  Do you also receive training from

10    the school or the school district on the teaching of

11    religion in the classroom?

12         A.    No.

13         Q.    There was never any instruction on what

14    you can and can not do in terms of teaching religion

15    in the classroom from your school or the school

16    district.

17         A.    There was training this year, but I

18    wasn't there.  But I've never seen training like

19    that, no.

20         Q.    Okay.  When you were getting your degree

21    back at Ohio University, did you ever take coursework

22    on that topic?

23         A.    I don't remember, sir.

24         Q.    You did have that one course at Mount

205

1    Vernon Nazarene, Religion in the Classroom, correct?

2         A.    That is correct.

3         Q.    In the teacher faculty meetings did the

4    subject, in your 21 years at Mount Vernon City

5    Schools, did the subject of religion in the classroom

6    ever come up?

7         A.    Repeat that.  I'm trying -- where was the

8    location of that again?

9              (Record read.)

10        A.    I would guess so.  I can't pinpoint a

11   time.  I'm sitting here running back -- I guess so.

12        Q.    I understand it's a long time.

13        A.    Yeah.

14        Q.    But do you recall any specific topics

15   that were discussed that relate to religion in the

16   classroom during the teacher administration faculty

17   meetings?

18        A.    I don't remember, sir.

19        Q.    I take it there's a specific textbook

20   that you are supposed to use in teaching science in

21   eighth grade in Mount Vernon City Schools.

22        A.    Put an S on that; books, yes.

23        Q.    The book changes from year to year

24   perhaps?

206

1      A.    It could, but there's books.   More than
2    one.

3      Q.    So the students don't have just one
4    textbook that they use during the year.

5      A.    That's correct.

6      Q.    They have multiple books.

7      A.    Yes.

8      Q.    Okay.   I take it you're familiar with the
9    academic content -- well, let me back up here a
10   second.

11           Does the district have a curriculum that
12   is separate from what the academic content standards
13   are?

14     A.    I'd say no.   They adopted 2004 Ohio --
15   the academic content standards.

16     Q.    And so the Mount Vernon curriculum, the
17   district curriculum, is based on those academic
18   content standards.

19     A.    That would be correct, yes.

20     Q.    And does the Mount Vernon City School
21   District add to those content standards as part of
22   their curriculum?   In other words, is the curriculum
23   broader than what the academic content standards are?

24     A.    I'll say, to the best of my knowledge,

207

1    no.

2         Q.    Okay.

3         A.    Because I don't see what comes from the

4    state.  Maybe I do.  What they receive from the state

5    and what they give us, I don't know if they add, take

6    away or anything to it.  I think what we get is

7    directly from the state.

8         Q.    Okay.  The curriculum for eighth grade

9    science includes sections or whatever you want to

10   call them on life sciences.

11        A.    That's correct.

12        Q.    And what's your understanding of that

13   curriculum?  What does it entail?  What are you

14   supposed to teach when you get to that life sciences

15   unit?

16        A.    You're going to have to refresh my memory

17   on that one, sir.  I would have to -- to be accurate

18   I would have to --

19        Q.    Well, just based on your recollection as

20   you sit here today.  I mean, you were the teacher

21   there.

22        A.    Yes, I know, but it's been going on

23   almost two years now, sir.

24        Q.    You don't remember what the components of

208

1   the life sciences section were?

2          A.   Yeah, I can -- heredity.  Evolution.  I

3   want to say "cells," but I'm not positive.  Put a

4   question mark beside it.  I'm not sure if cells are

5   in it.  I'll stop with that.

6          Q.   Okay.

7          A.   I do know those two.

8          Q.   That's what you recall.

9          A.   Evolution and heredity, yes.

10         Q.   That curriculum does not include the

11  teaching of creationism, correct?

12         A.   That is correct.

13         Q.   And it does not include, that curriculum

14  does not include the teaching of intelligent design.

15         A.   That is correct.

16         Q.   Okay.  And if you were teaching

17  creationism, that would be in violation of those

18  academic content standards and the curriculum,

19  correct?

20         A.   That would be correct, sir.

21         Q.   And if you were teaching intelligent

22  design, that, likewise, would be a violation of the

23  academic content standards and the curriculum,

24  correct?

209

1          A.    That would be correct.

2          Q.    The approved science curriculum for

3    eighth grade does not include critical analysis of

4    evolution, does it?

5          A.    Can she repeat that?

6          Q.    Yeah.

7                (Record read.)

8          A.    It did.

9          Q.    When did it?

10         A.    I'm trying to give you a date.  2006 I

11   want to say.

12         Q.    So up until 2006 it included that?

13         A.    Yes.

14         Q.    Then what happened in 2006 that critical

15   analysis of evolution was removed from the

16   curriculum?

17         A.    A memo came out.

18         Q.    From the school district?

19         A.    Yes.

20         Q.    A memo to whom?

21         A.    Science teachers.

22         Q.    To all science teachers or to you

23   specifically?

24         A.    I don't remember if it said "all."  I

210

1   don't recall --

2        Q.   Okay.  But --

3        A.   -- what the memo said, sir.

4        Q.   All right.  I guess I didn't ask that

5   question particularly well.  It was a memo to all

6   students and not a memo directed only to you.

7        A.   I don't remember, sir.

8             MR. DESCHLER:  You said "all students."

9             MR. MANSFIELD:  I'm sorry.

10       Q.   All science teachers and not directed

11  directly to just you; is that correct or not?

12       A.   Start over on that one, sir.

13       Q.   That memo, was that memo directed to all

14  science teachers in the district?

