251

1          Q.    It's a "yes" or "no" question,

2     Mr. Freshwater.

3          A.    Repeat the -- okay, repeat the question,

4     sir.

5          Q.    Did you ever indicate that dinosaurs and

6     man walked the earth at the same time to students?

7          A.    No, sir, I just . . .

8          Q.    Let me show you page 463 from your

9     testimony of your hearing transcript, at line 12

10    there's a question:  "Did you ever indicate that

11    dinosaurs and man walked the earth at the same time

12    to students?"  Do you see that?

13         A.    Scientific evidence --

14         Q.    But is that --

15         A.    -- no.  Is that what you're saying there

16    is correct?

17         Q.    My only question is --

18         A.    I'm sorry.  Repeat it, sir.

19         Q.    At your testimony the question was asked

20    of you "Did you ever indicate that dinosaurs and man

21    walked the earth at the same time to students?"  And

22    you answered "Yes."  Did I read that correctly?

23         A.    We just --

24         Q.    It's a simple question.  Did I read it

252

1  correctly?

2      A.   Yes, you did.  I'm sorry, sir.  Yes.

3      Q.   So at the hearing you testified that you

4  had told your students that dinosaurs and man walked

5  the earth at the same time.

6      A.   Yes.

7      Q.   Okay.

8           (EXHIBIT MARKED FOR IDENTIFICATION.)

9      Q.   Mr. Freshwater, let me hand you what we

10  marked as Exhibit 10.  This is the handout you were

11  talking about before that you used in your class?

12      A.   Yes, that is correct.

13      Q.   Okay.  Where did you get this handout?

14      A.   From a student.

15      Q.   And then you would have used this, then,

16  in your eighth grade classes for a number of years,

17  correct?

18      A.   Yes.

19      Q.   And did you use this in James Doe's

20  class; do you recall?

21      A.   No, sir.

22      Q.   You don't recall?

23      A.   No, sir.

24      Q.   Okay.  If you look at the second part of

253

1   this exhibit, it's filled in; do you see that?   Same

2   thing but filled in.

3          A.   Yes.

4          Q.   Is that your handwriting?

5          A.   No, sir.

6          Q.   Do you know whose handwriting that is?

7          A.   No, sir.

8          Q.   If you look at the second page of the

9   handwritten one, it says "Question" and then question

10  mark, question mark.   Do you see that?

11         A.   Yes.

12         Q.   And then underneath that it says

13  "Impersonal plus time plus chance equals woodpecker."

14  Do you see that?

15         A.   Yes, I do.

16         Q.   Okay.   Do you know what that means?

17         A.   I don't know -- I wasn't the one who

18  wrote this down, so . . .

19         Q.   Okay.   This one that's filled out, is

20  this the answer key that you used?

21         A.   No.

22         Q.   Do you know where this one that's filled

23  out came from?

24         A.   No, I don't, sir.

254

1      Q.   And you don't know what impersonal plus

2  time plus chance means?

3      A.   I don't know what the girl was or boy was

4  doing when he put it down.  I don't know, sir.

5      Q.   Okay.  Underneath that it says "Is there

6  an ID involved?"  Do you see that?

7      A.   Yes, sir.

8      Q.   And you understand that "ID" there refers

9  to intelligent design.

10     A.   I guess it can refer to that, yes.  It

11  can refer to that.

12            (EXHIBIT MARKED FOR IDENTIFICATION.)

13     Q.   Mr. Freshwater, I'm handing you what's

14  been marked as Exhibit 11.  This would be the giraffe

15  worksheet that you talked about before; is that

16  right?

17     A.   That would be correct.

18     Q.   Okay.  And this is, likewise, something

19  that you used in your science class over the years.

20     A.   That would be correct.

21     Q.   Okay.  And is this handwriting we see on

22  the one version yours?

23     A.   No, it's not.

24     Q.   Okay.  And on the second page it's got

255

1  down there towards the bottom, it says "Impersonal

2  plus time plus chance," that's actually typewritten

3  in, again, you don't know what that means?

4       A.   I didn't -- I didn't create this document

5  either, sir.

6       Q.   That's not my question.  My question is

7  do you know what that means, impersonal plus times

8  plus chance?

9       A.   I don't know what the girl that created

10  this, what she meant by that.

11       Q.   Okay.

12       A.   Or guy.  I do believe it was a girl.

13       Q.   Okay.  And underneath there, again, it

14  says "Is there an ID involved?"  Do you see that?

15       A.   Yes.

16       Q.   "ID" there would likewise refer to

17  intelligent design, right?

18       A.   I would assume that, yes.

19            (EXHIBIT MARKED FOR IDENTIFICATION.)

20       Q.   Mr. Freshwater, I'm handing you what's

21  been marked as Exhibit 12.  I take it this is a quiz

22  you would have given to students based on those

23  worksheets about the giraffe and the woodpecker.

24       A.   Yes.

256

1      Q.    Okay.  And you gave this exam, this quiz,

2   to your kids over the years.

3      A.    Yes.

4      Q.    Do you recall whether you gave it to the

5   kids in James Doe's class?

6      A.    I did not, sir.

7      Q.    You did not give it to --

8      A.    Yes, I did not give it to them.

9      Q.    Okay.  How about the giraffe handout, did

10   you give that to the kids in James Doe's class?

11      A.    No, I did not.

12      Q.    And the woodpecker -- never mind.

13            (EXHIBIT MARKED FOR IDENTIFICATION.)

14      Q.    Mr. Freshwater, let me hand you what's

15   been marked as Exhibit 13.  This is a quiz about the

16   angler fish that you would have used with your kids

17   in the science class; is that right?

18      A.    Yes.

19      Q.    Is that your handwriting on there?

20      A.    I'm not sure on that one.

21      Q.    Does this look like your handwriting?

22      A.    That may be.

23      Q.    You're not certain whether it's your

24   handwriting or not?

