## Teaching Darwinian Evolution Objectively

**The Problem:** Much of the evidence that supports the Darwinian evolution theory which is taught in our public schools is controversial. The Mount Vernon City Schools do not offer a place in the curricula to scientifically and critically examine this theory. In fact, at this time there is confusion among some MVCS science teachers over whether they are even allowed to encourage critical scientific thinking on evolution, even though it is considered excellent scientific reasoning to do so with any other controversial science theories (such as the particle versus wave theories on light).

**Proposal:** Add a policy statement to the MVCS science curricula that allows teachers / students to critically examine the evidence both for and against evolution. A suggested policy statement is attached below for the school board to consider.

**What does the law say:**
- ★ According to an attachment on the Federal *No Child Left Behind* Act of 2001, "Where topics are taught that may generate controversy, (such as biological evolution) the curriculum should help students to <u>understand the full range of scientific views that exist</u>, why such topics may generate controversy,..." (Dec.13, 2001, House Report No. 107-334).
- ★ *Teach the Controversy,* part of the attachment, states that science teachers should be required to teach Darwin's theory of evolution, including evidence both for and against it.
- ★ The Ohio State Board of Education voted 18-0 to adopt the new Science Standards on December 10th, 2002, which states for its Grade 10 indicator 23: "Describe how scientists continue to investigate and critically analyze aspects of evolutionary theory."
- ★ The Mt. Vernon Board of Education has the following policy: The students have the right -
    1) to study political, economic, social, and moral controversial issues;
    2) to have access to relevant information regarding these issues;
    3) to study in an atmosphere of freedom from bias and prejudices.
    4) to form and express opinions on controversial issues.
  (See Program 2240\p.1of1)

**What do people in Ohio say about this?**
82% of Ohioans want evolution to be able to be questioned in the schools, according to a poll by the Mason-Dixon Polling & Research, published in the Plain Dealer, June 9, 2002.

Fifty-two Ohio scientists signed a press release on March 20, 2002 affirming that students should be permitted to learn scientific evidence both for and against controversial theories such as evolution. The statement read that a science curriculum should encourage critical thinking and not censor it. (Issued by Science Excellence for All Ohioans. See www.sciohio.org/start.htm)

Nationwide, 100 highly credentialed scientists recently signed a statement that included this: "Careful examination of the evidence for Darwinian theory should be encouraged." (published by the Discovery Institute, Seattle, WA; See www.intelligentdesignnetwork.org/Polls.PDF)

**Please see the attached suggested policy statement.**

*A Suggestion to the Mount Vernon City School Board for an Objective Origins Science Policy:*

This policy encourages objectivity, critical thinking and discussion of the full range of scientific views regarding origins as contemplated by the *No Child Left Behind* Act of 2001.

(This statement and the policy itself copied from www.intelligentdesignnetwork.org/TeachingResources.htm#List%20of%20questions)

## OBJECTIVE ORIGINS SCIENCE POLICY[1]

BE IT RESOLVED THAT THE FOLLOWING POLICY IS HEREBY ADOPTED FOR USE WITHIN THE _____ SCHOOL DISTRICT:

It is the intent of this Board that to enhance the effectiveness of science education and to promote academic freedom and the neutrality of state government with respect to teachings that touch religious and nonreligious beliefs, it is necessary and desirable that science which seeks to explain the origins of life and its diversity (origins science), be conducted and taught objectively and without religious, naturalistic, or philosophic bias or assumption. To further this intent, the instructional program provided by schools within this district shall do all of the following:

(A) Encourage the presentation of scientific evidence regarding the origins of life and its diversity objectively and without religious, naturalistic, or philosophic bias or assumption;

(B) Require that whenever explanations regarding the origins of life and its diversity are presented, appropriate explanation and disclosure shall be provided regarding the historical nature of origins science and the use of any material assumption which may have provided a basis for the explanation being presented;

(C) Encourage the development of curriculum that will help students think critically about the claims of evolutionary theory, understand the full range of scientific views that exist regarding the origins of life and its diversity, and understand why origins science may generate controversy.

---

1. The policy is nearly identical to the provisions of HB 481, a proposal pending in the Ohio House of Representatives as of July 27, 2002. A Technical Explanation of this policy may be found at http://www.IntelligentDesignnetwork.org/schoolpolicyexplanation.htm.


