### Dinosaur Extinction: The Theory

Dinosaur Extinction is a recent phenomenon. Many of the great sea and land monsters went extinct in a global flood about 4400 years ago. Some of these creatures survived and inhabited earth with man, until they too went extinct as man killed them for sport, safety, and expansion (like black bears in Florida and bison in the Western U.S.). We know this theory is revolutionary to many! However, we must admit – it's not original. In fact, the theory isn't really a "scientific" theory at all. It's based on the established truth of the Biblical record – a record that's not dependant on mankind's ever-changing view of science and reason. We absolutely encourage you to carefully examine the evidence for yourself!

### Dinosaur Extinction: Investigate Now!

Home | About Us | Join Us | Support Us | More Details
Copyright © 2002 Dinosaur-Extinction.com, All Rights Reserved.



# Darwin's Theory Of Evolution - A Theory in Crisis



PLAINTIFF'S EXHIBIT #17 Freshwater

## ABOUT US

### Our Mission

Our mission is to lead people to Jesus and help them grow in their relationship with Him. We strive to deliver compelling evidence for the Christian faith to seekers, believers, and a skeptical world. We seek to be non-threatening, practical and informative, using the technology of the Internet to answer tough questions about God, Jesus Christ, the Bible and Christianity.

*"Go ye therefore, and make disciples of all the nations, baptizing them into the name of the Father and of the Son and of the Holy Spirit: teaching them to observe all things whatsoever I commanded you: and lo, I am with you always, even unto the end of the world."* Matthew 28:19-20 KJV

### Our Faith Statement

Although our ministry style often caters to wary skeptics, our group's foundation is based on solid, fundamental Christian doctrine.

### Therefore, We Believe

1. The Bible is the only inspired Word of God – a supernaturally integrated set of 66 books, written by 40 authors, over nearly 2,000 years.
2. God created all things – from the massive cosmos to the microscopic cell.
3. We were created in God's image, yet we were all corrupted and estranged from God after Adam fell into sin. The sin of Adam was the entry point of all sin, as well as physical and spiritual death on Earth.
4. God exists as three distinct personalities, the Father, the Son, and the Holy Spirit.
5. Jesus Christ is the Son of God who fulfilled over 300 Old Testament prophecies when he took on human flesh, through the miracle of the virgin birth, and came to Earth as the promised Messiah.
6. Jesus died a physical death on the cross as the ultimate love sacrifice and act of grace, which allows all who believe in Him to be cleansed of sin by His blood and have a renewed, eternal relationship with God.
7. Jesus rose from the dead as the ultimate sign of his deity. He ascended to heaven, with the ultimate promise of his return to Earth as our just and mighty Lord.

We constantly strive to be a Spirit-filled ministry, regularly praying and seeking God's guidance for our activities. We remind each other daily that this is God's work, not ours.

*"But without faith it is impossible to please Him: for He that cometh to God must believe that He is, and that He is a rewarder of them that diligently seek Him."* Hebrews 11:6 KJV

Contact Information:
**All About GOD Ministries, Inc.**
7150 Campus Drive, Suite 320
Colorado Springs, Colorado 80920
719-884-2246
719-884-2247 fax
Email: Questions1@AllAboutGOD.com
Website: AllAboutGOD.com

Home | About Us | Join Us | Support Us
Copyright © 2002 - 2008 Darwins-Theory-Of-Evolution.com, All Rights Reserved.

BOARD - EXHIBIT 35

APR. 7. 2006 11:34AM

T-18 NO. 6760 P. 1/2



PLAINTIFF'S EXHIBIT
#18
Freshwater

## Mount Vernon City Schools
### COMPLAINT FORM

Name of Complainant: _____

Address of Complainant: _____

### THE COMPLAINT

The statements of the complainant, witnesses and/or an investigating administrator must be signed.

1. Name(s) of the individual(s) involved:
   JOHN FRESHWATER

2. Location of the incident: MVMS

3. Date and time of the incident: 4/4/06

4. Nature of the complaint:

MR FRESHWATER HANDED OUT THE ATTACHED PAPER REGARDING EVOLUTION TO MY SON'S 8th GRADE SCIENCE CLASS. HE COLLECTED THEM AT THE END OF CLASS, BUT MY SON KEPT HIS. I checked the source of the information. It is from All About God Ministries. I don't believe that is a proper source for science material, especially in light of the State school board's decision in February to strike language regarding the critical evaluation of evolution from the state guidelines.

