UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE, et al.,

       Plaintiffs,                           Case No. 2:08-cv-575
                                                JUDGE GREGORY L. FROST
    v.                                         Magistrate Judge Norah McCann King

MOUNT VERNON CITY SCHOOL
DISTRICT BOARD OF EDUCATION, et al.,

       Defendants.

## ORDER

     This matter came on for consideration of Defendant John Freshwater's motions for extension of time to file a response in opposition to Plaintiffs' motion for partial summary judgment. (Docs. # 62, 63.) For good cause shown, the Court **GRANTS** those motions and reschedules the briefing as follows:

     1. The memoranda in opposition to Plaintiff's motion for partial summary judgment are due on December 31, 2009.

     2. The reply briefs, if any, are due on January 14, 2010.

     3. The non-oral hearing is scheduled for January 19, 2010.

     **IT IS SO ORDERED**.

                                                                       s/ Gregory L. Frost
                                                                  **GREGORY L. FROST**
                                                                  **UNITED STATES DISTRICT JUDGE**