Page 4597

1  A. No.
2  Q. It says under personal characteristics that you're fair,
3  flexible, and patient with your students. Was that just on
4  that particular day or is that in general?
5  A. In general.
6  Q. There in the growth and improvement areas, it says,
7  "Continue to become familiar with the contents of our new
8  science program to be implemented next school year."
9     Now, that was written on March 26th, 2003. And when did
10 the academic content standards actually become required?
11 A. Fall of 2004.
12 Q. Okay. So when this was written, what science standards
13 or science program is this making reference to? Do you know?
14 A. To the new standards coming up in the fall of 2004.
15    MR. HAMILTON: I'm getting ready to go to another
16 subject. It is about the lunch hour. I want to get done
17 with this, but I'm having some discomfort.
18    HEARING OFFICER: I understand.
19    MR. HAMILTON: If we can take the lunch real quick
20 and --
21    HEARING OFFICER: We will break now and return at
22 1:30.
23         (A recess was taken from 12:23 p.m. to
24          1:35 p.m.)
25    HEARING OFFICER: Back on the record.

Page 4598

1  BY MR. HAMILTON:
2  Q. John, you learned about some other allegations as you
3  went through your testimony and some of the other people's
4  testimony. I'm going to ask you about those now.
5     Specifically, did you ever make the shape of a cross on
6  anybody's arm?
7  A. No.
8  Q. Did you ever hold anybody's arm down?
9  A. No.
10 Q. Did you ever tell anybody you were going to make
11 temporary tattoos on them with the Tesla coil?
12 A. No.
13 Q. Did you ever tell anybody that you were going to make
14 crosses onto their arms and that they would be there for a
15 while?
16 A. No.
17 Q. Did you ever show the video the *Watchmaker* during a
18 science class?
19 A. No.
20 Q. Explain to me what you know about this video the
21 *Watchmaker*.
22 A. Mrs. Mahan e-mailed it to me. We watched it -- Jordan
23 myself and Mrs. Mahan watched it before school on my
24 computer. Jordan showed it for FCA. I watched part of it
25 then. And I just watched it in here. So I saw it two and a

Page 4599

1  half times.
2  Q. Did you ever refer to a higher being in class?
3  A. No.
4  Q. Did you ever talk about the resurrection of Jesus Christ
5  during class?
6  A. No.
7  Q. Did you ever ask anybody what Easter was during a
8  science class?
9  A. No.
10 Q. Did you ever state that during the study of magnetism
11 that opposites attract and that it should be that way with
12 humans?
13 A. No.
14 Q. Did you ever show any movies in FCA called *Obsession*,
15 *Invisible Children*, or otherwise?
16 A. No.
17 Q. Did you ever pick any movies like *Obsession*, *Invisible
18 Children*, or *Watchmaker* for FCA?
19 A. No.
20 Q. Did you ever lead any prayers at school?
21 A. No.
22 Q. Did you ever ask any specific students other than your
23 daughter to lead prayers at FCA?
24 A. No.
25 Q. Did you ever participate in any prayers at FCA?

Page 4600

1  A. No.
2  Q. Did you ever tell the FCA students that they shouldn't
3  go to the movie *The Golden Compass*?
4  A. No.
5  Q. Who did you receive the FCA handbook from?
6  A. Mr. Short.
7  Q. Are you aware of an allegation by Zach Dennis that you
8  directed him to go to the Web site called "Answers in
9  Genesis"?
10 A. Am I aware of that allegation?
11 Q. Yes, are you aware of the allegation.
12 A. Yes.
13 Q. Did you tell Zach Dennis to go to a Web site called
14 "Answers in Genesis"?
15 A. No.
16 Q. Now, there was some discussion -- and we're going to
17 talk more about that here in a second, but there's been an
18 allegation that you said that man and dinosaur walked the
19 Earth together.
20    My question is, do you scientifically believe that man
21 and dinosaur walked the Earth together?
22 A. No.
23 Q. When did dinosaurs go extinct in the fossil record?
24 A. Scientifically, they went extinct 16 million years ago.
25 Q. And when did man appear in the scientific fossil record?