1    BY MR. HAMILTON:

2    Q.   John, you learned about some other allegations as you

3    went through your testimony and some of the other people's

4    testimony.  I'm going to ask you about those now.

5         Specifically, did you ever make the shape of a cross on

6    anybody's arm?

7    A.   No.

8    Q.   Did you ever hold anybody's arm down?

9    A.   No.

10   Q.   Did you ever tell anybody you were going to make

11   temporary tattoos on them with the Tesla coil?

12   A.   No.

13   Q.   Did you ever tell anybody that you were going to make

14   crosses onto their arms and that they would be there for a

15   while?

16   A.   No.

17   Q.   Did you ever show the video the *Watchmaker* during a

18   science class?

19   A.   No.

20   Q.   Explain to me what you know about this video the

21   *Watchmaker*.

22   A.   Mrs. Mahan e-mailed it to me.  We watched it -- Jordan

23   myself and Mrs. Mahan watched it before school on my

24   computer.  Jordan showed it for FCA.  I watched part of it

25   then.  And I just watched it in here.  So I saw it two and a