Page 4191

1 going to be reinterviewed?
2 A. Yes.
3 Q. Did you have an understanding that that's the way the
4 process worked?
5 A. Yes.
6 Q. And we're going to take a look at the transcript from
7 that particular interview that occurred with you and the
8 investigators on May 15th, 2008. Correct?
9 A. Correct.
10 Q. And would you agree that there's at least more than one
11 time in that interview that the investigators indicated they
12 wanted to talk to you again?
13 A. Yes, there was.
14 Q. Now, since this time -- I want to get this addressed.
15 Since these charges have been levied against you by this
16 particular board, have you tried to find other teaching jobs?
17 A. Yes, I have.
18 Q. About how many?
19 A. 40, 50.
20 Q. Okay. And of those -- are those limited just to
21 teaching jobs or have you also tried to find other work in
22 the school system?
23 A. I've tried to find other work in the school system.
24 Q. What other work?
25 A. I went through the process of trying to be a bus driver.

Page 4192

1 Q. Did you actually train to be a bus driver?
2 A. Yes, I did. Spent a lot of time and money on it.
3 Q. And it looked like you had a job lined up with one
4 particular district. Right?
5 A. Yes. I believed I was going to have one in the county
6 here.
7 Q. Okay. And you eventually didn't get that job. Right?
8 A. No, I did not.
9 Q. Do you have an understanding as to why you didn't get
10 the job?
11 A. I was told once the school board had to make a
12 decision. When my name came before the school board, that
13 that school board said no.
14 Q. Now you're trying to get jobs with school systems.
15 Correct?
16 A. Yes.
17 Q. Is that so you can stay in the retirement system?
18 A. Yes.
19 Q. Because how far are you out from retirement?
20 A. Four or five years.
21 Q. Okay. And that was four or five years when this all
22 began. Right?
23 A. I'm not sure what you mean.
24 Q. Are you a little closer to retirement now than what you
25 were when this all began?

Page 4193

1 A. Yes, I'm closer to it. Yeah.
2 Q. All right. You've currently been suspended without
3 pay. Correct?
4 A. Yes.
5 Q. You found that particular notion repugnant a few
6 different times, and you made certain that you called me and
7 told me about it different times. Why do you find that your
8 suspension without pay is offensive?
9 A. Because the media -- one, the media has been portraying
10 me as being fired, and it's been suspended without pay.
11 I believe that I should not have been suspended without pay.
12 Q. Have you come across other teachers that have done
13 things which in your mind are worse than what you have been
14 accused of doing, but, yet, they are still being paid?
15 A. Yes. We have some very gross -- I mean, every time I
16 read in the newspaper or hear on the news, I mean, sexual
17 offenses, and even some coaches, that they were suspended
18 with pay, and it's like I was just, like, in awe.
19 Q. Now --
20 A. Principals doing wrong, drugs. And one down in
21 Bellefontaine. And I can go on. There's some situations
22 that I've been following that they bother me, yeah.
23 Q. You've actually had to file some police reports from the
24 time that these allegations came out against you.
25 A. Yes.

Page 4194

1 Q. In fact, yesterday. Tell me about those police reports.
2 A. I filed two. I never filed police reports before. I
3 filed two here in the last year and a half; one very recent,
4 one about a year ago. It was a, I felt, threat to myself and
5 the family --
6 Q. Okay.
7 A. -- came through the mail, and I had to deal with that
8 one. I've received -- and I had one just yesterday.
9 Q. Tell me more about the one about a year ago. You
10 received a letter in the mail?
11 A. Yes.
12 Q. And what kind of stuff was in it that made you feel
13 threatened?
14 A. There was enough information there to -- I'm a person
15 that I typically leave my doors open. Just come and go when
16 you want. My friends come, they go in the refrigerator and
17 help themselves. That's the type of person I am and my
18 wife. Now we have to have padlocks on the door and just lock
19 everything down because of situations like that and some
20 others that I have received e-mails and different things.
21 Q. Did you feel threatened as a result of that letter?
22 A. Yes.
23 Q. Is that why you filed a police report?
24 A. Yes.
25 Q. Let's talk about your house for a second, just because