1  your daughter out of it?  Were you saying leave your daughter
2  out of it or were the investigators?
3  A.  No, the investigator was telling me to leave my daughter
4  out of it.
5  Q.  Okay.  So the investigator was telling you to leave your
6  daughter out of your answers?
7  A.  Right.
8  Q.  Okay.  What did you think about that?
9  A.  I would have to look contextually how it's stated
10 there.  It's dealing with my -- with my daughter praying at
11 FCA.  I talked to her about praying.  She knows.  At FCA, she
12 prays.  Other students will pray.  The students know when to
13 pray.  I don't have to say to pray.  They recognize when they
14 should pray.  My daughter, she prays at FCA.
15 Q.  We already talked in large part with the situation with
16 Pastor Zirkle on March 18th, 2008, but I just want to make
17 certain.  Did you utter any kind of words about removing
18 Satan from anybody on March 18th, 2008?
19 A.  No.
20 Q.  It says there on page 3 you don't know how to do an
21 exorcism.  Is that true?
22 A.  Yeah, I don't know how to do an exorcism.
23 Q.  Do you know anything about an exorcism?
24 A.  No, I do not.
25 Q.  The investigator asked you something about saved ones or