1  this happened?  When I noticed this at midnight, or when?
2  Q.   The next morning, could you have easily gotten into the
3  doctor if you needed to?
4  A.   Yes.
5  Q.   On the investigative report, you only met one time with
6  the investigators?
7  A.   Yes.
8  Q.   And was a man and a woman there?
9  A.   Yes.
10 Q.   And you and your husband?
11 A.   Yes.
12 Q.   And your son was there part of the time or all the time?
13 A.   I'm not sure if we talked before he came in the room or
14 not.
15 Q.   Was there any demonstrations done for the investigators?
16 A.   Not that I recall.
17 Q.   You had articulated a concern.  You articulated a
18 concern to the investigators.  You were concerned about
19 Mr. Freshwater going to jail, right?
20 A.   I believe what I told them, the investigators, was my
21 concern was if I took him to a doctor, they may have a duty
22 to report that and that would be a possibility.
23 Q.   What do you understand about a doctor's duty to report?
24 A.   That they have to report anything they feel is neglect
25 or abuse.

```
 1   Q.   And you were afraid the doctor might have to report
 2   that?
 3   A.   Yes.
 4   Q.   Do you have any understanding as to whether or not a
 5   school administrator or school teacher has a duty to report?
 6   A.   No.  I don't know what the rules are.
 7   Q.   Were you more concerned about your son or were you more
 8   concerned about getting somebody in trouble?
 9   A.   When?
10   Q.   When all this happened with the Tesla coil.
11   A.   I was concerned about my son's arm.
12   Q.   When you talked to Steve Short on December 7, 2007, did
13   you give him any indication that your son's arm had been held
14   down?
15   A.   No.
16   Q.   Now, do you consider the act of holding your son's arm
17   down to be an assault or abuse?
18           MR. MANSFIELD:  Objection, Your Honor, to the
19   extent it calls for a legal conclusion.
20           THE COURT:  Overruled.
21   A.   Can you repeat the question, please.
22           (Pending question read by reporter.)
23   A.   I really haven't thought too much about that.  I didn't
24   know at the time when I went in to talk to them that had
25   it -- that his arm was laying on top of my son's arm.  I
```

1  don't know what the legal or the definition would be really
2  of abuse and neglect.
3  Q.  I'm not asking for a legal definition.  I am just asking
4  you as a parent sitting here today, thinking back to that
5  time period or at any time period in between December 6,
6  2007, to now, did you think what John Freshwater did was an
7  act of abuse or assault?
8  A.  Well, I was still speaking, and I was going to say that
9  I believe if somebody's in pain and you try to jerk away and
10 you can't that that's not right.
11 Q.  At any time has your son told you he couldn't pull his
12 arm away?
13 A.  I've never asked him.
14 Q.  Do you remember the allegations you made to the
15 investigator?
16 A.  Which allegations?
17 Q.  Just tell me what allegations you remember making during
18 your meeting with them.
19 A.  You'd like to know what allegations I said to the
20 investigators when we met with them?
21 Q.  Yes.
22 A.  We talked to the investigators about the Tesla coil, and
23 I told them that I did not think it was right for any child
24 to go to school and have something like that done to them.
25 Q.  What else?