# AFFIDAVIT

State of Ohio        )
                     ) ss
County of Franklin   )

Before me, the undersigned notary, personally appeared John David Freshwater, who having first been duly sworn, deposes and says:

1. Affiant has personal knowledge of all matters set forth in this affidavit;

2. Affiant was interviewed by two investigators hired by the Mount Vernon City School District. According to the contract between the Mount Vernon City School District and the Mount Vernon Education Association affiant understands that Article 4, *Teaching Conditions*, Section 402, *Investigation of Complaints*, states, *The person against whom the complaint is made will be given the opportunity to provide a comprehensive written response to the complaint if he/she chooses to do so.* Even though I have never been a member of any union or the Mount Vernon Education Association, for the first time in my life I now understand I am protected by the union contract.

3. I was asked so many questions by the investigators that I'm glad I can go back and provide more information. When I was asked questions by the investigators I answered the best I could. I recorded my conversation with the interviewers because my attorney told me many times words can get misinterpreted or written wrong. So I taped the interview with a recorder. I've listened to the tape many times after the interview – at least ten times. I do not like the sound of my voice and all the um's and ah's I use when I speak. Each time I listened to the interview recording I thought of more stuff I wanted to add. So I am glad I can write a statement to help explain stuff in case you investigators do not ask me certain questions when we meet again next week on Wednesday on May 28, 2008. Because it is just my nature or habit to answer questions by repeating the question, it is my understanding I am to write and speak as if I were writing a letter or giving a speech to the world to explain things. It is my understanding I am trying to speak and write so that people could not misunderstand what I am saying. I know when I speak I am thinking of a million things and sometimes what I say can be confusing so it is my understanding to think, write and speak with a goal of communicating as clearly as I can.

4. You asked how I would gauge my success. I told you the Ohio Achievement Tests were the gauge. That is true and the results will come out in like June or July. Kerri Mahan I believe will be one of the teachers on my team that will analyze the results and she can provide more info. I guess you will get a real sense of what I teach and how well I teach based upon my students scores and how well they do on those OAT's. But one of the other gauges is whether you can get a student to be a lifelong learner and be enthusiastic to learn. I think I do that by encouraging the kids to say to me after they leave the 8th grade by whenever they see me they yell – I love science Mr. Freshwater. Former students do this to me all the time. I love it when they do that because it shows I made

them excited to learn about science. My life is based upon the wonders of the world and learning about it.

5. The OAT's are based upon the academic content standards in this green book with the same name. My 8th grade standards are in this book. I keep a big laminated copy of all the standards I have to teach posted right there in my classroom. I'm always referring back to the standards. Sometimes though I teach more than the standards. Like I teach students about the periodic table and so much more to get them ready for high school. Plus I have to make sure the students understand the materials from 6th and 7th grade so the 8th grade standards apply.

6. We use about 4 textbooks. The academic content standards are not all found in the textbook. Some of the standards we have to teach can't be taught from the textbook so we have to bring in other material to teach that standard. For example in the physical science standards my standard to teach on page 210 I have to demonstrate that waves transfer energy. Nowhere in the textbook are the basics of a wave explained. The students don't even get any curriculum in 6th or 7th grade on what is a wave. So I have to explain it to them from the basics even though the basics are not in the textbook.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John Freshwater

The foregoing affidavit was sworn to and acknowledged before me this May 25, 2008, by John Freshwater, who is personally known by me or who provided satisfactory identification and who did swear to the truthfulness of the above.

_____
Notary Public

R KELLY HAMILTON, ATTORNEY AT LAW
Notary Public
In and for the State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.