1  Q.  Did you cancel a meeting that you had scheduled with
2  Mr. White and John Freshwater?
3  A.  Yes.
4  Q.  Why?
5  A.  Because I was told he would have legal representation
6  there and I did not have any.
7  Q.  Who told you that -- first of all, who would have legal
8  representation?  John Freshwater?
9  A.  John Freshwater.
10 Q.  And who told you this?
11 A.  Mr. White.
12 Q.  Okay.  Did he tell you it was union representation or
13 legal representation?
14 A.  He wasn't sure, I don't think.
15 Q.  Well, did he tell you one way or the other?
16 A.  He said there would be legal representation there.
17 Q.  So because of that, you cancelled the meeting?
18 A.  Yes.
19 Q.  Okay.  You could have brought your own attorney with
20 you, right?
21 A.  Again, it was -- the meeting's, like, tomorrow and I get
22 the phone call today.
23 Q.  So that's the only reason that you cancelled the meeting
24 with Mr. White and John Freshwater is because John may or may
25 not bring some sort of representation with him.

```
 1  A.   I felt -- if he felt that there was going to be legal
 2  representation there that I felt I should have legal
 3  representation.
 4  Q.   So Mr. White actually encouraged the meeting not to go
 5  forward?
 6  A.   No.
 7  Q.   He just told you he thought you should have legal
 8  representation there too?
 9  A.   No.
10  Q.   You just thought you should have legal representation.
11  A.   Yes.
12  Q.   You ever seen the video The Watchmaker?
13  A.   Yes, I have.
14  Q.   Where did you see it first?
15  A.   At my house.
16  Q.   Who was there?
17  A.   My wife and I.
18  Q.   How did you get a copy of it?
19  A.   It took me about five hours to find it on the Internet.
20  It was about 3:30 in the morning.
21  Q.   Are you Internet savvy or not?
22  A.   Sometimes.
23  Q.   You said you had to find it?
24  A.   They described it to me, so I just started searching.
25  We woke up the next morning before he went to school and I
```

Page 4677

1  Finding Common Ground, with that book and what I learned from
2  it and what I was taught by it and paid for by the school.
3  And confusion from what you just mentioned, the
4  confusion from Mr. White, all those dates in April, April
5  7th, the conflicting messages in what he says, what he
6  writes; what he says, what he writes, the confusion there.
7  Q. In your Employee Exhibit No. 89, it says that you're a
8  positive person. Has this situation -- are you still
9  generally a positive person?
10 A. Generally, but I would say that I have become -- how
11 would I do this? I would say that I have become more cynical
12 over the last year and a half.
13 Q. Been hard on your family?
14 A. Yes.
15 Q. Are you so disgruntled that you couldn't work with the
16 Mount Vernon city school system again?
17 A. Absolutely not.
18 Q. Make sure we understand this. Are you saying that you
19 could work with them again?
20 A. Certainly.
21 Q. You could get along with administration without any
22 problems even after all this?
23 A. I would have no problem walking in with the same
24 administration, same board, and picking up right where I left
25 off at and hold no grudge. I would do nothing different.

Page 4678

1  Pick up right where I left off at.
2  Q. Would you admit that's a little bit different -- I mean,
3  you feel that way, but do you think most people would feel
4  that way?
5  A. What do you mean by "most"?
6  Q. Most people, do you think they could come back and not
7  be a disgruntled employee?
8  A. Oh, I can't speak for other people. I just know my
9  personality.
10 Q. John, I'm asking you a question, but this is it for me.
11 And the answer goes to Mr. Shepherd, the Referee.
12     After he's looked at all the evidence, after he's
13 analyzed everything, what are you asking him to do? What do
14 you want him to do?
15 A. It's real simple. Vindicate me from this mess. Please.
16     MR. HAMILTON: We have no more questions of this
17 witness.
18     HEARING OFFICER: All right. Considering the hour
19 of day, we will close the hearing at this point in time. We
20 will resume at 9:00 a.m. on Tuesday, December 29th, and
21 continue throughout that day and the following Wednesday,
22 December 30th.
23     If we could restore the chamber to its appearance
24 before the demonstration before we leave, I would appreciate

Page 4679

1  Thank you.
2
3     (This proceeding recessed at 4:02 p.m.)
4
5              CERTIFICATE OF REPORTER
6      I, Joan C. O'Donnell, Registered Professional
7  Reporter, do hereby certify that the foregoing Volumes XXIV
8  through XXVIII, consisting of pp. 3958-4679, is a true and
9  complete transcript of the proceedings conducted on the 3rd,
10 4th, 8th, 10th and 11th days of December, 2009, before Mr. R.
11 Lee Shepherd, Referee. I further certify that I was
12 personally present throughout the said proceedings.
13      Subscribed this 27th day of December, 2009.
14
15
16                    _____
17                    Joan C. O'Donnell