Exhibit N - Administrative Hearing
Employee Exhibit 153

# AFFIDAVIT

State of Ohio      )
                   ) ss
County of Franklin )

Before me, the undersigned notary, personally appeared John David Freshwater, who having first been duly sworn, deposes and says:

1. Affiant has personal knowledge of all matters set forth in this affidavit;

2. Affiant was interviewed by two investigators hired by the Mount Vernon City School District. According to the contract between the Mount Vernon City School District and the Mount Vernon Education Association affiant understands that Article 4, *Teaching Conditions*, Section 402, *Investigation of Complaints*, states, *The person against whom the complaint is made will be given the opportunity to provide a comprehensive written response to the complaint if he/she chooses to do so.* Even though I have never been a member of any union or the Mount Vernon Education Association, for the first time in my life I now understand I am protected by the union contract.

3. I was asked so many questions by the investigators that I'm glad I can go back and provide more information. When I was asked questions by the investigators I answered the best I could. I recorded my conversation with the interviewers because my attorney told me many times words can get misinterpreted or written wrong. So I taped the interview with a recorder. I've listened to the tape many times after the interview – at least ten times. I do not like the sound of my voice and all the um's and ah's I use when I speak. Each time I listened to the interview recording I thought of more stuff I wanted to add. So I am glad I can write a statement to help explain stuff in case you investigators do not ask me certain questions when we meet again next week on Wednesday on May 28, 2008. Because it is just my nature or habit to answer questions by repeating the question, it is my understanding I am to write and speak as if I were writing a letter or giving a speech to the world to explain things. It is my understanding I am trying to speak and write so that people could not misunderstand what I am saying. I know when I speak I am thinking of a million things and sometimes what I say can be confusing so it is my understanding to think, write and speak with a goal of communicating as clearly as I can.

4. April 2 Mr. Short and Mr. White and me met and they asked me about whether I talked about Good Friday or Easter in class. I told them I was teaching about the lunar cycle. And part of the material is about how Easter is determined on the moon cycle. And this year it was fascinating because Easter was on March 23 which is really early on the calendar. I teach about how Easter is determined by the first full moon after the vernal equinox and because astronomical points are variables - this year Easter will come on a date – March 23 – which hadn't happened in nearly 100 year and won't happen again for like 150-160 years from now. So I was showing the class how rare it is to have Easter so early and how the calendar we use varies by the lunar cycle? Some student asked what

Easter was or what it was about and another student answered. Mr. Short asked how long the discussion about Easter was and I said a minute or two. Mr. Short said that was too long. I didn't have my book with me at school but I have this book called Finding Common Ground which I got when I took a class called Religion in the Classroom for my continuing ed. This book is pretty clear that a teacher can talk about religious points but the teacher just can't proselytize. I didn't answer the students question and I definitely did not try to promote religion in the classroom. I can definitely show you that book Finding Common Ground.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John Freshwater

The foregoing affidavit was sworn to and acknowledged before me this May 25, 2008, by John Freshwater, who is personally known by me or who provided satisfactory identification and who did swear to the truthfulness of the above.

_____
Notary Public

KELLY HAMILTON, ATTORNEY AT LAW
Notary Public
In and for the State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.