# AFFIDAVIT

State of Ohio        )
                     ) ss
County of Franklin   )

Before me, the undersigned notary, personally appeared John David Freshwater, who having first been duly sworn, deposes and says:

1. Affiant has personal knowledge of all matters set forth in this affidavit;

2. Affiant was interviewed by two investigators hired by the Mount Vernon City School District. According to the contract between the Mount Vernon City School District and the Mount Vernon Education Association affiant understands that Article 4, *Teaching Conditions,* Section 402, *Investigation of Complaints*, states, *The person against whom the complaint is made will be given the opportunity to provide a comprehensive written response to the complaint if he/she chooses to do so.* Even though I have never been a member of any union or the Mount Vernon Education Association, for the first time in my life I now understand I am protected by the union contract.

3. I was asked so many questions by the investigators that I'm glad I can go back and provide more information. When I was asked questions by the investigators I answered the best I could. I recorded my conversation with the interviewers because my attorney told me many times words can get misinterpreted or written wrong. So I taped the interview with a recorder. I've listened to the tape many times after the interview – at least ten times. I do not like the sound of my voice and all the um's and ah's I use when I speak. Each time I listened to the interview recording I thought of more stuff I wanted to add. So I am glad I can write a statement to help explain stuff in case you investigators do not ask me certain questions when we meet again next week on Wednesday on May 28, 2008. Because it is just my nature or habit to answer questions by repeating the question, it is my understanding I am to write and speak as if I were writing a letter or giving a speech to the world to explain things. It is my understanding I am trying to speak and write so that people could not misunderstand what I am saying. I know when I speak I am thinking of a million things and sometimes what I say can be confusing so it is my understanding to think, write and speak with a goal of communicating as clearly as I can.

4. You asked me about the establishment clause and school policies. I don't remember every receiving any training on the school's policies. In 2003 Mr. Kuntz gave me the school's policy on religion in the classroom. He gave it to me with my evaluation. When Mr. Kuntz gave that to me we talked about it for about 5 minutes. I understood what he told me and that was it. As far as I know I just have to teach objectively.

5. In 2004 I wanted to get more information about constitutional stuff so on my own, the school didn't make me go I went because I wanted to – I went to a class called Religion in the Classroom. It was over at the Mount Vernon Nazarene University. There was a

book they gave out as part of the class. I have looked at that book a lot between April 7 when Mr. White gave me his letter that day and April 11 when I spoke to Mr. White in the copy room. I studied parts of the book and have been doing things correctly. The book is called Finding Common Ground and you can look at it and make a copy.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John Freshwater

The foregoing affidavit was sworn to and acknowledged before me this May 25, 2008, by John Freshwater, who is personally known by me or who provided satisfactory identification and who did swear to the truthfulness of the above.

_____
Notary Public

R. KELLY HAMILTON, ATTORNEY AT LAW
Notary Public
in and for the State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.