Exhibit T - Administrative Hearing
Employee Exhibit 159

## AFFIDAVIT

State of Ohio )
) ss
County of Franklin )

Before me, the undersigned notary, personally appeared John David Freshwater, who having first been duly sworn, deposes and says:

1. Affiant has personal knowledge of all matters set forth in this affidavit;

2. Affiant was interviewed by two investigators hired by the Mount Vernon City School District. According to the contract between the Mount Vernon City School District and the Mount Vernon Education Association affiant understands that Article 4, *Teaching Conditions,* Section 402, *Investigation of Complaints*, states, *The person against whom the complaint is made will be given the opportunity to provide a comprehensive written response to the complaint if he/she chooses to do so.* Even though I have never been a member of any union or the Mount Vernon Education Association, for the first time in my life I now understand I am protected by the union contract.

3. I was asked so many questions by the investigators that I'm glad I can go back and provide more information. When I was asked questions by the investigators I answered the best I could. I recorded my conversation with the interviewers because my attorney told me many times words can get misinterpreted or written wrong. So I taped the interview with a recorder. I've listened to the tape many times after the interview – at least ten times. I do not like the sound of my voice and all the um's and ah's I use when I speak. Each time I listened to the interview recording I thought of more stuff I wanted to add. So I am glad I can write a statement to help explain stuff in case you investigators do not ask me certain questions when we meet again next week on Wednesday on May 28, 2008. Because it is just my nature or habit to answer questions by repeating the question, it is my understanding I am to write and speak as if I were writing a letter or giving a speech to the world to explain things. It is my understanding I am trying to speak and write so that people could not misunderstand what I am saying. I know when I speak I am thinking of a million things and sometimes what I say can be confusing so it is my understanding to think, write and speak with a goal of communicating as clearly as I can.

4. You asked me about witnesses. Here is a list of people who might have information.

   My students. All the teachers on my team – Kerri Mayhan, Tammy Henry, Barb Spitzer, Brian Cook. Jeff George. Bill Oxenford. Dino Deotorre. Mr. Kuntz. Mr. Keib. Mrs. McDaniels. Andrew Thompson. Wes Ellifritz. Sarah Malone. Steve Farmer. Ruth Frady. Dave Daubenmire. Jeff Cline. Pastor Zirkle and other FCA speakers. My daughter Jordan Freshwater. Mr. Short. Mr. Maley. Mr. White

   FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
John Freshwater

The foregoing affidavit was sworn to and acknowledged before me this May 25, 2008, by John Freshwater, who is personally known by me or who provided satisfactory identification and who did swear to the truthfulness of the above.

*[signature]*
Notary Public

*[Notary Seal - State of Ohio]*

R. KELLY HAMILTON, ATTORNEY AT LAW
Notary Public
in and for the State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.