Page 4404

1  A. Yes, I did, Easter plus Good Friday.
2  Q. But above that in the paragraph we just referenced that
3  was bracketed, you have some words underlined. Correct?
4  A. Yes, I do. Do you want me to read those?
5  Q. No. You made some other notes on page 85. Decipher
6  those notes for us.
7  A. On the left at the top there, I have said "which we do."
8  Q. What does that allow?
9  A. Let me read the sentence. "The Equal Access Act passed
10 by Congress in 1984 ensures that students in secondary public
11 schools may form religious clubs, including Bible clubs, if
12 the school allows other 'noncurriculum-related groups.'"
13     And we have other clubs at the middle school, such as
14 ski club, power of the pen, science club. There was a Korean
15 club.
16 Q. Now, I'm looking down further on page 85. And both in
17 the left and the right margins, you have some other notes.
18 Decipher, please.
19 A. On the left side, it says, FCA Bibles for storage. Look
20 at page 86.
21     On the right side, it says, FCA bulletin board in my
22 classroom.
23 Q. Now, what are you talking? About FCA Bibles for
24 storage, what's that about?
25 A. My classroom was the -- 17 years ago when -- then it was

Page 4405

1  called Cross Club -- my room was designated the FCA room.
2  Mr. Kuntz one day said he was going to send some students
3  up. He sent some students up that day.
4  Q. Do you remember who those students were?
5  A. Yeah. Emily Rhoten and Brandenburg.
6  Q. So they came up. And what's your understanding? Were
7  you allowed to store stuff from FCA in your room or were you
8  ever told not to?
9  A. I was never told not to.
10 Q. You say there in the right-hand margin, it says, FCA
11 bulletin board in my classroom. Did the FCA put stuff up on
12 your bulletin boards?
13 A. Yes.
14 Q. Did they have to ask you?
15 A. No.
16 Q. Did they just put stuff up?
17 A. Yes.
18 Q. Now, on page 86, I can decipher that when it says FCA
19 Bibles. Why is that there?
20 A. "Students have a right to distribute religious
21 literature to their schoolmates on the same terms as they are
22 permitted to distribute other literature that is unrelated to
23 school curriculum or activities." That means FCA Bibles.
24 Q. Now, I'm looking at -- I understand you had a meeting --
25 or did you have -- you mentioned -- you said you had a

Page 4406

1  meeting with Bill White. And where did that take place at on
2  April 11th, 2008?
3  A. April 11th? Okay. So we're on April 11th. That
4  meeting took place in the copy room.
5  Q. Did you go down there looking for Mr. White at that time
6  or were you down there taking care of something else?
7  A. I was down through there many times, three or four days,
8  looking for him. And in that situation, I was down copying
9  some material.
10 Q. And did you have an encounter with Mr. White at that
11 time?
12 A. Yes, I did.
13 Q. Now, as I'm looking at the note on page 82 that says,
14 Important, show this to Bill White, did you ever get a chance
15 to show the materials from your book to Mr. White?
16 A. No.
17 Q. And did you have this book with you on April 11th when
18 you were in the copy room?
19 A. No.
20 Q. So talk to me about what took place there in the copy
21 room on April 11th.
22 A. We met. And I wanted clarity, so I thought this is a
23 good time to get some clarity on what he said verbally and
24 what he said in his document that he gave me. So I was
25 talking to him about the -- my personal Bible on my desk.

Page 4407

1  And I said something to him about are you referring or are
2  you talking about the FCA Bibles in the back of the room in
3  the box in the back. And when I -- the discussion went into
4  that area. I just remember seeing a look on his face that
5  was, I thought, rather interesting. It was a look of,
6  I guess, surprise.
7      We continued talking, and we were discussing the time
8  periods in complying with the April 7th. And I asked when
9  they needed to be out, and the decision was made for that
10 following Wednesday, April 16th.
11     And then we got back to the aspect of my personal Bible,
12 and he goes, Oh, you may keep your personal Bible there, but
13 you need to remove the FCA Bibles.
14     So I walked out, and I think -- my clarity was much
15 better. I remember asking again, and the clarity was much
16 better. So I remember walking out of that meeting thinking,
17 Okay, that's clearer.
18     So I remember saying something to Jordan on the way
19 home --
20 Q. Who's Jordan?
21 A. My daughter.
22     -- about the FCA Bibles; we need to get them out on
23 Monday, out of the classroom.
24 Q. Did she do that?
25 A. Yes, she did that on Monday, that following Monday,