15       A.   I'm not sure, sir.

16       Q.   Do you recall what the heading of it

17  said?  Did it say "Dear Mr. Freshwater"?  You don't

18  recall?

19       A.   I don't recall the memo, sir.

20       Q.   Okay.  You would agree with me that when

21  you teach kids science in eighth grade, you're

22  building on what they learned in previous years,

23  correct?

24       A.   Yes.

211

1      Q.    And, likewise, teachers that teach the

2   kids science after eighth grade, those teachers

3   subsequent to you, they're building on what you had

4   taught the kids and what teachers prior to you had

5   taught the kids as well, too; is that fair?

6      A.    That would be fair.

7      Q.    Okay.  If you had failed to teach

8   evolution properly to your kids, then those high

9   school teachers, those subsequent teachers would then

10  have to teach that to the kids, wouldn't they?

11     A.    Yeah, if I -- whatever it may be, if I

12  failed to teach it, they would have to -- somewhere

13  along there they will have to get it.

14     Q.    Right.  So if you as a teacher failed to

15  teach something, then there would need to be remedial

16  training, I'll call it, in subsequent years to get

17  the kids up to speed on those particular topic areas.

18     A.    Yes.  I would say yes, I guess.

19     Q.    And so if a student was in your class and

20  failed to learn about evolution, that student, when

21  they got to ninth grade, would be behind their peers

22  in terms of what they had learned about evolution;

23  would you agree with that?

24     A.    Yes.

212

1      Q.   Okay.  And that would place those kids at

2   a disadvantage, wouldn't it?

3      A.   Yes.  Unless they learned it at home or

4   some other place, yeah.

5      Q.   I think in some of your previous

6   testimony you talked about using the word "here" in

7   your science classroom.  Do you recall that?

8      A.   Yes.

9      Q.   And tell me why you chose to use the word

10  "here" in the classroom and tell me what you meant by

11  that.

12     A.   As an example of concrete and abstract

13  thinking.

14     Q.   What do you mean by that?

15     A.   Eighth graders are more of a concrete

16  thinker.  It's an opportunity to work on the

17  abstract.

18     Q.   Do you recall using it while teaching

19  radiometric dating?

20     A.   That is part of the AC -- academic

21  content -- standards, so the kids might have used it

22  then.

23     Q.   And in that particular context when you

24  were teaching kids about radiometric dating, if a kid

213

1   came across a date, for example, that a fossil is

2   200 million years old, the kids would state "here" in

3   that instance, wouldn't they, and "here" would mean

4   in that instance that it's being stated as a fact but

5   it shouldn't be stated as fact; is that correct?

6        A.   It's a -- it's an inference.   An

7   inference would be getting an idea from your, I'm

8   just trying to think of how -- getting the idea from

9   your observations and your -- with an inference you

10  have to -- with evolution you have to extrapolate the

11  past, so with this example it's -- I'm sorry, I'm

12  explaining some things so you can -- I've lost gauge

13  of the question, sir.

14       Q.   So in that example we talked about, the

15  radiometric dating example, a date would come up, for

16  example, that a fossil is, say, 200 million years

17  old, and in that instance the kids would say "here"

18  because the textbook was stating that as a fact,

19  stating the age of that dinosaur fossil -- or that

20  fossil as a fact when it shouldn't necessarily be so.

21  Is that a fair characterization?

22       A.   It's -- it's an inference where they're

23  extrapolating backwards and we don't know -- I guess

24  you've got --

214

1       Q.    Let me ask you this --

2       A.    -- you have modern -- go ahead, sir.

3       Q.    Let me ask you this way:  Is it fair to

4    say that you told the kids to use the word "here"

5    when they saw things in the textbook or things that

6    came up somewhere that were stated as a fact but that

7    might not necessarily be a real fact?

8       A.    Yeah, because that would be a science

9    fact, okay, where we don't know -- I mean, like the

10   difference between, you know, like a moderate -- you

11   know I am 53 years old.  You know when I was born,

12   and you know today.  So that's a concrete fact.  This

13   one here you don't know for sure, they extrapolate it

14   back on this.  So we don't know, so it's not a

15   concrete; would be more abstract.

16      Q.    With the 200 million-year-old fossil

17   example, what you mean by telling the kids to use

18   "here" in that context is that we can't be certain

19   that that's a fact, correct, because we have to

20   extrapolate or we have to do something to get back to

21   that date?

22      A.    I'm just kind of confused.  Your -- 11

23   years ago, about 11 years ago I had a -- I'm trying

24   to recall back something.  I've got to apologize

215

1    here.  A student come in refuting evolution, okay,

2    and it happens often, or I shouldn't say often,

3    regularly, a few students come in and refute

4    evolution.  So she brought some -- I'm trying to

5    recall the name.  I can't recall the name.

6              Anyway, she was refuting -- she had some

7    information, I remember I put some things on a, I

8    used it, and it has come up, it's the woodpecker and

9    the giraffe worksheets that came in refuting

10   evolution, and during that time period working

11   with -- it dawned on me that students are having a

12   hard time with abstract/concrete.

13             So during that time period and with

14   disruptions in class and so forth, okay, because it

15   does conjure up disruptions, that we were talking

16   about this and looking at some good -- looking at

17   good science, bad science, that type of thing, you

18   know, things that -- and a student in the class said,

19   "Hey, look here.  There,"  some of those types of

20   words.  And it was a date that was, similar to this

21   situation, that was not a concrete date, it was a

22   science date, and they said "here," so I just kind of

23   used that.