257

1          A.    I'm not certain, sir.

2          Q.    Okay.   These quizzes that we just talked

3    about for the giraffe, the woodpecker, and angler

4    fish, these handouts, what's the purpose of those

5    handouts?

6          A.    Going back to that concrete-abstract

7    thinking.   It ties in with a standard.

8          Q.    So it's a critical analysis exercise?

9          A.    I'm trying to see if I can quote the

10   standard, sir.   I'm going to try to.   I might mess up

11   on the standard here, but explain why it's important

12   to examine data objectively and don't let bias affect

13   your observation; I think that's what the standard

14   states.

15         Q.    As an exercise, though, this is one of

16   those critical analysis type exercises you were

17   talking about earlier?

18         A.    Yes.

19               (EXHIBIT MARKED FOR IDENTIFICATION.)

20         Q.    Mr. Freshwater, let me hand you what

21   we've marked as Exhibit 14.   This is a handout on

22   dragon history that you would have used in your

23   science class over the years.

24         A.    Yes.

258

1          Q.    Do you know where you obtained this

2     particular handout?

3          A.    No, sir.

4          Q.    It looks like it's been printed from

5     something or some source.  You don't recall the

6     source of what that was?

7          A.    No, I don't, sir.

8          Q.    Do you recall where you obtained this

9     from?

10         A.    No, I don't, sir.

11         Q.    Okay.  Do you recall using this Dragon

12    History handout in James Doe's class?

13         A.    I don't think I used it in his class.

14         Q.    You're not certain?

15         A.    I'm not certain.

16         Q.    Okay.

17               (EXHIBIT MARKED FOR IDENTIFICATION.)

18         Q.    Mr. Freshwater, let me hand you what

19    we've marked as Exhibit 15.  We're going to go

20    through these as quickly as possible so we can get

21    done here today.  Again, this is another one of the

22    handouts that you used in your eighth grade science

23    class, correct?

24         A.    That would be correct, sir.

259

1          Q.   Okay.  And do you recall whether you used

2     this one in James Doe's class year?

3          A.   I do not think I used this one, sir.

4          Q.   Okay.  How about -- there again, you're

5     not certain whether you did or you didn't.

6          A.   I can say no to that one.  I think I can

7     say no to that one.

8          Q.   That you did not use it in James Doe's

9     class.

10         A.   Yes.

11         Q.   Okay.  If you look at the final paragraph

12    on Exhibit 15, that paragraph references radiometric

13    dating.  Do you see that?

14         A.   What paragraph says that?

15         Q.   The very last paragraph.

16         A.   The last one.

17         Q.   You have to turn the page there.  It's

18    the very last paragraph of the handout.

19         A.   Okay.

20         Q.   That paragraph references radiometric

21    dating, correct?

22         A.   Yes, it does.

23         Q.   And if you read that paragraph, that

24    paragraph appears to question the validity of

260

1   radiometric dating, right?

2        A.   Can I read it?

3        Q.   Sure.

4        A.   Go ahead, sir.

5        Q.   This paragraph appears to question the

6   validity of radiometric dating, correct?

7        A.   Yes.

8        Q.   Okay.  And, in fact, it suggests that

9   dinosaurs may not be as old as scientists thought,

10  right?

11       A.   Yes.

12       Q.   And it actually says in there that it may

13  be that man hunted dinosaurs to extinction.  Do you

14  see that?

15       A.   Yes.

16            (EXHIBIT MARKED FOR IDENTIFICATION.)

17       Q.   Mr. Freshwater, I'm handing you what's

18  been marked as Exhibit 16, and this is two versions

19  of the same thing, but these are, again, handouts

20  that you would have used with the students in your

21  eighth grade class over the years.  You've had a

22  chance to look another those?

23       A.   Yes, I have.

24       Q.   Again, these are handouts you would have

261

1    used with your eighth grade science students over the

2    years.

3            A.   No, sir.

4            Q.   These ones you say you did not use with

5    your students?

6            A.   I wouldn't have used the second one.

7            Q.   Okay.  The first one has some information

8    redacted from it, so -- and the second one has that

9    information that remains in it.  So what you're

10   telling me is you would have used the first one with

11   the redacted information but would not have given the

12   students the second one; is that right?

13           A.   That would be correct, sir.

14           Q.   Do you recall whether you used this

15   Dinosaur Extinction handout, the one here on the top

16   with the redacted information, in James Doe's school

17   year?

18           A.   No.  No, sir.

19           Q.   Do you know whether you did or you just

20   don't recall?

21           A.   I'll stick with no on that.

22                (EXHIBIT MARKED FOR IDENTIFICATION.)

23           Q.   Mr. Freshwater, I'm going to hand you

24   Exhibit 17.  Again, is this one of the handouts you

262

1    would have used with your eighth grade science

2    students over the years?

3             A.    No, sir.

4             Q.    Would you have used a version of this

5    Exhibit 17?

6             A.    I've never seen this one before, but I

7    can read through it.

8             Q.    You've never seen this one before?

9             A.    Let me read down through it real quick.

10            I've never seen this or any portion of

11   this.

12            Q.    Okay.  With all these handouts that we've

13   just been discussing, did you ever obtain approval

14   from administrators within your school or the school

15   district for permission to use those handouts?

16            A.    Approval from them?

17            Q.    Yeah.  Approval from anyone within the

18   school or school district to use those handouts in

19   your science class.

20            A.    You just used the word "any" in there.

21            Q.    Any of these handouts we've been talking

22   about, the ones that you, I said the ones that you

23   testified that you did use in class, any of those

24   ones, did you first seek permission from anyone

263

1   within the school district to use them in your class?

2        A.   I would think through an evaluation

3   through either Jeff Kuntz or Mr. Keib, if I'm not

4   mistaken, I think they were in my room during an

5   evaluation using this.