PLAINTIFF'S EXHIBIT # 10 Freshwater

## THE WOODPECKER

THE WOODPECKER'S _____ IS UNLIKE THAT OF OTHER _____. IT IS DESIGNED TO _____ ITS WAY INTO THE HARDEST OF _____. IT HAS A _____, THOUGH, BEAK.

A _____ DECIDED THAT THERE MUST BE ALL KINDS OF LITTLE _____ WHICH WOULD BE GOOD FOR _____ HIDDEN BENEATH THE _____ OF TREES. AND THIS BIRD DECIDED TO _____ THROUGH THE _____ AND INTO THE _____ TREE. WHAT WOULD HAPPEN ON HIS FIRST _____?

ANSWER - HIS BEAK WOULD _____ AND HE WOULD HAVE A MIGRAINE-STRENGTH _____.

WITH THE SHATTERED _____, THE LITTLE BIRD WAS UNABLE TO _____ AND SO IT _____. NOW THIS BIRD BEGAN TO _____, "I MUST _____ A THICKER BEAK, STRONGER _____ FEATHERS, AND SOMETHING TO HELP _____ HEADACHES." OF COURSE NOT. _____ ANIMALS CANNOT _____ ANYTHING.

YET THE _____ HAS AN INDUSTRIAL-STRENGTH BEAK, IT ALSO HAS A SPECIAL _____ BETWEEN ITS _____ AND _____ TO ABSORB SOME _____.

IT USES ITS TAIL _____ AND _____ TO FORM A _____ EFFECT AS IT CLINGS TO THE TREES. ITS FEET ARE SPECIALLY DESIGNED TO ENABLE IT TO _____. THE FEET OF THE WOODPECKER HAVE _____ TOES IN _____ AND _____ TOES IN THE _____. MOST BIRDS HAVE _____ TOES IN FRONT AND _____ IN BACK.

IF IT HAD _____ THESE THINGS, IT WOULD STILL _____ OF _____! WHY? HAVE YOU EVER ATTEMPTED TO _____ AN INSECT LARVA OUT OF A _____? THEY _____ ON!

BOARD - EXHIBIT 40

D000580

THE WOODPECKER HAS A _____ THAT IS SEVERAL TIMES LONGER THAN THE AVERAGE _____ TONGUE AND THE _____ IS LIKE A SPEARHEAD WITH A NUMBER OF _____. IT ALSO HAS A MINI _____ FACTORY AND THE GLUE STICKS SECURELY TO _____, BUT DOES NOT STICK TO THE _____ OF THE WOODPECKER.

QUESTION??

_____ + _____ + _____ = WOODPECKER
                                                         (LUCK)

IS THERE AN I.D. INVOLVED?

D000581

## THE WOODPECKER

THE WOODPECKER'S _beak_ IS UNLIKE THAT OF OTHER _birds_. IT IS DESIGNED TO _peckhammer_ ITS WAY INTO THE HARDEST OF _trees_. IT HAS A _thick_, THOUGH, BEAK.

A _bird_ DECIDED THAT THERE MUST BE ALL KINDS OF LITTLE _insects_ WHICH WOULD BE GOOD FOR _eating/lunch_ HIDDEN BENEATH THE _bark_ OF TREES. AND THIS BIRD DECIDED TO _peck_ THROUGH THE _bark_ AND INTO THE _hardwood_ TREE. WHAT WOULD HAPPEN ON HIS FIRST _peck_?

ANSWER - HIS BEAK WOULD _shatter_ AND HE WOULD HAVE A MIGRAINE-STRENGTH _headache_.

WITH THE SHATTERED _beak_, THE LITTLE BIRD WAS UNABLE TO _eat_ AND SO IT _died_. NOW THIS BIRD BEGAN TO _think_, "I MUST _evolve_ A THICKER BEAK, STRONGER _tail_ FEATHERS, AND SOMETHING TO HELP _prevent_ HEADACHES." OF COURSE NOT. _Dead_ ANIMALS CANNOT _think/evolve_ ANYTHING.

YET THE _woodpecker_ HAS AN INDUSTRIAL-STRENGTH BEAK, IT ALSO HAS A SPECIAL _cartilage_ BETWEEN ITS _head_ AND _beak_ TO ABSORB SOME _shock_.