Complainant's Name   Complainant's Signature   Date 4/7/06

ATTACHMENT 10

Complaint Received By   Date

This is a persistent issue in Mr Freshwater's

D000371

APR. 7. 2006 11:34AM                                                                 NO. 6760   P. 2/2

Darwin's Theory of Evolution                                                         Page 1 of 2

## Darwin's Theory of Evolution - The Premise and Problem

**Darwin's Theory of Evolution: The Premise**
Darwin's Theory of Evolution states that organic life sprung from non-organic matter exclusively through a natural mechanistic process on a pre-biotic earth. That original life form then evolved into more complex life forms through a natural process of random mutations and natural selection. In a nutshell, the basic premise is that matter acting on matter for a sufficient period of time can create anything, whether organic or non-organic.

**Darwin's Theory of Evolution: The Problems**
Darwin's Theory of Evolution is still widely accepted by the general public as scientific fact, especially in the popular media and the public schools. On its face, the "survival of the fittest" model is simple and self-evident. In fact, no legitimate scholars doubt that Darwin's theory of natural selection accounts for most of the changes within a species (a testable process known as "micro-evolution").

However, beyond "micro-evolutionary" changes within a species, Darwin's theory of evolution absolutely breaks down. With our recent findings in biochemistry, genetics and paleontology, not even staunch neo-Darwinists are adhering to a traditional Darwinian model that shows all living organisms on earth today coming from a single life form which itself came from inanimate matter. The "irreducibly complex" world of biochemistry, the digital code inherent in the organic genome, and the fossil record itself have knocked Darwin's basic theory on its heels.

**Segment One: The Fossil Record** In this segment we will look at the dramatic evidence (or lack thereof) in the fossil record. Of course, if Darwin's theory of "macro-evolution" were true, we would see a vast number of fossils at intermediate stages of biological development. In fact, based on standard mathematical models, we would see far more transitional forms in the fossil record than complete specimens. We see none!

Our museums now contain over 250,000,000 fossil specimens (40 million alone are contained in the Smithsonian Natural History Museum). If Darwin's theory were true, we should see at least tens of thousands of unquestionable transitional forms. We see none. Even Stephen Jay Gould, a leading spokesman for evolutionary theory today, confesses "the extreme rarity of transitional forms in the fossil record persists as the trade secret of paleontology." (*Natural History* 86 (1977), pg. 14.) Even the popular press is catching on, "The missing link between man and apes, whose absence has comforted religious fundamentalists since the days of Darwin, is merely the most glamorous of a whole hierarchy of phantom creatures ... The more scientists have searched for the transitional forms that lie between species, the more they have been frustrated." ("Is Man a Subtle Accident," *Newsweek* (November 3, 1980.)

Even Darwin himself knew that the fossil record did not yet support his theory. However, he believed that future years of paleontology would help support his claims. Well, they haven't. In fact, the fossil record has been an embarrassment to Darwinian evolutionists. It's just that the adherents to the theory have yet to share this reality with the general public, especially our school kids.

*[Handwritten notes in right margin:]*
Source of Material
All About Science.o/
All About God
Ministries
2150 Campus Dr.
Suite 320
Colorado Springs, Co
80920
717 884-2246

D000372

PLAINTIFF'S EXHIBIT #19 freshwater

May 1, 2006

Mr. Jeff Maley,

Please find attached my lesson plan for April 4, 2006 and the standards that were used that day.

I also tried to locate the source of the worksheet "Darwin Theory of Evolution – The Promise and Problem" but I could not locate it. I had never been to the web site "All About God.com" as was sited by Paul Souhrada and even searched for it there; however, I still could not locate it. I asked Ken Wiles at the school if he could locate it. He stated after searching for some time that the worksheet does not exist anymore, only the domain "All About God.com". This site had been bought by a new owner on May 12, 2003.

Sincerely,

John Freshwater

Emp. Exh. 26

# ACADEMIC CONTENT STANDARDS

**Benchmark B:** Describe the characteristics of an organism in terms of a combination of inherited traits and recognize reproduction as a characteristic of living organisms essential to the continuation of the species.