24             And it was very successful and cut down

216

1   disruptions, and I found it to be very effective.  My

2   OAT scores, they show it.  They did very well in

3   their OATs, in life science especially.

4          Q.   So I think what you're telling me is --

5          A.   So, I've got -- go ahead.  I apologize,

6   you have some -- I'm not sure if I answered your

7   question on that.

8          Q.   In other words, "here," you having the

9   students use the word "here" is a shorthand way of

10  them saying that a scientific theory just cannot be

11  100 percent proven correct; is that fair?

12         A.   The definition of theory is an

13  established fact that scientists believe to be true,

14  so that -- with theory --

15         Q.   Well, let me ask it this way:  There are

16  scientific facts that come up in class from time to

17  time, correct?

18         A.   Yes.  Sure.

19         Q.   For example, the age of a fossil,

20  correct?

21         A.   Okay.

22         Q.   Okay.  And the textbook may say that that

23  fossil is 200 million years old, for example, all

24  right?

217

1      A.   Okay.

2      Q.   And the students, it was your practice to

3  have the students say "here" in that instance because

4  that is a scientific fact that really can't be

5  proven; is that correct?

6      A.   Not saying it's right or wrong, it's not

7  able to -- they don't have a beginning or an end or

8  whatever on that date, it's extrapolation --

9  extrapolated.

10     Q.   So by using the word "here" you're saying

11 that date may be right or it may be wrong.

12     A.   Yes.

13     Q.   All right.

14     A.   Yes.   That's good.

15     Q.   Why do you think certain scientific

16 theories, radiometric dating for example that we just

17 talked about, why do you think that those theories

18 shouldn't be stated as a fact?

19     A.   They very well -- it's scientific.   To

20 the best of the scientist's knowledge they are a

21 fact, so what they're stating there, they're the

22 best -- with all the backed up scientific stuff

23 behind it they're doing the best to say "Yes, this is

24 a fact," but it's not a concrete.

218

1    Q.    Fact.  Okay.  So radiometric dating is a

2   good one to use because, you tell me your opinion, do

3   you think radiometric dating is accurate or not?

4    A.    With my --

5    Q.    Your personal belief.

6    A.    I don't -- repeat that again.

7    Q.    Do you believe personally that

8   radiometric dating is accurate or not?

9    A.    Why wouldn't I think that?  I mean,

10  it's --

11   Q.    I'm just asking you.  What's your

12  personal belief?  Do you think it's accurate or not?

13   A.    Yes.

14   Q.    Okay.

15   A.    To the best of scientists, you know, with

16  the scientific evidence we have out there, yes.

17   Q.    Okay.  Do you believe in evolution?

18   A.    Oh, yes.

19   Q.    Do you believe in creationism?

20   A.    Yes.

21   Q.    And you believe in intelligent design?

22   A.    Define that for me, sir.

23   Q.    Well, your definition of intelligent

24  design.  You understand what intelligent design is,

219

1   don't you?

2          A.   I don't feel comfortable in --

3          Q.   I'm not asking you whether you taught it

4   in your class or not.  I'm simply asking personally

5   do you believe in intelligent design.

6          A.   I don't feel comfortable even going there

7   with that one, sir.

8          Q.   And why not?

9          A.   I just don't have a thought on that.  I

10  don't have an opinion on that.

11         Q.   Have you read anything about intelligent

12  design?

13         A.   Sure, I read some things.

14         Q.   And, in fact, you proposed to the school

15  district in 2003 that you wanted to teach intelligent

16  design in the classroom.

17         A.   Absolutely not.

18         Q.   I'm talking about that proposal that you

19  made.

20         A.   Absolutely not.

21         Q.   Okay.  So intelligent design wasn't part

22  of that proposal.

23         A.   No.  Not at all.

24         Q.   You're aware of the theory of intelligent

220

1   design.

2          A.    Do I know it exists out there?

3          Q.    Yeah.

4          A.    Sure.

5          Q.    Okay.  And you've read articles about it.

6          A.    Yeah, I've read some articles.  Yes.

7          Q.    You tell me what your understanding of

8   intelligent design is.

9          A.    I think I've answered that.  I don't have

10  an opinion on that right now, sir.

11         Q.    I'm not asking your opinion about it.

12  I'm asking you for what your understanding of

13  intelligent design is.

14         A.    You're going to have to give me some

15  materials to look at then, sir.

16         Q.    I'm just asking you based on your reading

17  these articles and your understanding of the term

18  "intelligent design," you tell me what you understand

19  it to be.

20         A.    I have no thoughts, I have no opinion on

21  that right now.  You'd have to give me some

22  information on this, sir.

23         Q.    What does "intelligent design" mean to

24  you?

221

1        A.    I have no opinion on that.

2        Q.    You don't understand intelligent design

3   to be God's hand somehow in changing things in life

4   or creating things?

5        A.    I'm aware some people -- intelligent

6   design doesn't have anything to do with God.

7        Q.    What does it have to do with then?

8        A.    I don't have an opinion.

9        Q.    What's your understanding of creationism?

10        A.    My understanding of creationism would

11   be -- I guess, first of all, I'm not a theologian.

12   I'm trying to figure out the direction of this

13   question.

14        Q.    I just want to know what your

15   understanding of creationism is.

16        A.    I'm just trying to figure out why you

17   want to know my faith belief.

18        Q.    I'm allowed to ask those questions today.

19        A.    Okay.

20        Q.    Just like your counsel was asking

21   Mrs. Doe those same questions the other day, I'm

22   entitled to ask those questions.