6        Q.   That's not my question.

7        A.   I guess that would be approval.  I'm just

8   saying that would be approval because they saw the

9   worksheet and they didn't say anything to me about

10  it, sir.

11       Q.   Okay.  But before you started using them

12  you didn't go first seek their approval; that's

13  correct.

14       A.   I see what you're saying on that.

15       Q.   Is that correct?

16       A.   I can say yes.

17            (EXHIBIT MARKED FOR IDENTIFICATION.)

18       Q.   Mr. Freshwater, let me hand you what

19  we've marked as Exhibit 18.  Have you seen this

20  document before?

21       A.   That would be yes.

22       Q.   And this was a complaint form that was

23  lodged against you by the parent of a student, right?

24       A.   Yes.

264

1          Q.    And it was during the 2006 school year;

2     do you see that there?

3          A.    Yes, I do.

4          Q.    Okay.  And this parent was complaining

5     about your use of the attached handout here, correct?

6          A.    That would be correct.

7          Q.    And this handout that you attached would

8     have been given out to students in that 2006 school

9     year, correct?

10         A.    That would be correct.

11         Q.    Do you recall where you got this handout

12    that's attached to Exhibit 18?

13         A.    I'm sorry, did you say where or --

14         Q.    Where you got it.

15         A.    Where?  That's a great -- that was a

16    question that was under discussion is the where.

17         Q.    With whom?

18         A.    That would be Mr. Maley, superintendent.

19         Q.    But I'm just asking you, where do you

20    recall getting this?

21         A.    Again, I want to come back and say that

22    was what was under discussion.  It could not be

23    located.

24         Q.    You couldn't figure out where you got it.

265

1      A.   No.

2      Q.   I see what you're saying.

3      A.   No.

4      Q.   Okay.

5      A.   Can I add onto that?

6      Q.   Sure.

7      A.   They couldn't -- the computer, Ken Wiles,

8  I haven't said that name for a while, Ken Wiles, the

9  computer tech, also tried to locate it for me, and he

10  could not find it so we couldn't get a location on

11  this --

12      Q.   Okay.

13      A.   -- worksheet.

14      Q.   And you recalled it being from some

15  website; is that right?

16      A.   Yeah.  It obviously came off of a

17  website.

18      Q.   And in that website -- that website was

19  no longer maintained, it didn't exist or something?

20      A.   That is correct.

21      Q.   So Ken couldn't find it because the

22  website was no longer up and running.

23      A.   That's exactly what he said.  It was no

24  longer in existence.

266

1          Q.   On page 2, this handwriting that's off to

2     the right, is that your handwriting?

3          A.   No, that's not, sir.

4          Q.   Down here at the bottom it says "All

5     About God Ministries."  Do you see that?

6          A.   Uh-huh.

7          Q.   It's got an address.

8          A.   Yes.

9          Q.   Did you tell Ken that you had gotten this

10    from All About God Ministries?

11         A.   No, I did not.

12         Q.   Do you know who wrote that on there?

13         A.   I would assume it was from the person's

14    name that's crossed off here.

15         Q.   Do you remember who that person was?

16         A.   That would be a Mr. Souhrada.  Don't ask

17    me to spell it, sorry.

18         Q.   I think it's S-o-u-h-r-a-d-a.

19              And you had Mr. Souhrada's student in

20    your class in 2006.

21         A.   That is correct, I had his son.

22         Q.   And what's his son's name?

23         A.   There's two of them, I can mess up on the

24    names so I'm not going to say.  I'm not sure which --

267

1    I want to say Dylan, but I could be wrong.

2              (EXHIBIT MARKED FOR IDENTIFICATION.)

3         Q.   Mr. Freshwater, let me hand you what

4    we've marked as Exhibit 19.   Exhibit 19 were

5    materials that you had put together to respond to

6    this complaint from Mr. Souhrada; is that right?

7         A.   Yes.   Can I read it real quick?

8         Q.   Yeah.

9         A.   I don't remember even if I've seen this

10   one or not.

11        Q.   Go right ahead.

12        A.   Obviously, I did; my name.

13             Okay.   That was my own.   I hadn't seen

14   that for a while.   I apologize for that.   I hadn't

15   seen that for a while.

16        Q.   This was a collection of materials you

17   put together to respond to the complaint that

18   Mr. Souhrada had made about you, correct?

19        A.   Yes.   This was something Mr. Maley

20   requested and I followed through with.

21        Q.   And then if you look, the first page is a

22   letter that you sent to Mr. Maley.

23        A.   Yes, that is correct.

24        Q.   And that's where you explained this

268

1    problem in locating the source of the article, right?

2         A.   That is correct.

3         Q.   And then the next two pages are the

4    academic content standards.

5         A.   Yes.

6         Q.   And what were you doing there attaching

7    these academic content standards?

8         A.   It was two things that Mr. Maley wanted.

9    He wanted to know the academic content standards on

10   why I was teaching this, and also the location, the

11   source of the worksheet.  Those are the two things.

12   I was just complying.

13        Q.   He wanted to know what the academic

14   content standards were that related to this

15   handout --

16        A.   That is correct.

17        Q.   -- that had been used.  And the handout

18   here is titled "Charles Darwin - Origin Theory."  Do

19   you see that?

20        A.   Yes, sir.

21        Q.   There's actually a second one called

22   "Darwin's Theory of Evolution - The Premise and

23   Problem."  Do you see that?

24        A.   Yes.

269

1          Q.   So there were really two handouts that

2     accompanied this particular lesson.

3          A.   I do not remember this first one.

4          Q.   The Charles Darwin - Origin Theory one?

5          A.   Yeah.  I don't recall that being into

6     play.

7          Q.   Okay.  The second one, do you recall --

8          A.   Yes.

9          Q.   -- handing that one out --

10         A.   Yes.

11         Q.   -- in class?  All right.

12         A.   Yes.

13         Q.   Do you remember handing that out in James

14    Doe's class year?

15         A.   No, I don't.  It's not part of my

16    curriculum anymore.