IT USES ITS TAIL _feathers_ AND _feet_ TO FORM A _tripod_ EFFECT AS IT CLINGS TO THE TREES. ITS FEET ARE SPECIALLY DESIGNED TO ENABLE IT TO _mae_. THE FEET OF THE WOODPECKER HAVE _two_ TOES IN _front_ AND _two_ TOES IN THE _back_. MOST BIRDS HAVE _3_ TOES IN FRONT AND _1_ IN BACK.

IF IT HAD _all_ THESE THINGS, IT WOULD STILL _die_ OF _starvation_. WHY? HAVE YOU EVER ATTEMPTED TO _pull/drag_ AN INSECT LARVA OUT OF A _treetops/tunnel_? THEY _hold_ ON!

THE WOODPECKER HAS A _tongue_ THAT IS SEVERAL TIMES LONGER THAN THE AVERAGE _bird's_ TONGUE AND THE _tip_ IS LIKE A SPEARHEAD WITH A NUMBER OF _barbs_. IT ALSO HAS A MINI _glue_ FACTORY AND THE GLUE STICKS SECURELY TO _insects_, BUT DOES NOT STICK TO THE ~~mouth~~ OF THE WOODPECKER.

QUESTION??

_impersonal_ + _time_ + _chance (LUCK)_ = WOODPECKER

IS THERE AN I.D. INVOLVED?

D000363

PLAINTIFF'S EXHIBIT #11 Freshwater

**DIRECTIONS:** FOLLOW ALONG AND FILL IN THE MISSING WORDS.

## THE GIRAFFE:

- MATURE __bull__ (male) GIRAFFE - 18 FEET TALL

- LONG __neck__

- NEEDS A GOOD PUMP ( __heart__ ) FOR BLOOD TO THE __brain__

- __heart__ IS 2 1/2 FEET LONG

- IT IS A POWERFUL HEART. WHEN HE __bends__ DOWN TO DRINK $H_2O$, THE BLOOD __pressure__ IS MORE THAN ENOUGH TO BURST THE BLOOD VESSELS OF THE __brain__.

- __Evolution__ SAYS SOMETHING DOES NOT EVOLVE UNTIL THE ORGANISM SOMEHOW REALIZES THAT AN __improvement__ OR ADAPTATION IS NEEDED.

- THE __giraffe__ WOULD NOT KNOW IT NEEDED TO PROTECT ITS __brain__ FROM THE DEVASTATION OF EXCESSIVE BLOOD PRESSURE UNTIL IT HAD __died__.

- HOW CAN IT "__evolve__" A PROTECTIVE MECHANISM AFTER IT KNOWS IT NEEDS IT, IF IT IS NO LONGER __alive__ TO DO IT?

- GIRAFFES HAVE A __protective__ MECHANISM
  - __Valves__ IN THE __artery__ IN ITS NECK BEGIN TO CLOSE WHEN HIS HEAD GOES __down__.

- ALSO, THE LAST __pump__ OF THE HEART (WHEN THE HEAD IS GOING DOWN) IS SHUNTED INTO A GROUP OF VESSELS SIMILAR TO A __sponge__ CALLED A "RETE MIRABLE".

- WE ALL KNOW THAT __dead__ ANIMALS DON'T EVOLVE ANYTHING, EVEN THOUGH EVOLUTION DEMANDS ITS CREATURES REALIZE THEY NEED AN IMPROVEMENT BEFORE THAT IMPROVEMENT BEGINS TO EVOLVE.

-ANOTHER PROBLEM ARISES - A ___lion___ CREEPS UP AND PREPARES TO ___kill___ ITS SPOTTED ___prey___. THE GIRAFFE QUICKLY RAISES ITS ___head___. THIS CAUSES A REDUCED ___blood___ FLOW - THE GIRAFFE PASSES ___out___. THE LION ___eats___ A HEARTY MEAL AND THE GIRAFFE, WERE IT ALIVE, WOULD REALIZE THAT IT HAD BETTER EVOLVE SOME MECHANISM TO RE-OXYGENATE ITS OXYGEN DEPRIVED ___brain___, REMEMBER THAT ___dead___ ANIMALS DON'T EVOLVE ANYTHING.

BUT THE GIRAFFE ___survives___,

AS THE GIRAFFE RAISES HIS ___head___, THE ARTERIAL VALVES ___open___. THE "SPONGE" SQUEEZES ITS OXYGENATED ___blood___ INTO THE ___brain___.