**Grade Eight**

*Heredity*

1. Describe that asexual reproduction limits the spread of detrimental characteristics through a species and allows for genetic continuity.

LS08B02 — (2.) Recognize that in sexual reproduction new combinations of traits are produced which may increase or decrease an organism's chances for survival.

LS08B03

*Evolutionary Theory* (3.) Explain how variations in structure, behavior or physiology allow some organisms to enhance their reproductive success and survival in a particular environment.

**Benchmark D:** Explain how extinction of a species occurs when the environment changes and its adaptive characteristics are insufficient to allow survival (as seen in evidence of the fossil record).

**Grade Eight**

*Evolutionary Theory* (4.) Explain that diversity of species is developed through gradual processes over many generations (e.g., fossil record).

LS08D04

LS08D05 — (5.) Investigate how an organism adapted to a particular environment may become extinct if the environment, as shown by the fossil record, changes.

**Benchmark B:** Explain the importance of reproducibility and reduction of bias in scientific methods.

**Grade Eight**

*Ethical Practices*

SW08B02 (2.) Explain why it is important to examine data objectively and not let bias affect observations.

**Benchmark B:** Analyze and interpret data from scientific investigations using appropriate mathematical skills in order to draw valid conclusions.

**Grade Eight**

*Doing Scientific Inquiry* SI08B03 (3.) Read, construct and interpret data in various forms produced by self and others in both written and oral form (e.g., tables, charts, maps, graphs, diagrams and symbols).

**Benchmark A:** Give examples of how technological advances, influenced by scientific knowledge, affect the quality of life.

**Grade Eight**

*Understanding Technology*

Examine how science and technology have advanced through the contributions of many different people, cultures and times in history.

# ACADEMIC CONTENT STANDARDS

**Benchmark B:** Describe the characteristics of an organism in terms of a combination of inherited traits and recognize reproduction as a characteristic of living organisms essential to the continuation of the species.

### Grade Eight

*Heredity*

1. Describe that asexual reproduction limits the spread of detrimental characteristics through a species and allows for genetic continuity.

LS08B02 — (2.) Recognize that in sexual reproduction new combinations of traits are produced which may increase or decrease an organism's chances for survival.

LS08B03
*Evolutionary Theory* (3.) Explain how variations in structure, behavior or physiology allow some organisms to enhance their reproductive success and survival in a particular environment.

**Benchmark D:** Explain how extinction of a species occurs when the environment changes and its adaptive characteristics are insufficient to allow survival (as seen in evidence of the fossil record).

### Grade Eight

*Evolutionary Theory*
LS08D04 (4.) Explain that diversity of species is developed through gradual processes over many generations (e.g., fossil record).

LS08D05 — (5.) Investigate how an organism adapted to a particular environment may become extinct if the environment, as shown by the fossil record, changes.

**Benchmark B:** Explain the importance of reproducibility and reduction of bias in scientific methods.

### Grade Eight

*Ethical Practices*
SW08B02 (2.) Explain why it is important to examine data objectively and not let bias affect observations.

**Benchmark B:** Analyze and interpret data from scientific investigations using appropriate mathematical skills in order to draw valid conclusions.

### Grade Eight

*Doing Scientific Inquiry* SI08B03 (3.) Read, construct and interpret data in various forms produced by self and others in both written and oral form (e.g., tables, charts, maps, graphs, diagrams and symbols).

**Benchmark A:** Give examples of how technological advances, influenced by scientific knowledge, affect the quality of life.

### Grade Eight

*Understanding Technology* (1.) Examine how science and technology have advanced through the contributions of many different people,