23        A.    Thank you, sir.

24              Creationism.   Part of my faith.

222

1         Q.   And what do you understand that to be?

2         A.   It's part of my faith.

3         Q.   I understand that, sir.  But what do you

4 understand it to be?  What is creationism, in your

5 mind?

6         A.   That there would be a creation --

7 creator.

8         Q.   Okay.  That creator is whom?

9         A.   God.

10        Q.   And God did what by way of creationism?

11        A.   I guess I'm real confused on why you're

12 asking me these questions, sir, that's why such long

13 pauses here, because I don't know what this has to do

14 with --

15             MR. HAMILTON:  Do you believe in the

16 Bible or not?

17             THE WITNESS:  Yes.

18             MR. HAMILTON:  I mean, that's what I

19 think he's trying to get to.

20             THE WITNESS:  Yes.  Yes.

21        Q.   Okay.  If you were to explain creationism

22 to one of your kids, how would you explain it to

23 them?

24        A.   You're separating students from kids?

223

1          Q.   Yes, your kids.  These questions are

2    talking about --

3          A.   My personal.

4          Q.   -- your personal beliefs.  I'm not asking

5    about your --

6          A.   Yeah, that's why I'm trying to -- I guess

7    I don't have an understanding why you're digging in

8    my personal beliefs.

9               MR. HAMILTON:  He can dig into your

10   personal beliefs.

11              THE WITNESS:  Can he?

12              MR. HAMILTON:  Absolutely.  So just

13   answer his questions.  Do you believe in the Bible or

14   not?  I think that's what he's trying to get to.  If

15   you're confused with what he's asking you -- if

16   you've taught creationism in the classroom, that's

17   not what he's asking you.  He's simply asking you to

18   explain creationism.

19         A.   Okay.  Go ahead, sir.

20         Q.   You tell me in your words what

21   creationism is.

22         A.   That there's a creator and that there's a

23   God that created it.

24         Q.   Okay.  And God created the world, is that

224

1   correct, under that view?

2          A.    That would be correct, sir.

3          Q.    And God created life and God created man;

4   is that right?

5          A.    That would be correct, sir.

6          Q.    And that's all set forth in the Bible

7   like Mr. Hamilton was just talking about.

8          A.    That would be correct, sir.

9          Q.    And that is your belief.

10         A.    That would be correct, sir.

11         Q.    Okay.  The same with intelligent design.

12  I'm not asking you whether you taught it in class,

13  I'm not going there, I just want to know what your

14  understanding of intelligent design is.

15         A.    You would have to give me some -- I would

16  have to refresh my memory on it, sir.

17         Q.    Okay.

18              MR. MANSFIELD:  Would you mark this.

19              (EXHIBIT MARKED FOR IDENTIFICATION.)

20         Q.    Mr. Freshwater, let me hand you what

21  we've marked as Deposition Exhibit No. 9.  If you

22  could take a look at that for a second, please.

23         A.    Can I look at this?  It's been awhile

24  since I looked at this.

225

1      Q.    Yeah, go right ahead.

2      A.    I apologize.

3      Q.    That's all right.  Have you had an

4  opportunity to review --

5      A.    Yeah, I have looked through it.  Yes.

6      Q.    -- Exhibit 9?  The last two pages of

7  Exhibit 9, that's the proposal we were talking about

8  a little while ago that you had submitted to the

9  Mount Vernon school board in 2003; is that correct?

10     A.    That is correct, sir.

11     Q.    Okay.  And I understand that the first

12  page of this Exhibit 9 was not drafted by you.

13  Correct?

14     A.    Yes, it was definitely not drafted by me.

15     Q.    But the last two pages were what you

16  created, correct?

17     A.    That is correct.

18     Q.    And you put this together as part of a

19  proposal, like it says at the top, to teach Darwinian

20  evolution objectively.

21     A.    That is correct.

22     Q.    Did you draft this by yourself, this

23  proposal?

24     A.    Draft it by myself?

226

1          Q.    Right.

2          A.    Restate -- can you restate that a

3    different way, sir?

4          Q.    Well, did you create this on your

5    computer at home?

6          A.    To my knowledge, yes.

7          Q.    And were you the one who actually typed

8    it into the computer?

9          A.    That would be correct, yes.

10         Q.    And so you're the one who drafted this

11   proposal.

12         A.    Drafted, yes.

13         Q.    Okay.

14         A.    Gotcha.

15         Q.    Did you receive any assistance from

16   anyone as part of your drafting of this proposal?

17         A.    Yes.

18         Q.    Who assisted you in drafting the

19   proposal?

20         A.    My wife and a lady, Evy.  Evy Oxenford.

21         Q.    Evy Oxenford?

22         A.    Evy Oxenford, yes.

23         Q.    And who is she?

24         A.    A friend.  Friend of the family.

227

1      Q.   Why was Evy Oxenford assisting you in

2   drafting this proposal?

3      A.   I don't remember exactly why, sir.

4      Q.   Did she have opinions about teaching

5   Darwinian evolution objectively?

6      A.   No.  I think it was more contextually,

7   language.  From what I remember, sir, I think it was

8   more that, the content and the spelling, grammar,

9   just the layout.

10      Q.   Did she review the content?

11      A.   I would say yes to that.

12      Q.   And she helped you put together the

13   content.

14      A.   Yes.

15      Q.   And she also helped you grammatically and

16   punctuationwise --

17      A.   Yes.

18      Q.   -- in putting it together.

19      A.   Yes.

20      Q.   Okay.  Is Ms. Oxenford a teacher?

21      A.   She's a nurse practitioner.

22      Q.   And back in '03 when you drafted this,

23   she was a nurse practitioner then?