17         Q.   But the Charles Darwin - Origin Theory

18    handout, you don't recall handing that one out?

19         A.   Repeat your question.  I'm sorry.

20         Q.   The handout that's entitled "Charles

21    Darwin - Origin Theory," you don't recall handing

22    that one out in class.  Or do you.

23         A.   To which class are you talking about,

24    sir?

270

1          Q.    Any class during the years that you were

2     a science teacher.

3          A.    Yes, I probably passed that one out.

4          Q.    Okay.  So we talked about the first two

5     pages behind your letter are relating to the academic

6     content standards, then the third page are your

7     lesson plans for that week.  Do you see that?

8          A.    Yes.

9          Q.    When you were suspended in 2008, what

10    happened to your lesson plans?

11         A.    I don't know what happened to it, sir.

12         Q.    Do you still have your lesson plans for

13    the 2007-2008 school year?

14         A.    No.  I don't have it, no, sir.

15         Q.    Where would they be?

16         A.    I said I don't know where they are.

17         Q.    Were they something you kept at school?

18         A.    Yes.

19         Q.    Okay.  And as far as you know you left

20    them in school.

21         A.    Yes.

22         Q.    You didn't bring them home with you.

23         A.    No, sir.

24         Q.    What kind of document did you keep your

271

1    lesson plans in?

2        A.   I kept mine in the booklet that's passed

3    out at the beginning of the school year, the lesson

4    plan booklet that's passed out at the beginning of

5    the school year.

6        Q.   It's a binder of some sort?

7        A.   Yes.

8        Q.   And it's got blank lesson plan sheets in

9    there.

10       A.   Yes.

11       Q.   Do you write your lesson plans on a

12    week-by-week basis?

13       A.   That would be correct.

14       Q.   Okay.  And as you finish a week, do you

15    keep those lesson plans in that binder?  In other

16    words, at the end of the year you would have your

17    entire year's worth of lesson plans still contained

18    in the binder?

19       A.   We turn them into the office, but

20    2007-2008 we did not.

21       Q.   So typically at the end of '07-'08 -- you

22    turn them in at the end of the year or on a weekly

23    basis?

24       A.   Weekly basis.

272

1       Q.   But in 2007-2008 you did not?

2       A.   First week or two.

3       Q.   First week or two you did?

4       A.   We were required the first couple weeks

5 and then from there we did not; we weren't required.

6       Q.   So for 2007 and 2008 your lesson plans,

7 did you keep them for the entire year in that same

8 notebook?

9       A.   Yes.

10      Q.   So at the end of the year you had all the

11 lesson plans for the year but for the first couple of

12 weeks still in that notebook.

13      A.   Yes.  What it was was copies, so they

14 were -- I put a carbon paper underneath it, so that's

15 what went to the office.

16      Q.   Okay.  What I'm just trying to --

17      A.   I may not have answered your question

18 correctly.

19      Q.   What I'm trying to figure is at the end

20 of the year, of the '07-'08 school year, you had a

21 binder full of the year's lesson plans.

22      A.   Yes.

23      Q.   And that's what you don't know what

24 happened to.

273

1          A.    Yes.

2          Q.    Okay.  But you don't -- you recall that

3     you did not take it home with you.

4          A.    That is correct.

5          Q.    Now, this particular lesson plan we're

6     looking at here is for the week April 3rd to 7th,

7     2006.  Do you see that?

8          A.    Yes.

9          Q.    And this lesson plan, I guess at the top

10    there it's got in quotation marks the words

11    "Specified Complexity" and then, underneath that,

12    "Irreducible Complexity."  Do you see that?

13         A.    Yes, I do, sir.

14         Q.    What's meant by those terms?

15         A.    I would have to refresh my memory just

16    like -- before I do a lesson, I always, obviously,

17    prep for it just like you've prepped.

18         Q.    As you sit here today you don't remember

19    what those terms mean?

20         A.    Yes.

21         Q.    Okay.  Do you understand that those are

22    intelligent design concepts?

23         A.    Again, we went through that intelligent

24    design thing.  You're going to have to define

274

1    intelligent design.

2          Q.   Do you understand them to be intelligent

3    design concepts or not?

4          A.   I do not.  I'm sorry, no, I don't.

5          Q.   If you go down to the middle of the page,

6    there's a reference there, Pepper Moth --

7          A.   Yes.

8          Q.   -- Worksheet.  Do you see that?

9          A.   Yes, I do.

10         Q.   And that would have been one of these

11   worksheets similar to the ones we've looked at today

12   that you would have handed out in class during that

13   school year?

14         A.   I didn't see anything with pepper moth

15   come through here I don't think, sir.  Again, I'd

16   have to refresh my memory on that.

17         Q.   Do you recall giving kids some kind of

18   handout or something used to discuss the pepper moth?

19         A.   It looks like I did, sir, yes.

20         Q.   Right.  And that's similar to these other

21   sheets we've seen already today, that would have been

22   something you would have used with your students over

23   the years, that same type of handout?

24         A.   Yes.

275

1       Q.   Okay.  And up above there's "Worksheet -

2  Charles Darwin Life."  Do you see that?

3       A.   Yes, I do.

4       Q.   Likewise, that's a worksheet that you

5  would have handed out to your students over the

6  years, correct?

7       A.   Yes.

8       Q.   Okay.  That, in fact, is the one that

9  this particular student was complaining about that

10  you were addressing by way of this response contained

11  in Exhibit 19.

12       A.   Yes.

13           (EXHIBIT MARKED FOR IDENTIFICATION.)

14       Q.   Mr. Freshwater, let me hand you what

15  we've marked as Exhibit 20.  Have you ever seen this

16  document before?

17       A.   Can you give me a minute to look through

18  this here?

19       Q.   Sure.

20       A.   I'm sorry, it was just this one.

21       Q.   Yeah, Exhibit 20.  Have you seen that

22  before?