ALSO GOING ___down___ THE GIRAFFES NECK, THE ___vein___ THAT CONTAINS VALVES WHICH CLOSE TO HELP ___level___ OUT THE BLOOD PRESSURE. SO THE GIRAFFE DOESN'T BECOME LION ___lunch___.

CAN WE SAY THAT A ___giraffe___ IS A ___giraffe___?

IT IS A DISTINCT SPECIES, A DISCRETE ENTITY. NO ONE WOULD SAY A GIRAFFE IS A "MISSING ___link___" OR A "TRANSITIONAL ___form___". A GIRAFFE IS NOT SOME ___creature___ EMERGING FROM SOME OTHER CREATURE OR CHANGING INTO A "HIGHER" OR MORE ___complex___ ANIMAL.

A GIRAFFE IS A GIRAFFE.

IMPERSONAL + TIME + CHANCE = ___long___ ___neck___ ___giraffe___?

IS THERE AN I.D. INVOLVED?

last pump of the heart (when the head is going dow. shunted into a group of vessels similar to a sponge. lled "Rete Mirabile." We

**DIRECTIONS:** FOLLOW ALONG AND FILL IN THE MISSING WORDS.

## THE GIRAFFE:

-MATURE _____ GIRAFFE - 18 FEET TALL

-LONG _____

-NEEDS A GOOD PUMP (_____) FOR BLOOD TO THE _____

-_____ IS 2 1/2 FEET LONG

-IT IS A POWERFUL HEART. WHEN HE _____ DOWN TO DRINK $H_2O$, THE BLOOD _____ IS MORE THAN ENOUGH TO BURST THE BLOOD VESSELS OF THE _____.

-_____ SAYS SOMETHING DOES NOT EVOLVE UNTIL THE ORGANISM SOMEHOW REALIZES THAT AN _____ OR ADAPTATION IS NEEDED.

-THE _____ WOULD NOT KNOW IT NEEDED TO PROTECT ITS _____ FROM THE DEVASTATION OF EXCESSIVE BLOOD PRESSURE UNTIL IT HAD _____.

-HOW CAN IT "_____" A PROTECTIVE MECHANISM AFTER IT KNOWS IT NEEDS IT, IF IT IS NO LONGER _____ TO DO IT?

-GIRAFFES <u>HAVE</u> A _____ MECHANISM

   -_____ IN THE _____ IN ITS NECK BEGIN TO CLOSE WHEN HIS HEAD GOES _____.

-ALSO, THE LAST _____ OF THE HEART (WHEN THE HEAD IS GOING DOWN) IS SHUNTED INTO A GROUP OF VESSELS SIMILAR TO A _____ CALLED A "RETE MIRABLE".

-WE ALL KNOW THAT _____ ANIMALS DON'T EVOLVE ANYTHING, EVEN THOUGH EVOLUTION DEMANDS ITS CREATURES REALIZE THEY NEED AN IMPROVEMENT BEFORE THAT IMPROVEMENT BEGINS TO EVOLVE.

**BOARD - EXHIBIT 41**

D000582

-ANOTHER PROBLEM ARISES - A _____ CREEPS UP AND PREPARES TO _____ ITS SPOTTED _____. THE GIRAFFE QUICKLY RAISES ITS _____. THIS CAUSES A REDUCED _____ FLOW - THE GIRAFFE PASSES _____. THE LION _____ A HEARTY MEAL AND THE GIRAFFE, WERE IT ALIVE, WOULD REALIZE THAT IT HAD BETTER EVOLVE SOME MECHANISM TO RE-OXYGENATE ITS OXYGEN DEPRIVED _____! REMEMBER THAT _____ ANIMALS DON'T EVOLVE ANYTHING.

BUT THE GIRAFFE _____!

AS THE GIRAFFE RAISES HIS _____, THE ARTERIAL VALVES _____. THE "SPONGE" SQUEEZES ITS OXYGENATED _____ INTO THE _____.

ALSO GOING _____ THE GIRAFFES NECK, THE _____ THAT CONTAINS VALVES WHICH CLOSE TO HELP _____ OUT THE BLOOD PRESSURE. SO THE GIRAFFE DOESN'T BECOME LION _____.