APRIL 3rd - 7th / 2006

Teacher **MR FRESHWATER**

# LESSON PLANS

| GRADE / SUBJECT | GRADE / SUBJECT | GRADE / SUBJECT | GRADE / SUBJECT |
|---|---|---|---|
| WORKSHEET - CIRCLE READING WORKSHEET<br>REVIEW PAGES - 106-111<br>- "SPECIFIED COMPLEXITY"<br>- "IRREDUCIBLE COMPLEXITY"<br>- CHECK - VOC WORKSHEET TODAY | SHORT CYCLE ASSESSMENT | LS 08 B 02+03<br>LS 08 D 04+05<br>SW 08 B 02 | |
| - READ PAGES - 112-114<br>- WORKSHEET - CHARLES DARWIN<br>- IF TIME - VCR - TAPE | DARWIN LIFE - DISCUSS - CHARLES DARWIN - GALOPOGOS ISLAND | SHORT CYCLE ASSESSMENT -<br>SHORT CYCLE ASSESSMENT<br>LS 08 B 02+03 - NATURAL SELECTION + ADAPTATION (VARIATION IN STRUCTURE)<br>LS 08 D 04 + 05 - ADAPT TO PARTICULAR ENVIRONMENT - ADAPT<br>SW 08 B 02 - DIVERSITY OF SPECIES<br>SI 08 B 03 - EXAMINE DATA OBJECTIVELY - BIAS EFFECT UNUSUAL<br>ST 08 A 03 - HISTORY + CULTURE + TECHNOLOGY AFFECTS PEOPLE | |
| READ PAGES - 114-118<br>- SECTION REVIEW PAGE - 117<br>READ PAGES - 118-119<br>- PEPPER MOTH - WORKSHEET<br>- POWER POINT<br>- VCR - TAPE<br>TELL CLASS - QUIZ - FRIDAY<br>- STUDY GUIDE - PASS OUT | SHORT CYCLE ASSESSMENT | LS 08 B 02+03<br>LS 08 D 04+05<br>SW 08 B 02<br>SI 08 B 03<br>ST 08 A 03 | |
| READ PAGES - 120-121<br>SECTION REVIEW | SHORT CYCLE ASSESSMENT | LS 08 B 02+03<br>LS 08 D 04+05<br>SW 08 B 02 | |
| POWER POINT - CHAPTER #5<br>REVIEW CHAPTER #5<br>QUIZ - CHAPTER #5 (20 POINTS) | | LS 08 B 02+03<br>LS 08 D 04+05<br>SW 08 B 02<br>SI 08 B 03<br>ST 08 A 03 | |



# Charles Darwin - Origin Theory

### Charles Darwin - Immediate Family
Charles Darwin (1809-1882) was born in Shrewsbury, England. He was the 5th of six children born to Robert Darwin (1766-1848) and Susannah Wedgwood-Darwin (1765-1817). Susannah died when Charles was only eight years old. Charles was the grandson of two very prominent men of the time, Erasmus Darwin (1731-1802) and Josiah Wedgwood (1730-1795). Although Erasmus died several years before Charles was born, it is thought that his works on evolution such as his two volume set, *Zoonomia* and *The Laws of Organic Life* (1794-1796), or his posthumous poem, *Temple of Nature* (1802), may have inspired Charles in the development of his evolutionary thought. In his poem, Erasmus wrote: "Organic life beneath the shoreless waves was born and nurs'd in ocean's pearly caves; First forms minute, unseen by spheric glass, move on the mud, or pierce the watery mass; these, as successive generations bloom, new powers acquire and larger limbs assume; whence countless groups of vegetation spring, and breathing realms of fin and feet and wing."

### Charles Darwin - Education
Charles Darwin entered Shrewsbury School as a boarding student in 1822. He left three years later, at the age of 16, called by his father to study medicine with his elder brother, Erasmus, at Edinburgh University. Repelled by the horror of early 19th century surgery, Charles dropped out of Edinburgh University. By 1824, he enrolled at Cambridge University in preparation of becoming an ecclesiastic in the Church of England. Charles earned his Bachelor's Degree in Theology in 1831. While at Cambridge, Charles Darwin met J.S. Henslow (1796-1861), through whom Darwin was given the opportunity to sail on the *HMS Beagle* under Captain Robert Fitzroy in 1831.

### Charles Darwin - Voyage Aboard the *HMS Beagle*
Charles Darwin sailed with the *HMS Beagle* for five years, most of which he spent seasick. His voyage took him to the Coasts of South America, where it is thought he contracted Chagas' Disease. Darwin was inflicted with intestinal illness and chronic fatigue until his death in 1882. During his travels aboard the *HMS Beagle*, Darwin observed variation within kinds of animals. Specifically, his observations of various beak sizes of the Galapagos Finches (birds native to the Galapagos Islands) inspired the development of Darwin's Theory of Origins.