24      A.   No.

228

```
1         Q.   What was she doing then?

2         A.   She was -- I think her title was

3    teacher's aide I think it was then.

4         Q.   So she was in the school district with

5    you?

6         A.   Yes.  She was in the Mount Vernon school

7    system.

8         Q.   Okay.  Did she assist you?

9         A.   No.

10        Q.   What did she do as a teacher's aide?

11        A.   It was more of a one-on-one or

12   two-on-one, three-on-one type situation.

13        Q.   Helping students out in the classroom?

14        A.   Yes.

15        Q.   Okay.

16        A.   But not mine.  It was not my students,

17   though.

18        Q.   She never helped out in your class.

19        A.   It's been a long time.  From what I

20   remember, no.

21        Q.   Okay.  Does she attend your church?

22        A.   No, sir.

23        Q.   Her husband's a science teacher in the

24   Mount Vernon schools, correct?
```

229

1        A.   That is not correct.

2        Q.   Was he a science teacher or was he a

3 teacher in the schools?

4        A.   No, sir.

5        Q.   He was not.  Who is her husband?

6        A.   She's divorced.  Said she's divorced.

7        Q.   Was she divorced back in 2003 when you

8 put this proposal together?

9        A.   No.

10       Q.   So she was married at that time.

11       A.   To my best understanding, yes.

12       Q.   And was her husband's name Bill Oxenford?

13       A.   No, sir.

14       Q.   What was her husband's name?

15       A.   I don't know the first name.

16       Q.   And he wasn't a teacher in the Mount

17 Vernon schools.

18       A.   No.

19       Q.   Did anybody else help you in drafting

20 this proposal that's in Exhibit 9 aside from Evy

21 Oxenford?

22       A.   Anybody else help me draft it?  You mean

23 helped me --

24       Q.   Let me ask this way, did anybody give you

230

1    suggestions for the contents of what should go into

2    the proposal?

3          A.   Other than those?

4          Q.   Other than --

5          A.   No.

6          Q.   Did Dave Daubenmire help you put this

7    together?

8          A.   No.

9          Q.   Did anyone within your church help you to

10   put this together?

11         A.   No.

12         Q.   Any other teachers in the Mount Vernon

13   City Schools that helped you put this together?

14         A.   No.

15         Q.   So it was really you with a little bit of

16   assistance from Ms. Oxenford.

17         A.   Uh-huh.

18         Q.   Is that right?

19         A.   That would be correct, sir.

20         Q.   Okay.  In putting together this proposal

21   you wanted the Mount Vernon City Schools to change

22   their curriculum with respect to the life sciences a

23   bit, correct?

24         A.   You said change the curriculum?

231

1      Q.   Well, add to.  That's a fairer -- you

2  wanted them to add --

3      A.   Yeah, I would say "add" would be a better

4  word.  Yes.

5      Q.   And what you wanted the curriculum to do

6  by way of this proposal was to allow teachers and

7  students to critically examine the evidence both for

8  and against evolution, correct?

9      A.   Just a more robust evolution teaching.

10     Q.   Okay.  But like it says in here, in the

11  proposal -- do you see that paragraph that says

12  "Proposal"?

13     A.   I'm sorry.  Point that out to me, sir.

14     Q.   Second paragraph says "Proposal"; do you

15  see that?

16     A.   Yes, sir.

17     Q.   In that first sentence it says, "Add a

18  policy statement" -- I'm skipping some word -- "that

19  allows teachers/students to critically examine the

20  evidence both for and against evolution."

21     A.   Yeah.

22     Q.   Do you see that?

23     A.   Yeah.  "Robust" would fit there also.

24  Teaching a broader -- teaching more evolution.

232

1      Q.   Okay.  And by that you wanted to be able

2   to teach your students this broader view about

3   evolution that you just talked about.  Is that right?

4      A.   That would be correct.

5      Q.   And part of that broad view would be

6   evidence that supports evolution, correct?

7      A.   Okay.

8      Q.   You have to say "yes."

9      A.   I'm sorry.  Yes.

10     Q.   And part of it would be evidence that

11  refutes evolution, correct?

12     A.   That would be correct, yes.

13     Q.   And by way of this, I know it didn't get

14  approved, by way of this proposal you wanted kids to

15  learn not just Darwinian evolution theory, but other

16  theories that talk about how life on earth was

17  created; is that fair?

18     A.   No.  I don't believe what you said is a

19  fair assessment.  If you can repeat that over.

20     Q.   When you put this proposal together, what

21  did you understand the evidence against evolution to

22  be?

23     A.   Sir, I'm just, again, I just wanted a

24  more robust -- I just wanted to teach -- I guess

233

1    you're confused with the word "against."

2         Q.    Well, it's your word.

3         A.    Yeah, I know, but you're using it -- it's

4    evidence out there and also some evidence that, I'm

5    trying to think of another way for against.

6    That's -- it is what it is there, sir.

7         Q.    Right.  You used the word "against,"

8    correct?

9         A.    Yeah.

10        Q.    Okay.  And there was evidence out there

11   against the theory of evolution, correct?  At the

12   time you put this proposal together.

13        A.    There's some evidence out there that

14   would call into question evolution, yes.

15        Q.    And what is that evidence?

16        A.    At this time I'm not sure what I was --

17   it's been how many years?  It's been six years, sir,

18   since I put this together.  I'm not sure what I was

19   thinking there when I said "against."  It's been six

20   years.