23       A.   I'm not a hundred percent sure on that

24  one, sir.

276

1      Q.   Do you remember this conversation taking

2  place, though, where someone else complained about --

3      A.   Yes.

4      Q.   -- a handout you had used in class?

5      A.   Yes.

6           (EXHIBIT MARKED FOR IDENTIFICATION.)

7      Q.   Mr. Freshwater, I'm handing you what's

8  been marked as Exhibit 21.  Do you recognize this

9  document?

10     A.   Yeah, I do recognize this.

11     Q.   This, again, was a letter sent to you by

12 Jeff Maley, the superintendent; is that right?

13     A.   That is correct.

14     Q.   And it reflects a complaint by a parent,

15 again, about one of these handouts that you had used

16 in class; is that correct?

17     A.   I do believe it's the same parent.

18     Q.   Okay.  And by way of this letter the

19 superintendent of the schools, Mr. Maley, was

20 directing you to delete this material from the

21 supplemental resources you used in your classroom.

22     A.   That is correct.

23          (EXHIBIT MARKED FOR IDENTIFICATION.)

24     Q.   Okay.  Mr. Freshwater, let me hand you

277

1   what we marked as Exhibit 22.  Exhibit 22 is another

2   one of the handouts you used over the years in your

3   classroom.

4            A.   Let me look through it real quick, sir.

5                 THE WITNESS:  Can I look at yours?

6                 MR. HAMILTON:  Pages missing?

7            Q.   Let me see.  Is there a page missing?

8            A.   Just a blank, sir.

9            Q.   You can just rip that page out if you'd

10   like, that's just a blank page.

11           A.   Okay, sir.

12           Q.   My question is, this is another one of

13   the handouts you used over the years in your science

14   class?

15           A.   That would be correct.

16           Q.   And do you recall using this in James

17   Doe's year?

18           A.   No.

19           Q.   Do you recall asking kids to go see the

20   movie Expelled:  No Intelligence Allowed, for extra

21   credit?

22           A.   Yes.

23           Q.   And that was an assignment you'd given to

24   the students in James Doe's class year?

278

1   A. Yes.

2     (EXHIBIT MARKED FOR IDENTIFICATION.)

3   Q. I'll hand you what we've marked as

4 Exhibit 23.  Is that the extra credit assignment that

5 you gave out to James Doe's class for the movie

6 Expelled?

7   A. That is correct, sir.

8   Q. Are you familiar with the website called

9 AnswersInGenesis.org?

10   A. Am I familiar with it?  Yes.

11   Q. And you referred students in your class,

12 including James Doe, to go look at that website to

13 look up answers to certain things, correct?

14   A. No, sir.

15   Q. You deny ever referring James Doe to go

16 look up information on that website?

17   A. He asked me.  He requested, and I gave

18 approval.

19   Q. So he asked you if he could go look up

20 something in the Answers in Genesis website, or did

21 he just ask you if he could go look up something on

22 the website?

23   A. I remember it being kind of an odd time.

24 He came up towards the end of the period, he'd never

279

1    asked me to -- what I thought was odd was he's never

2    come up and asked me to go back to the back room and

3    get on a computer to look, so I granted his request

4    to go to Answers in Genesis.

5            Q.   But he specifically asked to go --

6            A.   Yes.

7            Q.   -- look at Answers in Genesis?

8            A.   Yes.

9            Q.   Okay.  Did you ever go to this website

10   during your class periods?

11           A.   No.

12           Q.   Did you ever discuss the hydrosphere

13   theory with students in your eighth grade science

14   class?

15           A.   When we studied the atmosphere, yes.

16           Q.   You also discussed that theory in James

17   Doe's class, correct?

18           A.   Let me -- I looked at the -- before I

19   came I looked at the transcript on that and I will

20   say that I -- I misspoke on that.  Hydrosphere

21   hypothesis, theory was mentioned a lot there.  So

22   just in correcting you saying hydrospheric theory, it

23   would be hydrosphere hypothesis.

24           Q.   So you discussed the hydrosphere

280

1    hypothesis in James Doe's class.

2         A.    That would be correct, sir.

3         Q.    And you also taught your students that

4    the big bang theory likely did not occur?

5         A.    We talked about the big bang in there,

6    it's science.

7         Q.    Okay.  You examined the big bang theory?

8         A.    Yes.

9         Q.    And at one point you told your students

10   that the big bang likely did not occur, right?

11        A.    I don't recall saying that, sir.

12        Q.    You don't recall that.

13        A.    No.

14        Q.    Do you keep the book called Icons of

15   Evolution in your classroom?

16        A.    Yeah, I think it was in my classroom at

17   the time.

18        Q.    And you also kept the book Refuting

19   Evolution in your classroom.

20        A.    I do believe that was in my classroom.

21        Q.    Both of those books were in your

22   classroom during the 2007-2008 school year, correct?

23        A.    That would be correct.

24        Q.    Okay.  You also had a videotape in your

281

1    classroom during the 2007-2008 school year called

2    Lies in the Textbooks Part A:   Ten Lies of Evolution,

3    correct?

4         A.   I'm not sure of that one, sir, at that

5    time.   I'm not sure.

6         Q.   Do you recall having that videotape in

7    your classroom?

8         A.   I don't recall, sir.

9         Q.   Do you recall a Loch Ness monster video?

10        A.   I don't recall.

11        Q.   Over the years you've received complaints

12   from parents of children about different things

13   you've taught them in the class, correct, some of

14   these things we just talked about?

15        A.   Over the years received complaints?

16        Q.   Yeah, we talked about Mr. Souhrada's

17   complaint and some of these other complaints.   Over

18   the years there were complaints made against you for

19   what you taught to kids.

20        A.   One.   Yeah, you just mentioned one.   Are

21   you assuming there's others?

22        Q.   Well, you tell me.   Was there more than

23   one?