CAN WE SAY THAT A _____ IS A _____?

IT IS A DISTINCT SPECIES, A DISCRETE ENTITY. NO ONE WOULD SAY A GIRAFFE IS A "MISSING _____" OR A "TRANSITIONAL _____". A GIRAFFE IS NOT SOME _____ EMERGING FROM SOME OTHER CREATURE OR CHANGING INTO A "HIGHER" OR MORE _____ ANIMAL.

A GIRAFFE IS A GIRAFFE.

IMPERSONAL + TIME + CHANCE = _____ _____ _____?

IS THERE AN I.D. INVOLVED?

D000583

PLAINTIFF'S EXHIBIT #12 Freshwater

# QUIZ
# GIRAFFE + WOODPECKER

#1 HOW LONG IS THE HEART OF THE GIRAFFE?

#2 WHY DOES A GIRAFFE NEED SUCH A STRONG, BIG HEART?

#3 WHY DOESN'T THE GIRAFFE HEAD BLOW UP WHEN HE PUTS HIS HEAD DOWN?

#4 IS THE GIRAFFE A TRANSITIONAL FORM?
     (CIRCLE) YES OR NO

#5 WHAT WOULD HAPPEN TO THE BEAK OF A BIRD THAT WAS EVOLVING INTO A WOODPECKER?

#6 THE WOODPECKER HAS BEHIND HIS BEAK A SPECIAL _____ TO ABSORB THE SHOCK.

#7 WOODPECKERS FEET LOOK LIKE WHAT?

#8 WHAT IS THE DIFFERENCE BETWEEN A WOODPECKER TONGUE AND OTHER BIRDS?

#9 ALSO ON HIS TONGUE A WOODPECKER HAS WHAT TWO THINGS TO HELP IT GET INSECT LARVA?

#10 IMPERSONAL + _____ + CHANCE = GIRAFFE??
     IS THEIR A _____ INVOLVED?????

PLAINTIFF'S EXHIBIT #13 freshwater

MRS. MAHAN

(HEY)

## QUIZ   HAVE FUN!!!!!!

#1- WHICH IS LARGER MALE OR FEMALE OF THE ANGLER FISH? __FEMALE__

#2- HOW DOES THE ANGLER FISH EAT? __FISHING ROD WITH BAIT AND A LIGHT__

#3- WHERE ARE THE EGGS WHEN THEY HATCH FROM AN ANGLER FISH? __SURFACE OF THE OCEAN__

#4- CAN DEAD THINGS EVOLVE? __NO__

#5- AN ANGLER FISH LACKS A __SWIM BLADDER__ LIKE OTHER FISH HAVE TO STAY BOUYANT.

#6- COULD AN ANGLER FISH EVOLVE? EXPLAIN (OPINION ANSWER)

_____

_____

_____

#7- THE EGG OF A CHICKEN HAS ABOUT 10,000 TINY __HOLES / PORES__.

#8- IN THE FIRST FEW DAYS AFTER THE EGG IS LAID, TWO BLOOD VESSELS (MEMBRANE) ATTACH TO THE SHELL AND TWO BLOOD VESSELS ATTACH TO THE __YOLK__ (FOOD).

#9- AFTER THE 19TH DAY THE CHICK GROWS AN __EGG  TOOTH__ AT THE END OF HIS BEAK.

#10- THE AIR SACK HAS ENOUGH AIR FOR A GROWING CHECK TO SURVIVE ABOUT __6__ MORE HOURS BEFORE IT PECKS THROUGH THE SHELL.

#11- DID THIS EGG EVOLVE OVER MILLIONS OF YEARS ? EXPLAIN
    ( NO CORRECT ANSWER - YOUR OPINION )

BOARD - EXHIBIT 38

D000578

PLAINTIFF'S EXHIBIT #14 Freshwater

Dragon History                                                        Page 1 of 2



# Dragon History

### Dragon History - Universal Concept in Ancient Cultures

Dragon history is nearly universal throughout the world's ancient cultures. Where did this global concept originate? How did societies throughout the world describe, record, draw, etch, sew and carve such creatures in such uniformity, if they did not witness these creatures during their lifetimes?