### Charles Darwin - *Origin of Species*
Charles Darwin returned to England in 1836. In 1839, he was elected a Fellow of the Royal Society and, five days later, married to his cousin Emma Wedgwood, who bore him 10 children. In 1842, Darwin began drafting *On the Origin of Species by Means of Natural Selection, or the Preservation of Favoured Races in the Struggle for Life* (often referred to simply as *Origin of Species*). Darwin's work was heavily influenced by Charles Lyell's *Principles of Geology* (1830) and Thomas Malthus' *An Essay on the Principle of Population* (1798). *Origin of Species* was ultimately published in 1859.

### Charles Darwin - Natural Selection and the Fossil Record
Charles Darwin, in his *Origin of Species*, proposed "Natural Selection" to be the mechanism by which an original simple-celled organism could

have evolved gradually into all species observed today, both plant and animal. Darwin defines evolution as "descent with modification." However, Natural Selection is known to be a conservative process, not a means of development of complexity from simplicity. Later, with <u>increased understanding of genetics</u>, it was thought perhaps Natural Selection in conjunction with genetic mutation allowed for the development of all species from a common ancestor. However, this is theoretical and controversial, since a beneficial mutation has yet to be observed. In fact, scientists have only observed harmful, "downward" mutations thus far. Therefore, such a theory contradicts empirical evidence. Furthermore, as Darwin put it, "Lastly, looking not to any one time, but to all time, if my theory be true, numberless intermediate varieties, linking closely together all the species of the same group, must assuredly have existed. But, as by this theory, innumerable transitional forms must have existed, why do we not find them embedded in countless numbers in the crust of the earth?" (*Origin of Species*). Since Darwin put forth his theory, scientists have sought fossil evidence indicating past organic transitions. Nearly 150 years later, there has been absolutely <u>no evidence of transition</u> found thus far in the fossil record.

**Charles Darwin - <u>Dig More Now!</u>**



# Darwin's Theory of Evolution - The Premise and Problem

**Darwin's Theory of Evolution: The Premise**
Darwin's Theory of Evolution states that organic life sprung from non-organic matter exclusively through a natural mechanistic process on a pre-biotic earth. That original life form then evolved into more complex life forms through a natural process of random mutations and natural selection. In a nutshell, the basic premise is that matter acting on matter for a sufficient period of time can create anything, whether organic or non-organic.

**Darwin's Theory of Evolution: The Problems**
Darwin's Theory of Evolution is still widely accepted by the general public as scientific fact, especially in the popular media and the public schools. On its face, the "survival of the fittest" model is simple and self-evident. In fact, no legitimate scholars doubt that Darwin's theory of natural selection accounts for most of the changes within a species (a testable process known as "micro-evolution").

However, beyond "micro-evolutionary" changes within a species, Darwin's theory of evolution absolutely breaks down. With our recent findings in biochemistry, genetics and paleontology, not even staunch neo-Darwinists are adhering to a traditional Darwinian model that shows all living organisms on earth today coming from a single life form which itself came from inanimate matter. The "irreducibly complex" world of biochemistry, the digital code inherent in the organic genome, and the fossil record itself have knocked Darwin's basic theory on its heels.

**Segment One: The Fossil Record** In this segment we will look at the dramatic evidence (or lack thereof) in the fossil record. Of course, if Darwin's theory of "macro-evolution" were true, we would see a vast number of fossils at intermediate stages of biological development. In fact, based on standard mathematical models, we would see far more transitional forms in the fossil record than complete specimens. We see none!

Our museums now contain over 250,000,000 fossil specimens (40 million alone are contained in the Smithsonian Natural History Museum). If Darwin's theory were true, we should see at least tens of thousands of unquestionable transitional forms. We see none. Even Stephen Jay Gould, a leading spokesman for evolutionary theory today, confesses "the extreme rarity of transitional forms in the fossil record persists as the trade secret of paleontology." (*Natural History* 86 (1977), pg. 14.) Even the popular press is catching on, "The missing link between man and apes, whose absence has comforted religious fundamentalists since the days of Darwin, is merely the most glamorous of a whole hierarchy of phantom creatures ... The more scientists have searched for the transitional forms that lie between species, the more they have been frustrated." ("Is Man a Subtle Accident," *Newsweek* (November 3, 1980.)

Even Darwin himself knew that the fossil record did not yet support his theory. However, he believed that future years of paleontology would help support his claims. Well, they haven't. In fact, the fossil record has been an embarrassment to Darwinian evolutionists. It's just that the adherents to the theory have yet to share this reality with the general public, especially our school kids.