21        Q.    Okay.  In this proposal you used the word

22   "controversial" a number of places, right?

23        A.    Yes.

24        Q.    Okay.  And the controversy over teaching

234

1    Darwinian evolution theory is that there's also this

2    theory of creationism out there that can teach us

3    about changes in man and changes in life, correct?

4         A.   Yes, but that's not what I'm trying to --

5    you're going down the wrong road there, sir.

6         Q.   Well, you tell me.  What were the --

7         A.   This has, again, this had nothing to do

8    with teaching creationism or intelligent design.  If

9    you flip to the next page, I think it's very clear,

10   that's why I, you know, there's my proposal there.

11   Let me see where it's located there.

12             (A) where it says "Encourage the

13   presentation of scientific evidence regarding the

14   origin of life and its diversity objectively without

15   religious, naturalistic, philosophical biases and

16   assumptions."

17             There's nothing religious about this,

18   sir.  You just brought the word "creationism" in

19   there and this has nothing to do with that.  You did

20   the same thing that Dr. Weston did to me.

21        Q.   Okay.  Let me ask you --

22        A.   So --

23        Q.   All right.  You pointed us to paragraph

24   (A) on page 2 of your proposal.  (A), (B), and (C),

235

1    you didn't actually -- those aren't your words,

2    correct?

3          A.   No, those are not.

4          Q.   Right.  You obtained that from this

5    website that's stated up there above, correct?

6          A.   No, I did not receive it from that

7    website, sir.

8          Q.   What website, well, it says "This

9    statement and the policy itself copied from

10   www.ItelligentDesignNetwork.org/TeachingResources."

11   Do you see that?

12         A.   Yeah, up above that.  It might have been

13   from that -- yeah, I would take it that's where I got

14   it from.  Yes.

15         Q.   That's fair.  You went to that website,

16   you got this, and that's sort of a model resolution

17   to be used to try to get a school district to adopt a

18   policy to teach Darwinian evolution objectively; is

19   that fair?

20         A.   That was a lot.  Can you repeat that,

21   sir?

22             MR. MANSFIELD:  Why don't you reread

23   that, please.

24             (Record read.)

236

1        A.    Yeah, I would say yes to that.

2        Q.    And part (C) of that resolution there on

3    the second page of your proposal talks about

4    encouraging the development of a curriculum that

5    helps students think critically about the claims of

6    evolutionary theory.  Do you see that?

7        A.    Yes, sir.

8        Q.    It also wants the school to be able -- to

9    have teachers be able to teach students to understand

10   the full range of scientific views that exist

11   regarding the origins of life and its diversity,

12   right?

13       A.    Yes.

14       Q.    Okay.  And finally in that paragraph (C),

15   to have teachers and students understand why origins

16   science may generate controversy.  Do you see that?

17       A.    Yes, sir.

18       Q.    Okay.  Now, when you put this together,

19   you understood what the controversy was out there on

20   teaching Darwinian evolution, right?

21       A.    Can you repeat that, sir?

22       Q.    When you put this proposal together, you

23   understood what the controversy was with regard to

24   teaching Darwinian evolution objectively.

237

1          A.    I apologize, sir.  Can you say that one

2    more time.

3                MR. MANSFIELD:  Can you read it, please.

4                (Record read.)

5          A.    I understood the controversy.  I just

6    wanted a more robust --

7          Q.    That's not my --

8          A.    There was confusion -- there was

9    confusion in the building with how to -- teachers,

10   some taught it, some didn't teach it, and just like

11   you said a little bit earlier, if they don't teach

12   it, they're going to be lacking up above.

13         Q.    Some taught what?  Some did not teach

14   what?

15         A.    If some teachers didn't teach evolution,

16   that example I think you gave me as an example, if

17   you don't teach evolution, you will be missing, okay.

18   And there was that type of -- I could see that type

19   of confusion within the school building, okay.  So I

20   took it upon myself to try to alleviate that -- the

21   confusion of teachers.

22         Q.    What was the confusion of the teachers?

23         A.    In teaching evolution or not teaching

24   evolution and a broader -- and they would look at it

238

1    more, like I said, robustly.

2         Q.   So you're saying teachers in the Mount

3    Vernon Middle School were confused about whether they

4    could or could not teach evolution?

5         A.   There's a lot -- not with -- in how they

6    taught it, because kids would ask questions all the

7    time.

8         Q.   Okay.

9         A.   Okay.

10        Q.   Evolution is --

11        A.   Refute it, yes.

12        Q.   Evolution specifically in the curriculum,

13   we talked about that before, correct?

14        A.   Yes.

15        Q.   So teachers understand they're allowed to

16   teach evolution.

17        A.   I'll give you an example.

18        Q.   Well, no.  Answer my question.

19        A.   I'm just trying to be -- I'm sorry,

20   because I'm sitting here thinking of an example.  I

21   can help you understand that.

22        Q.   Answer my question first.

23        A.   I'm sorry.  Go ahead, sir.

24             MR. MANSFIELD:  Could you repeat my

239

1   question.

2            (Record read.)

3        A.   Yes.  Oh, yes.

4        Q.   Okay.  And what you're telling me is that

5   teachers were confused, I guess, about whether

6   they're allowed to talk about alternative theories

7   regarding evolution or not as part of teaching

8   evolution to kids in school.

9        A.   The aspect that it comes up, if students

10  bring up these things, how do I deal with it.

11       Q.   Okay.

12       A.   How do I deal with it when someone's

13  refuting evolution?  How do I -- so there was a lot

14  of squirming by teachers and some of them, I know of

15  one that didn't even -- didn't teach it, okay?