24        A.   I don't recall any others.

282

1    Q.   The only one you recall is Mr. Souhrada.

2    A.   Yes, that's the only one I recall.

3    Q.   There were other complaints lodged by

4    teachers against you over the years, correct, about

5    your teaching?

6    A.   Yeah.  I would say yes to that.

7    Q.   And they were specifically complaining

8    about how you taught evolution to your students,

9    correct?

10   A.   Yes.

11   Q.   One of those students was Bonnie, is it

12   Schutte, or Schutte?

13   A.   Schutte.

14   Q.   Schutte; is that right?

15   A.   That is correct.

16       MR. HAMILTON:  Did you call her a student

17   or a teacher?

18   Q.   I'm sorry.  One of the teachers.  She's

19   one of the teachers that complained about how you

20   taught evolution; is that correct?

21   A.   Yes.

22   Q.   And there was a teacher named Elle Button

23   that also complained about how you taught evolution

24   to kids.

283

1       A.   I don't know if it was complaints but

2   just trying to -- discussion.  I don't know if I

3   would put the word "complaint" with it.

4       Q.   She raised an issue about some aspect --

5       A.   She is a colleague so we talked science,

6   obviously.

7       Q.   Okay.  And she raised an issue about the

8   way you were teaching evolution to her daughter,

9   Student No. 71 --

10      A.   Yes.

11      Q.   -- who was in your class, right?

12      A.   Yes, she did.

13      Q.   Did you ever quote the Bible in class?

14      A.   No.

15      Q.   You never read from the Bible, during

16  class I mean.

17      A.   Okay.  The way you stated it -- no.

18      Q.   Did you ever put your hand on the Bible

19  in class when you were trying to make a point about

20  something?

21      A.   No.

22      Q.   Now, you were involved with FCA you told

23  us, right?

24      A.   Was I -- repeat it.

284

1          (Record read.)

2     A.    Yes.

3     Q.    And FCA a Fellowship of Christian

4  Athletes?

5     A.    Yes.

6     Q.    And we talked a little bit before that at

7  one point in time it would have been called Cross

8  Club?

9     A.    Yes.

10     Q.    Do you recall they changed the name from

11  Cross Club to FCA maybe like 15 years ago or so?

12  Does that ring a bell?

13     A.    I would say probably a little less than

14  that.

15     Q.    Ten years ago?

16     A.    Yeah, I would say probably ten would be

17  more accurate.

18     Q.    You were the faculty leader for eighth

19  grade FCA at Mount Vernon Middle School?

20     A.    Faculty leader I don't think would be a

21  good description.

22     Q.    What was your role, your title?

23     A.    It was supervisor, monitor, facilitator

24  of FCA.

285

1      Q.   And there were both leadership meetings

2  and general meetings for FCA, correct?

3      A.   Yes, that's correct.

4      Q.   And you attended both those meetings?

5      A.   You're saying all the time?

6      Q.   Well, there always had to be a monitor at

7  these meetings.

8      A.   That's correct.

9      Q.   So if you weren't there, I assume someone

10  filled in for you.

11      A.   That is correct.

12      Q.   Okay.  For all those times when you were

13  at school, you were the student monitor for FCA and

14  you attended the FCA meetings; is that fair?

15      A.   There were times I stepped out and that

16  type of thing and somebody else, yeah, even if I'm at

17  school, I'm stepping out like going to the bathroom

18  or whatever.

19      Q.   And the leadership meetings were on

20  Monday and the general meetings were on Tuesday; is

21  that right?

22      A.   That is correct.

23      Q.   And speakers would come and talk to the

24  students on the Tuesday general meetings; is that

ARMSTRONG & OKEY, INC., Columbus, Ohio (614) 224-9481

286

1    right?

2          A.    That would be correct.

3          Q.    Did they ever come talk to students

4    during the leadership meetings?

5          A.    Yeah, if the students invited someone in.

6    Yes.   It wasn't common.

7          Q.    At one point in time you were given a

8    handbook about the dos and don'ts for FCA.

9          A.    Yes.

10         Q.    And do you recall when that was?

11         A.    Mr. Short gave it to me, I will say

12   October 2007.

13         Q.    Before you had that FCA handbook, what

14   sort of instruction or guidance or materials did you

15   have about what you could or could not do as a

16   teacher monitor in FCA?

17         A.    What kind of --

18         Q.    Instruction, training manuals, anything

19   that told you what --

20         A.    Very little.

21         Q.    Did you understand -- how long were you

22   the teacher monitor for FCA and/or Cross Club?

23         A.    I will say probably over 17 years.

24         Q.    Okay.  And you understood for that entire

287

1    17-year period that faculty involvement in FCA had to

2    be limited to monitoring, facilitating, and

3    supervising the meetings, correct?

4         A.   Correct.

5         Q.   And you understood for all those 17 years

6    that teachers were prohibited from taking an active

7    role in the meetings, correct?

8         A.   Say that again.

9         Q.   You understood for that entire 17-year

10   period that teachers were prohibited from taking an

11   active role in the FCA meetings.

12        A.   Yeah.  It would -- yes.  Prohibited from

13   taking an active role?

14        Q.   Yes.

15        A.   Yes.

16        Q.   And, in fact, it would violate the U.S.

17   Constitution if you as a teacher monitor took an

18   active role in the FCA meetings, correct?

19        A.   That would be my understanding, yes.

20        Q.   Okay.  There was a, I'm talking about the

21   2007-2008 school year, at the beginning of the year

22   up until January I think students didn't, correct me

23   if I'm wrong, but students did not need permission

24   slips to attend FCA meetings; is that right?

288

1          A.    Give me those times again.

2          Q.    2007-2008 school year up through January

3    2008 students did not need permission slips to attend

4    FCA meetings; is that right or wrong?

5          A.    I would say that's wrong.

6          Q.    Do you recall a point in time when it

7    became mandatory that students have permission slips?