### Dragon History - Dinosaurs Revealed

Dragon history can be summed up as follows: "The dragons of legend are strangely like actual creatures that have lived in the past. They are much like the great reptiles [dinosaurs], which inhabited the earth long before man is supposed to have appeared on earth." (Knox Wilson, "Dragon", *The World Book Encyclopedia*, Vol. 5, 1973, pg. 265.)

In light of that statement from *The World Book Encyclopedia*, many people don't realize that paleontology (the study of past geological ages based primarily on the study of fossils) is a relatively new science. In fact, the concept of dinosaurs (giant lizards) only surfaced in its present form less than 180 years ago. Prior to that, anyone who found a large fossilized bone assumed it came from an elephant, dragon or giant. There wasn't any notion of "science" attached to these finds.

It wasn't until 1841 that English scientist Richard Owens suggested that the group of "newly discovered" animals be called "dinosaurs," which literally means "terrible lizards." Throughout the next few decades, the first artist depictions of dinosaurs were actually comical when compared to what we can scientifically discern today. How then, do pottery, linens, cave paintings, and written descriptions of "dragons" from 2,000 to 4,000 years ago depict dinosaurs better than what science could muster in the mid-1800's?

Dragon accounts from China, Europe, the Middle East, and ancient Latin America share similar accounts of "dragons" and other beasts. Some cultures revered these creatures. For instance, records of Marco Polo in China show that the royal house kept dragons for ceremonies, and records of the Greek historian Herodotus and the Jewish historian Josephus describe flying reptiles in ancient Egypt and Arabia. In other cultures, it was a great honor to kill these creatures. There are numerous records of warriors killing great beasts in order to establish credibility in a village. Gilgamesh, Fafnir, Beowulf and other famous legends, including the mythology of Egypt, Greece and Rome, include specific descriptions of dragons and other dinosaur-like creatures.

Dragon history is revealed on numerous objects of ancient art throughout the world. Dinosaur-like creatures are featured on Babylonian landmarks, Roman mosaics, Asian pottery and royal robes, Egyptian burial shrouds and government seals, Peruvian burial stones and tapestries, Mayan sculptures, Aboriginal and Native American petroglyphs (carved rock drawings), and many other pieces of ceremonial art throughout ancient cultures. What does all this evidence really mean? Please keep reading

PLAINTIFF'S EXHIBIT #15 Freshwater

Dinosaur Fossils

Page 1 of 2



## Dinosaur Fossils - Age Old Debate

### Dinosaur Fossils: Some Definitions
The term "Dinosaur Fossils" comes from three Latin words: Deinos, meaning "great;" Sauros, meaning "lizard;" and Fossils, meaning "dug up." Therefore, dinosaur fossil literally means "great lizard that was dug up." British anatomist Sir Richard Owen (1804-1892) coined the word "dinosaur" in 1841.

### Dinosaur Fossils: Early Discoveries
A British fossil finder and ecclesiastic, William Buckland (1784-1856), discovered the first dinosaur fossil remains of our modern times. In 1819, Buckland discovered the Megalosaurus Bucklandii (Buckland's Giant Lizard) in England. It was given its name in 1824. Prior to this, Reverend Plot had found a huge femur bone as early as 1676 in England. It was thought to belong to a giant. R. Brookes published a report on Plot's find in 1763. Authorities suggest it may actually have belonged to a dinosaur. However, with the discovery of giant human skeletal remains ranging from 8 feet to 12 feet-tall around the world in the last few hundred years, many believe the Plot femur may have belonged to a very tall human. In 1838, William Parker Foulke found the first (nearly) complete dinosaur fossil remains in New Jersey, USA. Since Buckland's original discovery in 1819, approximately 330 different dinosaur genera have been discovered thus far.

### Dinosaur Fossils: Sedimentary Rock
Dinosaur fossils, as with other fossils, are found throughout earth's sedimentary layers. To date, approximately 95.0% of all earth's fossil remains are marine invertebrates, 4.74% are plants, 0.25% are land invertebrates (including insects), and 0.0125% are vertebrates. Of the vertebrates, the majority are fish. Moreover, 95% of all land vertebrates found consist of less than one bone. However, billions of fossils have been found. Up to as many as 1,200 dinosaur skeletons have been discovered thus far. Sedimentary rock (sandstone, siltstone, shale, limestone, etc) is laid down by moving water, layer upon layer, in a process known as hydrologic sorting. Animals whose fossil remains are found must have been caught in this running water to have been buried and preserved. The remains would be sorted by density just as the rocks were. If not buried, the carcass would rot or be scavenged. Fossil remains of clams (found in the closed position, indicating they were buried alive) have been found atop Mt. Everest. Sedimentary layers and fossil remains seem to be a testimony to a past marine cataclysm. There are nearly 300 surviving Flood Legends passed down by ancient civilizations. Some suggest Noah's Flood.