PLAINTIFF'S EXHIBIT #20 Freshwater

Date: Friday May 26, 2006
To: Mr. Maley and Dr. Weston
Fr: Chuck Adkins and Dick Cunningham
Subj: John Freshwater

On Friday May 5, 2006 the Superintendent of the Mt. Vernon School District met with me and requested that I, in collaboration with Dick Cunningham, review an instructional handout that was used by John Freshwater in his eighth grade science classroom and was the subject of a public complaint.

On Tuesday May 16, 2006 Dick Cunningham and I had the opportunity to meet in regards to our charge of reviewing the handout titled "Darwin's Theory of Evolution – The Premise and Problem." This resource was used by eighth grade science teacher John Freshwater in his life science unit on natural selection. Prior to our meeting Mr. Cunningham and I read the article, investigated the possible sources of the handout and examined the associated media related to the topic. The handout, as well as the "original" source of the material, has not passed the test of scientific peer review and acceptance by the scientific establishment. Neither Dick nor I have been able to attribute this handout to a particular author, however, it appears in part or in it's entirety in several Intelligent Design Websites. The handout is inflammatory in its tone. Written with a very clear bias, yet that bias is not supported with either citations or data within the text.

On Thursday May 25, 2006 Dr. Lynda Weston, Deb McDaniel, Dick Cunningham, John Freshwater and I convened at Mt. Vernon Middles School. After a review of the complaint, Mr. Freshwater was asked to provide background information regarding how that handout aligned with the Ohio Content Standards, benchmarks and indicators. His explanation does not match the direction or the tone of the article. Dick and I are in agreement that the aforementioned handout is inappropriate as an instructional resource for the grade level content benchmarks and indicators.

*Letter to Superintendent in response to 4.4.06 complaint.*

*[handwritten note, partially legible] from written warning dated 5-21-05 HS Science Dept Chair - note: Mr. Cunningham and Chuck Adkins have asked to research & respond to the complaint*

D000373

PLAINTIFF'S EXHIBIT #21 Freshwater



**Board of Education**
Dr. Margie Bennett
Mr. Steven Hughes
Mr. Sam Laudeman
Mrs. Kathy Sherman
Mr. Ian Watson

**MOUNT VERNON CITY SCHOOLS**
300 Newark Road
Mount Vernon, Ohio 43050-4510

Phone (740) 397-7422
FAX (740) 393-5949

**District Leadership**
Mr. R. Jeff Maley, Superintendent
Mrs. Nancy Sinclair, Treasurer
Dr. Al Haschak, Director of Business
Mr. Stephen Short
Director of Student Services
Dr. Lynda Weston
Director of Teaching and Learning

June 8, 2006

Mr. John Freshwater
Mount Vernon Middle School

Dear Mr. Freshwater:

On April 5, the Board of Education received a complaint from a parent questioning the supporting material you handed out in class entitled, "Darwin's Theory of Evolution-The Premise and the Problem". The parent questioned the validity of the aforementioned material for a science classroom.

You and I met with Mrs. McDaniel and I asked that you provide the source of material used since the source of information was unavailable on the hand out. I also asked that you provide the standards supported by the material. I informed you that I would ask the science achievement coach at the Middle School and the science department head at the High School to review the material and help make the determination of acceptability in a science classroom.

After your search for the source, you informed Mrs. McDaniel that you were unable to find the source of the material, assuming the web site had been abandoned. You did provide the Ohio Teaching Standards as requested.

On May 25, you met with the with the department heads, the complaint was reviewed, and you had the opportunity to discuss the applicable Ohio Teaching Standards.

After review, I have determined the material in question cannot be attributed to a particular author or source. The material has not passed the test of scientific review and acceptance of the established scientific community. I am directing you to delete the material from your supplemental resources. Also, in the future please refrain from using materials that the source or author cannot be readily identified.

Respectfully,

R. Jeff Maley
Superintendent of Schools

Teacher Signature

RJM:ts

Cc: Personnel File

The Mission of the Mount Vernon City School District is to provide, in cooperation with the larger community, a quality education for all students by upholding a standard of excellence in curriculum, staff, facilities, achievement and conduct, and to graduate individuals empowered to be self-motivated, lifelong learners and responsible citizens.
November 19, 1992.