16       Q.   Does that --

17       A.   Because of that type of confusion.  They

18  chose not to teach it.  So that group of kids missed

19  all of evolution.

20       Q.   Okay.  Does it say anywhere here in this

21  proposal that this is designed to address the

22  confusion among teachers about what they're allowed

23  and not allowed to teach regarding evolution?

24       A.   I was thinking of the first part, the

240

1    problem.  Yeah, right there, sir.  Can I read it?

2         Q.   Point me to where you are.

3         A.   First paragraph.  First paragraph.

4         Q.   Okay.  But that's not what that says, is

5    it?  What that says is there's confusion amongst some

6    MVCS science teachers over whether they're even

7    allowed to encourage critical scientific thinking on

8    evolution, right?

9         A.   Even though it's considered excellent --

10   okay.  Okay, your question again, sir?

11        Q.   We can dance around this bush all day

12   long.  What you wanted by way of this proposal is to

13   be able to teach alternative theories to evolution;

14   am I wrong or right?

15        A.   If you're referring to creationism and

16   intelligent design, you're wrong.

17        Q.   You tell me what you're referring to.

18   But you wanted to be able to teach kids, as part of

19   critical thinking about evolution, that there are

20   other theories out there, whatever they are, I don't

21   care what they are, that there are other theories out

22   there that explain life on earth, right?

23        A.   Yeah, those things come up, to be able to

24   speak about them and talk about them.  And --

241

1      Q.   And analyze them.

2      A.   Yes.

3      Q.   Right?

4      A.   Yes.

5      Q.   And so you could analyze these

6   alternative theories, right?

7      A.   Uh-huh.

8      Q.   Is that right?  You have to say "yes."

9      A.   Repeat your question again, sir.

10     Q.   You have to analyze these alternative

11  theories.  That's part of what you want to do,

12  critically analyze --

13     A.   Yes.

14     Q.   -- these alternative theories, right?

15     A.   Yes.

16     Q.   Okay.  And so it's looking at evolution

17  and looking at what supports evolution, right?

18     A.   Yes.

19     Q.   And likewise, it's looking at evolution

20  and looking at what refutes evolution, right?

21     A.   Yes.

22     Q.   Okay.  Now, when you put this proposal

23  together, you told us a minute ago that you went to

24  this website to get this model proposal, correct?

242

1          A.    That would be correct.

2          Q.    And it looks like you got some other

3    information that's contained in your proposal here

4    from this same website; is that correct?

5          A.    Can you point that out to me, sir?

6          Q.    The first page, down at the bottom you've

7    got another cite to that same website.

8          A.    No, that was just a -- that was put on

9    for them to -- if they wanted more information.  I

10   don't think that's a slice off, I think that if you

11   want -- let me read the question.  Let me read it

12   very quickly here, sir.

13              That could be, sir.

14         Q.    Okay.  Now, in putting this together you

15   obviously went to the Intelligent Design Network to

16   get information, right?

17         A.    I would assume that would be correct,

18   sir, yes.

19         Q.    And I'm assuming when you went to that

20   website, that you learned something about intelligent

21   design; is that fair?

22         A.    You're assuming that I went in there and

23   studied and went through everything in there.  No,

24   sir, I didn't go through there.  I spent a --

243

1        Q.   How long do you recall staying on that

2   website?

3        A.   I don't remember, sir.

4        Q.   More than ten minutes?

5        A.   I don't remember, sir.

6        Q.   And have you been to that website since

7   that point in time?

8        A.   I don't know, sir.  I don't know, sir.

9        Q.   In here you write that -- you used the

10  phrase "controversial theories such as evolution."

11  What did you mean by that?

12       A.   Pinpoint that for me, sir.

13       Q.   First page, second-to-last paragraph from

14  the bottom.

15       A.   Okay.  And again, repeat the question.

16       Q.   In this proposal you use the term

17  "controversial theories such as evolution."  What did

18  you mean by that?

19       A.   Looks like I cut and pasted, sir.  I

20  don't remember what I -- "Fifty-two Ohio scientists

21  signed a press release on March 20, 2002 affirming

22  that students should be permitted to learn scientific

23  evidence both for and against controversial

24  theories."  So this statement, 52 Ohio scientists

244

1    think it's wise to be able to critically analyze

2    evolution.

3         Q.   Okay.

4         A.   That's a controversial theory.

5         Q.   What did you mean there by your use of

6    the words "controversial theories such as evolution"?

7         A.   I remember getting those 52 Ohio

8    scientists' names and I -- I remember passing that

9    out.  I do recall that.

10        Q.   Passing it out to whom?

11        A.   To this meeting.  I think I'd have to --

12   this meeting.

13        Q.   You still haven't answered my question.

14   What did you mean there by "controversial theories

15   such as evolution"?

16        A.   That there's controversial theories.

17        Q.   Okay.  And evolution in some realms is a

18   controversial theory, right?

19        A.   To some people, yes, it is.

20        Q.   Okay.  And to those people, creationists

21   for example, they consider evolution to be

22   controversial, right?

23        A.   I've told you I'm a creationist.

24        Q.   I'm not asking about you.  I'm just

245

1    asking about those who believe in creationism

2    generally don't believe in evolution, correct?

3         A.   I would disagree with that, sir.

4         Q.   Okay.  Many people who believe in

5    creationism consider evolution to be a controversial

6    theory, right?

7         A.   Repeat that again.

8              (Record read.)