8          A.    It became clear to me April, I'll say

9    April 2nd.

10         Q.    Of 2008.

11         A.    '8, yes.

12         Q.    So up till April 2nd of 2008 there was

13   ambiguity about whether students needed a permission

14   slip or not?

15         A.    That would be correct.

16         Q.    So I take it, then, you did not enforce a

17   permission slip policy during that period before

18   April 2nd, 2008.

19         A.    There was some confusion, like I said,

20   there was some confusion there.

21         Q.    Right.

22         A.    January, February, March.

23         Q.    Okay.  So January, February, March,

24   because there was this confusion, you did not require

289

1    students to have a permission slip to attend FCA.

2           A.    We were working on it.  We were in a

3    transitional mode there I guess.

4           Q.    Okay.  So during that January, February,

5    March 2008 time period students attended FCA

6    sometimes without a permission slip, correct?

7           A.    Yeah.  Yes.

8           Q.    And James Doe, in fact, attended FCA

9    without a permission slip.

10          A.    That's correct.

11          Q.    Now, did you, when the speakers would

12   come to talk to FCA, did you give suggestions to the

13   kids about who the speakers might be?

14          A.    Give suggestions to them?

15          Q.    In other words, suggest to the students

16   the names of people they should contact to come

17   in and speak to FCA.

18          A.    Yes.  I can say yes.

19          Q.    Okay.  And over the years you, in fact,

20   did contact some speakers to come in to have them

21   come in and speak at FCA meetings, right?

22          A.    Contact speakers?

23          Q.    Right.

24          A.    Yeah.  I would see the speakers out in

290

1    the community and have contact with them, yes.

2         Q.   And you would ask them to come speak at

3    the FCA meeting.

4         A.   Yes.

5         Q.   Sometimes you would have the students

6    contact these speakers and have the students request

7    that the speakers come in and speak at the FCA

8    meetings?

9         A.   Initial contact by students.

10        Q.   Okay.

11        A.   Yes.

12        Q.   Okay.  Do you know who Father Mark

13   Hammond is?

14        A.   Yes, I do.

15        Q.   Who is he?

16        A.   He's the local priest in town.

17        Q.   And you contacted Father Hammond at one

18   point in time to ask him to come speak at an FCA

19   meeting, right?

20        A.   Initial contact?  No.  But we did have a

21   discussion on that, yes.

22        Q.   Do you remember attending a Care Net

23   Pregnancy Services dinner in late-spring 2008?

24        A.   Yes.

291

1    Q.    And Father Hammond was there?

2    A.    Yes, he was.

3    Q.    And you asked him if he would come speak

4 at an FCA meeting at that dinner, correct?

5    A.    Yes, I did.

6    Q.    Okay.  Did you ever lead any kind of

7 prayer during FCA meetings?

8    A.    No.

9    Q.    Did you assist students in leading prayer

10 during FCA meetings?

11    A.    No.

12    Q.    Were there times when you asked students

13 to lead a prayer during a meeting?

14    A.    My daughter; yes.

15    Q.    Were there other students you asked to

16 lead a prayer during the FCA meetings?  I understand

17 you didn't do it yourself, but just asking the

18 student "Would you lead a prayer for us today?"

19    A.    No.

20    Q.    So the only one you remember asking to do

21 that would be your daughter?

22    A.    That would be -- that would be correct.

23    Q.    Okay.  Did you pray with students during

24 the FCA meetings?

292

1          A.   Did I pray there?  Yes.

2          Q.   You prayed with them during the FCA

3     meetings.

4          A.   What do you mean, with them?

5          Q.   Well, let's take the example where a

6     student is leading a prayer, and I assume that

7     everyone in the FCA meeting is praying at that point

8     in time.

9          A.   Uh-huh.

10         Q.   Is that right?

11         A.   Yes.

12         Q.   Okay.  So you would have prayed along

13    with those students at that point in time.

14         A.   That would be correct.

15         Q.   Did you ever end a prayer?

16         A.   Yes.

17         Q.   And how would you end a prayer during

18    those FCA meetings?

19         A.    In the situation you're talking about

20    would be an amen because that one there had to be

21    closed off very quickly because students were late to

22    class for FCA; it would have been a problem.

23         Q.   You've heard testimony in this case as

24    things have gone along about Pastor Zirkle speaking

293

1   at an FCA meeting.  Do you remember that?

2   　　　　A.　Yes.

3   　　　　　　If there's a good time, I sure could use

4   a bathroom break.  I know you're in the middle of

5   something.

6   　　　　　　MR. MANSFIELD:  No; we can take a break.

7   That's fine.

8   　　　　　　THE WITNESS:  I don't mean to cut you off

9   in the middle of a document.

10   　　　　　　(Recess taken, 5:37 to 5:46 p.m.)

11   　　　　Q.　Did you ever show a movie called

12   Obsession to students in FCA?

13   　　　　A.　No, sir.

14   　　　　Q.　I'm sorry, is that "yes"?

15   　　　　A.　No.

16   　　　　Q.　Do you recall having some Ohio State

17   Buckeye players come to an FCA meeting?

18   　　　　A.　Repeat that again.

19   　　　　Q.　Do you recall having some Ohio State

20   Buckeye players come to an FCA meeting to speak?

21   　　　　A.　Yes.

22   　　　　Q.　Do you know who asked those Buckeye

23   players to come?

24   　　　　A.　Mr. Keib.

294

1      Q.   Did you introduce those Buckeye players

2  at that FCA meeting?

3      A.   No, I did not.

4      Q.   Are you a member of Dave Daubenmire's

5  Minutemen group?

6      A.   No, I'm not.

7      Q.   Have you ever participated in events with

8  Dave Daubenmire's Minutemen group?

9      A.   Events?

10      Q.   Any kind of event or protest or anything

11  that the Minutemen have appeared at, have you ever

12  done that, gone along with Mr. Daubenmire to one of

13  those events?