### Dinosaur Fossils: Age of the Dinosaurs
Dinosaur fossils were once thought to be millions of years old. This age was based upon the geologic column. The geologic column dates fossils by the rocks in which they are found, and dates rocks by the fossils they contain. Critics insist this is circular reasoning. "The intelligent layman has long suspected circular reasoning in the use of rocks to date fossils and fossils to date rocks" (J.E. O'Rourke, "American Journal of Science," 1976, 276:51). Furthermore, the geologic column assumes uniformity, which has come to be disproved by such geologic features as poly-strata fossils, misplaced fossils, missing layers, and misplaced layers (such as layers in reverse order, or "ancient" layers found several layers above "modern" layers). Most recently, advocates of an "Old Earth" turn to

· Dinosaur Fossils

Page 2 of 2

Radiometric Dating to prove dinosaurs to be ancient. Though they cannot date the dinosaur remains themselves, they can date rocks buried near the dinosaur remains. This is not accepted by many authorities as valid, as Radiometric Dating is based upon controversial assumptions held to be erroneous by many scholars, as indicated by empirical research. Dinosaurs are assumed to be millions of years old. Many now purpose they died off in recent times and are responsible for the myriad of dragon myths. This has come to be a popular theory with such discoveries as the Ica Stones, the Glenn Rose tracks, etc. In addition, human remains have been found buried with dinosaur remains on more than one occasion. It may be that man hunted dinosaurs to extinction.

**Dinosaur Fossils: Dig More Now!**

Home | About Us | Join Us | Support Us | More Details
Copyright © 2002 Dinosaur-Fossil.com, All Rights Reserved.



- Dinosaur Extinction

Page 1 of 2



# Dinosaur Extinction

**Dinosaur Extinction: Another Theory**
Dinosaur Extinction is a hot topic for debate. New theories for the catastrophe that killed the dinosaurs are presented every couple of years. We have viewed the evidence and have decided to present our own theory.

**Dinosaur Extinction: The Premise**
Dinosaur extinction -- Most scientists believe that dinosaurs went extinct about 50 to 65 million years ago. Most scientists agree that man's conception of dinosaurs has been limited to the past 180 years or so (the word itself wasn't even coined until 1841). Therefore, if we discovered evidence of man's knowledge of (or coexistence with) dinosaurs during the last couple of centuries, "science" (as we know it) would be turned upside down.

**Dinosaur Extinction: The Evidence**

1. Human & Dinosaur Fossils. Human bones and tools coexist in the same fossil layers as dinosaur bones in Texas and the Dakotas.
2. Human & Dinosaur Footprints. Footprints of dinosaurs, humans, and other mammals coexist in the same fossil layers in Texas and New Mexico.
3. Native American Petroglyphs. Cave and cliff drawings in Utah and Colorado crudely depict certain dinosaur species (dated from 400 A.D. to 1300 A.D.).
4. Ica Stones. Ceremonial burial stones discovered in Ica, Peru depict numerous species of dinosaurs, some in activities with man (dated from 500 A.D. to 1500 A.D.).
5. Acambaro Figurines. Ceramic and stone figurines discovered in Acambaro, Mexico represent many species of dinosaurs (dated from 800 B.C. to 200 A.D.).
6. Dragon Accounts. China, Europe and the Middle East share similar accounts of "dragons" and other beasts. Some cultures revered these creatures. For instance, records of Marco Polo in China show that the royal house kept dragons for ceremonies. In other cultures, it was a great honor to kill these beasts. There are numerous records of warriors killing great beasts in order to establish credibility in a village.
7. —

8. Gilgamesh, Fafnir, Beowulf and other Legends. Many famous legends, including the mythology of Egypt, Greece and Rome, include specific descriptions of dragons and other dinosaur-like creatures.
9. Dragons in Ancient Art. Dinosaur-like creatures are featured on Babylonian landmarks, Roman mosaics, Egyptian burial shrouds, and many other pieces of art throughout the ancient world.
10. Current Legends & Discoveries. There is a huge and credible legacy of sea, lake and swamp "monsters," even to this day.