D000374

PLAINTIFF'S EXHIBIT #22 Freshwater

# SURVIVAL OF THE FAKEST

Science now knows that many of the pillars of Darwinian theory are either false or misleading. Yet biology texts continue to present them as factual evidence of evolution. What does this imply about their scientific standards?

-- Jonathan Wells

If you had asked me during my years studying science at Berkeley whether or not I believed what I read in my science textbooks, I would have responded much as any of my fellow students: puzzled that such a question would be asked in the first place. One might find tiny errors, of course, typos and misprints. And science is always discovering new things. But I believed – took it as a given – that my science textbooks represented the best scientific knowledge available at that time.

It was only when I was finishing my Ph.D. in cell and development biology, however, that I noticed what at first I took to be a strange anomaly. The textbook I was using prominently featured drawings of vertebrate embryos – fish, chickens, humans, etc. – where similarities were presented as evidence for descent from a common ancestor. Indeed, the drawings did appear very similar. But I'd been studying embryos for some time, looking at them under a microscope. And I knew that the drawings were just plain wrong.

I re-checked all my other textbooks. They all had similar drawings, and they were all obviously wrong. Not only did they distort the embryos they pictured; they omitted earlier stages in which the embryos look very different from one another.

Like most other science students, like most scientists themselves, I let it pass. It didn't immediately affect my work, and I assumed that while the texts had somehow gotten this particular issue wrong, it was the exception to the rule. In 1997, however, my interest in the embryo drawings was revived when British embryologist Michael Richardson and his colleagues published the result of their study comparing the textbook drawings with actual embryos. As

Richardson himself was quoted in the prestigious journal *Science*: "It looks like it's turning out to be one of the most famous fakes in biology."

Worse, this was no recent fraud. Nor was its discovery recent. The embryo drawings that appear in most every high school and college textbook are either reproductions of, or based on, a famous series of drawings by the 19th century German biologist and fervent Darwinian, Ernst Haeckel, and they have been known to scholars of Darwin and evolutionary theory to be forgeries for over a hundred years. But none of them, apparently, have seen fit to correct this almost ubiquitous misinformation.

Still thinking this an exceptional circumstance, I became curious to see if I could find other mistakes in the standard biology texts dealing with evolution. My search revealed a startling fact however: Far from being exceptions, such blatant misrepresentations are more often the rule. In my recent book I call them "Icons of Evolution," because so many of them are represented by classic oft-repeated illustrations which, like the Haeckel drawings, have served their pedagogical purpose only too well – fixing basic misinformation about evolutionary theory in the public's mind.

We all remember them from biology class: the experiment that created the "building blocks of life" in a tube; the evolutionary "tree," rooted in the primordial slime and branching out into animal and plant life. Then there were the similar bone structures of, say, a bird's wing and a man's hand, the peppered moths, and Darwin's finches. And, of course, the Haeckel embryos.

As it happens, all of these examples, as well as many others purportedly standing as evidence of evolution,

Article originally appeared in *The American Spectator* - December 2000 / January 2001

BOARD - EXHIBIT 24

D000505

turn out to be incorrect. Not just slightly off. Not just slightly mistaken. On the subject of Darwinian evolution, the texts contained massive distortions and even some faked evidence. Nor are we only talking about high-school textbooks that some might excuse (but shouldn't) for adhering to a lower standard. Also guilty are some of the most prestigious and widely used college texts, such as Douglas Futuyma's *Evolutionary Biology*, and the latest edition of the graduate-level textbook *Molecular Biology of the Cell*, co-authored by the president of the National Academy of Sciences, Bruce Alberts. In fact, when the false "evidence" is taken away, the case for Darwinian evolution, in the textbooks at least, is so thin it's almost invisible.

## Life in a Bottle

Anyone old enough in 1953 to understand the import of the news remembers how shocking, and to many, exhilarating, it was. Scientists Stanley Miller and Harold Urey had succeeded in creating "the building blocks" of life in a flask. Mimicking what were believed to be the natural conditions of the early Earth's atmosphere, and then sending an electric spark through it, Miller and Urey had formed simple amino acids. As amino acids are the "building blocks" of life, it was thought just a matter of time before scientists could themselves create living organisms.