9         A.   I'd say no to that.

10        Q.   What's controversial about evolution?

11        A.   I guess it would be the origin of life.

12        Q.   Some people don't believe in Darwin's

13   theory that life evolved over time the way Darwin has

14   postulated; is that right?

15        A.   No; that's not what I'm saying.  The

16   origins of life.  The beginning of life.

17        Q.   Okay.  So some people believe in the

18   biblical origins of life and some people believe in

19   Darwinian explanations about the origins of life; is

20   that fair?

21        A.   I don't know if Darwin had a, I mean, he

22   did no -- I don't think he explained the origins of

23   life.

24        Q.   Okay.  What do you understand the

ARMSTRONG & OKEY, INC., Columbus, Ohio (614) 224-9481

246

1   controversy about evolution to be?

2          A.   I think I just stated, the origins of

3   life.

4          Q.   Okay.  In what respect?

5          A.   Repeat that question, sir.

6               THE WITNESS:  Ma'am, I'm sorry.

7               (Record read.)

8          A.   I don't have an opinion on that.  I'm not

9   sure what you're asking on that, sir.

10         Q.   You understood there was a controversy

11  when you put this proposal together.  You understood

12  there was a controversy about evolution, right?  Yes?

13         A.   Yes.

14         Q.   Okay.  And what did you understand that

15  controversy to be?

16         A.   I've already hit that; it's the origins

17  of life.

18         Q.   And when you say "origins of life," what

19  do you mean by that?

20         A.   The first beginning of life.

21         Q.   That people have different views about

22  how life began?  Is this right?

23         A.   People have different views on how life

24  began.  Yes.

247

1          Q.    Okay.  Do you know Barry Sheets?

2          A.    I don't remember that name, sir.

3          Q.    That name doesn't ring a bell to you?

4          A.    I don't know -- I don't remember that

5  name, sir.

6          Q.    You testified in the administrative

7  hearing that you thought that you found out about

8  this intelligent design website from a man named

9  Barry Sheets.

10         A.    I might have, sir.

11         Q.    And who was he?

12         A.    The name I remember.  I haven't had

13  contact with him since then, so I don't --

14         Q.    Who was he at the time?  What did he do?

15         A.    I can't give you -- I don't know, sir.  I

16  don't remember.

17         Q.    Was he somebody in Mount Vernon?

18         A.    No.  No, sir.

19         Q.    How did you know him at the time?

20         A.    Maybe from Evy Oxenford.

21         Q.    Now, I think you talked about before --

22         MR. HAMILTON:  Do you need a break?

23         THE WITNESS:  Thank you.

24         MR. MANSFIELD:  Do you need a break?

248

1          THE WITNESS:   I was just getting ready to

2    make a statement.   Is that okay, sir?

3          MR. MANSFIELD:   Yeah.

4          (Recess taken, 4:16 to 4:28 p.m.)

5          Q.   Mr. Freshwater, you talked about before

6    how before '06, 2006, you were allowed to critically

7    analyze evolution with students in class.   Do you

8    recall that testimony?

9          A.   Yes.

10         Q.   Okay.   So over the years in your science

11   class you've done exercises with kids to critically

12   analyze evolution, correct?

13         A.   Exercises.

14         Q.   What's that?

15         A.   Exercises?

16         Q.   Up until 2006 anyway, you taught critical

17   analysis of evolution to your science students.

18         A.   No.   2003 when the proposal was not

19   approved.

20         Q.   You told me earlier today, you testified

21   that up until 2006 critical analysis of evolution was

22   allowed somehow.   Was that not the right --

23         A.   At the tenth grade standard, but my

24   proposal did not pass in 2003.

249

1    Q.   Did you teach critical analysis of

2    evolution to your students at any time?

3        A.   Prior to 2003.

4        Q.   Okay.  So prior to --

5        A.   Yeah.

6        Q.   Okay.

7        A.   You understand what I'm saying on that?

8        Q.   Yeah.  So prior to 2003 you did teach

9    critical analysis of evolution to your kids.

10       A.   Yeah, I was -- Dr. Weston sent a memo

11   out, I'll say in 1997 I think it is, that I could

12   teach evolution.

13       Q.   Did you ever talk to your eighth grade

14   science class during the sections when you were

15   talking about dinosaurs, did you ever tell them that

16   Tyrannosaurus rex did not have deep enough teeth to

17   be a carnivore?

18       A.   There was -- when we -- what year was

19   that, again?

20       Q.   You were asked a question at the hearing

21   did you teach your students that the Tyrannosaurus

22   rex did not have deep enough teeth to be a carnivore.

23       A.   Yeah, there's some evidence out there of

24   that.  Yes.

250

1          Q.   And so that's something you taught to

2     your students, correct?

3          A.   When we were doing the fossils.

4          Q.   Okay.

5          A.   I didn't state it as a scientific fact.

6          Q.   And you told your students at one point

7     that dinosaurs and man walked the earth at the same

8     time, correct?

9               MR. DESCHLER:  What time frame are we

10    talking about here, Doug?

11              MR. MANSFIELD:  Any time.

12              MR. DESCHLER:  Okay.

13         A.   Repeat that again, sir.

14         Q.   You told your students that dinosaurs and

15    man walked the earth at the same time.

16         A.   The scientific evidence out there with --

17    the scientific evidence out there that there's a --

18    that dinosaurs are -- extinct 16 million years ago

19    and man on earth 1 million years ago.

20         Q.   Okay.  That's not my question.  My

21    question is did you ever indicate to your students

22    that dinosaurs and man walked the earth at the same

23    time?

24         A.   There's a --