14      A.   Yes.

15      Q.   Now, you showed the movie The Watchmaker

16  during an FCA meeting; is that right?

17      A.   I didn't show it.

18      Q.   Was it shown during an FCA meeting?

19      A.   Yes.

20      Q.   Who showed it?

21      A.   That would have been my daughter.

22      Q.   And did you ask your daughter -- did you

23  introduce that movie to your daughter?

24      A.   That was e-mailed to me.

295

1    Q.   So it was e-mailed to you and then you

2  referenced it to your daughter?

3    A.   Yes.

4    Q.   And then you're telling us it was your

5  daughter's decision, then, to show that movie during

6  FCA.

7    A.   That would be correct.

8    Q.   But the only way your daughter learned

9  about that movie was by way of you.

10   A.   The lady who e-mailed it, she may have

11  come over and said, "Hey, open it up, I just sent

12  something to you if you want to look at it," that

13  type of thing, so maybe she introduced it or I

14  introduced it.

15   Q.   Okay.  Was your daughter there when that

16  lady came over?

17   A.   Yes.

18   Q.   But the lady sent the e-mail to you,

19  correct?

20   A.   That is correct.

21   Q.   Do you recall ever telling the FCA

22  students that they were the saved ones?

23   A.   No.

24   Q.   Did you ever talk to any of your eighth

296

1    grade students, whether in FCA or outside, about

2    taking a trip to an abortion clinic to protest?

3         A.   Can you repeat that?

4         Q.   You've had discussions with students over

5    the years about taking a trip to an abortion clinic

6    to protest, correct?

7         A.   No, sir.

8         Q.   Did you ever bring that topic up with

9    students?

10        A.   That topic may have came up in FCA.

11        Q.   Did that topic ever come up in class?

12        A.   No.

13        Q.   Did you ever attend any abortion protests

14   with any students?

15        A.   No.

16        Q.   How about with former students?

17        A.   I don't recall, sir.

18        Q.   So you think you might have?

19        A.   I don't know, sir.

20        Q.   Do you recall making a statement in class

21   one time that you had read an article in Time

22   magazine that stated that scientists found a genetic

23   link to homosexuality and then you told the students

24   science was wrong because the Bible states

297

1    homosexuality is a sin so anyone who is gay chooses

2    to be gay and is, therefore, a sinner?

3         A.   No, I didn't say that statement.

4         Q.   Do you recall a teacher named Jim

5    Stockdale?

6         A.   Yes.

7         Q.   He was an intervention specialist in the

8    school?

9         A.   From what I remember, I think that's what

10   was his title.

11        Q.   So from time to time he would be working

12   with a particular student and he would be in your

13   classroom or other teachers' classrooms?

14        A.   He was working with another teacher, so

15   no, he didn't come into my classroom.  He was working

16   with another team.

17        Q.   Okay.  Do you remember Mr. Stockdale ever

18   being in your classroom?

19        A.   He may have came in one time.  It

20   was . . .

21        Q.   It was what?

22        A.   Like I said, he may have come in one

23   time.

24        Q.   Now, you understand that you've filed

298

1    counterclaims against the Does in this case, correct?

2         A.   Yes.

3         Q.   And those counterclaims are for

4    defamation and intentional infliction of emotional

5    distress.  Do you understand that?

6         A.   Yes.

7         Q.   You claim that the Does have made

8    numerous factual statements about you.

9              MR. MANSFIELD:  Let's mark this.

10             (EXHIBIT MARKED FOR IDENTIFICATION.)

11        Q.   Mr. Freshwater, let me hand you what

12   we've marked as Exhibit 24.  Do you recognize this to

13   be the counterclaim that your counsel would have

14   filed on your behalf against the Does?

15        A.   This looks like it's it.

16        Q.   The back two pages are an affidavit

17   signed by you?  Is that right?

18        A.   You going to talk about this?

19        Q.   No, I just want to know that's an

20   affidavit that you signed.  Look at the very last

21   page.

22        A.   Yes.

23        Q.   That's your signature?

24        A.   Yes.

299

1      Q.   Okay.  And if you look at the very first

2   page of Exhibit 24, first page of the counterclaim,

3   in paragraph 1 you say "Plaintiffs have made numerous

4   factual statements to other persons, some of which

5   have been filed as factual statements in the instant

6   First Amendment Complaint."  Do you see that?

7      A.   Yes, I do.

8      Q.   And there were a number of factual

9   statements that the Does included in their complaint

10  against you, correct?  That's what that's referring

11  to.

12     A.   Yes.

13     Q.   And so those are various complaints about

14  what they're alleging you did or did not do, correct?

15     A.   Yes.

16     Q.   Okay.  Is there any other place that

17  you're aware of that the Does made factual statements

18  to other persons about actions and conduct undertaken

19  by you other than what appears in the amended

20  complaint?

21     A.   I would have to look at that.

22     Q.   No, you tell me.  Are there any other

23  statements aside from the ones that are in the

24  complaint that you're aware of that the Does made to

300

1    anyone?

2         A.   I'm not quite sure how I would know

3    unless I looked at the complaint.

4         Q.   Well, you've got the counterclaim right

5    in front of you.

6         A.   Oh, in here.

7              Okay.  The question again, sir?

8         Q.   I understand that you consider that the

9    factual statements that the Does made in their

10   complaint against you constitute defamation, correct?

11        A.   Yes.

12        Q.   And that complaint that they filed

13   against you contains a number of different factual

14   statements about conduct that you either did or did

15   not do, correct?

16        A.   Yes.

17        Q.   You're not aware of any other statements

18   out there except for those ones in the complaint that

19   the Does have made against you; is that correct?

20        A.   I'm not aware of any others.

21        Q.   Okay.  Now, you make -- here you talk

22   about some different factual statements that the Does

23   have made.  Strike that question.

24             How did you find out the Doe family was