Dinosaur Extinction

Page 2 of 2

### Dinosaur Extinction: The Theory

Dinosaur Extinction is a recent phenomenon. Many of the great sea and land monsters went extinct in a global flood about 4400 years ago. Some of these creatures survived and inhabited earth with man, until they too went extinct as man killed them for sport, safety, and expansion (like black bears in Florida and bison in the Western U.S.). We know this theory is revolutionary to many ███████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

[handwritten: ↑ still readable "Biblicle"]

Dinosaur Extinction: Investigate Now!

Home | About Us | Join Us | Support Us | More Details
Copyright © 2002 Dinosaur-Extinction.com, All Rights Reserved.

Case 2:08-cv-00575-GLF-NMK   Document 60-12   Filed 11/16/09   Page 18 of 18

Dinosaur Extinction                                                          Page 1 of 2



# Dinosaur Extinction - Compelling New Theory

**Dinosaur Extinction: Another Theory**
Dinosaur Extinction is a hot topic for debate. New theories for the catastrophe that killed the dinosaurs are presented every couple of years. We have viewed the evidence and have decided to present our own theory.

**Dinosaur Extinction: The Premise**
Dinosaur extinction -- Most scientists believe that dinosaurs went extinct about 50 to 65 million years ago. Most scientists agree that man's conception of dinosaurs has been limited to the past 180 years or so (the word itself wasn't even coined until 1841). Therefore, if we discovered evidence of man's knowledge of (or coexistence with) dinosaurs during the last couple of centuries, "science" (as we know it) would be turned upside down.

**Dinosaur Extinction: The Evidence**

1. Human & Dinosaur Fossils. Human bones and tools coexist in the same fossil layers as dinosaur bones in Texas and the Dakotas.
2. Human & Dinosaur Footprints. Footprints of dinosaurs, humans and other mammals coexist in the same fossil layers in Texas and New Mexico.
3. Native American Petroglyphs. Cave and cliff drawings in Utah and Colorado crudely depict certain dinosaur species (dated from 400 A.D. to 1300 A.D.).
4. Ica Stones. Ceremonial burial stones discovered in Ica, Peru depict numerous species of dinosaurs, some in activities with man (dated from 500 A.D. to 1500 A.D.).
5. Acambaro Figurines. Ceramic and stone figurines discovered in Acambaro, Mexico represent many species of dinosaurs (dated from 800 B.C. to 200 A.D.).
6. Dragon Accounts. China, Europe and the Middle East share similar accounts of "dragons" and other beasts. Some cultures revered these creatures. For instance, records of Marco Polo in China show that the royal house kept dragons for ceremonies. In other cultures, it was a great honor to kill these beasts. There are numerous records of warriors killing great beasts in order to establish credibility in a village.
7. Behemoth, Leviathan and the Dragons of the Bible. Job writes of great creatures, Behemoth and Leviathan, nearly 4000 years ago. Although more recent Bible translations use elephant, hippo or crocodile instead, the original Hebrew does not allow for these interpretations. The word "dragon" (Hebrew: tannin) is used numerous times in the Old Testament, and most directly translates as "sea or land monsters."
8. Gilgamesh, Fafnir, Beowulf and other Legends. Many famous legends, including the mythology of Egypt, Greece and Rome, include specific descriptions of dragons and other dinosaur-like creatures.
9. Dragons in Ancient Art. Dinosaur-like creatures are featured on Babylonian landmarks, Roman mosaics, Egyptian burial shrouds, and many other pieces of art throughout the ancient world.
10. Current Legends & Discoveries. There is a huge and credible legacy of sea, lake and swamp "monsters," even to this day.

**Does God Exist?**

Big Bang Theory
Darwin's Theory of Evolution
Human Evolution
Geologic Time Scale
DNA Double Helix
Radiometric Dating
Dinosaur Extinction
Humanism
Does God Exist
Additional Sites To Explore...

**Is the Bible True?**

**Who is God?**

**Who Is Jesus?**

**Which Religion?**

**How Can I Know God?**

**Popular Cultural Issues**

http://www.dinosaur-extinction.com/

D000369