At the time, it appeared a dramatic confirmation of evolutionary theory. Life wasn't a "miracle." No outside agency or divine intelligence was necessary. Put the right gasses together, add electricity, and life is bound to happen. It's a common event. Carl Sagan could thus confidently predict on PBS that the planets orbiting those "billlllions and billlllions" of stars out there must be just teeming with life.

There were problems, however. Scientists were never able to get beyond the simplest amino acids in their simulated primordial environment, and the creation of proteins began to seem not a small step or couple of steps, but a great, perhaps impassable, divide.

The telling blow to the Miller-Urey experiment, however, came in the 1970's, when scientists began to conclude that the Earth's early atmosphere was nothing like the mixture of gasses used by Miller and Urey. Instead of being what scientists call a "reducing," or hydrogen-rich environment, the Earth's early atmosphere probably consisted of gasses released by volcanoes. Today there is a near consensus among geochemists on this point. But put those volcanic gasses in the Miller-Urey apparatus, and the experiment doesn't work – in other words, no "building blocks" of life.

What do textbooks do with this inconvenient fact? By and large, they ignore it and continue to use the Miller-



*Figure 17.13*
The "life-in-a-test-tube" experiment of Miller and Urey remains the cornerstone of the theories of the origin of life.

Today, there is near concensus among geochemists that the Earth's early atmosphere consisted of volcanic gases. Put those gases in the Miller-Urey apparatus and the experiment doesn't work. (From Biology: The Dynamics of Life, McGraw-Hill.)

Urey experiment to convince students that scientists have demonstrated an important first step in the origin of life. This includes the above-mentioned *Molecular Biology of the Cell*, co-authored by the National Academy of Sciences president, Bruce Alberts. Most textbooks also go on to tell students that origin-of-life researchers have found a wealth of other evidence to explain how life originated spontaneously – but they don't tell students that the researchers themselves now acknowledge that the explanation still eludes them.

## Faked Embryos

Darwin thought "by far the strongest single class

Article originally appeared in *The American Spectator - December 2000 / January 2001*

D000506

of facts in favor of" his theory came from embryology. Darwin was not an embryologist, however, so he relied on the work of German biologist Ernst Haeckel, who produced drawings of embryos from various classes of vertebrates to show that they are virtually identical in their earliest stages, and become noticeably different only as they develop. It was this pattern that Darwin found so convincing.

This may be the most egregious of distortions, since biologists have known for over a century that vertebrate embryos never look as similar as Haeckel drew them. In some cases, Haeckel used the same woodcut to print embryos that were supposedly from different classes. In others, he doctored his drawings to make the embryos appear more alike than they really were. Haeckel's contemporaries repeatedly criticized him for these misrepresentations, and charges of fraud abounded in his lifetime. In 1997, British embryologist Michael Richardson and an international team of experts compared Haeckel's drawings with photographs of actual vertebrate embryos, demonstrating conclusively that the drawings misrepresent the truth.

The drawings are misleading in another way. Darwin based his inference of common ancestry on the belief that the earliest stages of embryo development are the most similar. Haeckel's drawings, however, entirely omit the earliest stages, which are much different, and start at a more similar midway point. Embryologist William Ballard wrote in 1976 that it is "only by semantic tricks and subjective selection of evidence," by "bending the facts of nature," that one can argue that the early stages of vertebrates "are more alike than their adults."

Yet some version of Haeckel's drawings can be found in most current biology textbooks. Stephen Jay Gould, one of evolutionary theory's most vocal proponents, recently wrote that we should be "astonished and ashamed by the century of mindless recycling that has led to the persistence of these drawings in a large number, if not a majority, of modern textbooks." (I will return below to the question of why it is only now that Mr. Gould, who has known of these forgeries for decades, has decided to bring them to widespread attention.)

## Darwin's Tree of Life

Darwin wrote in *The Origin of Species*: "I view all beings not as special creations, but as the lineal descendants of some few beings" that lived



*Haeckel's faked embryos, presented as evidence of evolution in Molecular Biology of the Cell, 3rd Edition, by Bruce Alberts, president of the National Academy of Sciences, et al. (Garland Publishing)*



*Darwin's branching "Tree of Life" has been seriously undermined by the fossil record and modern molecular biology. (From Biology, by Miller and Levine, published by Prentice Hall.)*

Article originally appeared in *The American Spectator - December 2000 / January 2001*