Page 4673

1  A. No.
2  Q. Then it says, including these examples: That you
3  discussed with students the meaning of Easter, Good Friday
4  including the resurrection. Your response to that is?
5  A. No.
6  Q. In the presence of Jim Stockdale, it states that you
7  taught your eighth grade students that, quote, the Bible
8  states that homosexuality is a sin, so anyone who is gay
9  chooses to be gay and is, therefore, a sinner. Your response
10 to that?
11 A. I never said anything like that.
12 Q. Did you create a hostile environment for some of your
13 students?
14 A. No.
15 Q. Despite Zach Dennis's testimony that you didn't say
16 this, it's still in the charging document, so let me make
17 sure I get this right.
18     It says in your eighth grade science class
19 Mr. Freshwater has expressed his personal belief in the flood
20 theory as it relates to Noah's ark. Have you ever expressed
21 your personal belief as it relates to the flood depicted in
22 the Bible concerning Noah?
23 A. No.
24 Q. We learned today for the very first time, because
25 somebody actually asked you why, you made use of the word

Page 4674

1  "here."
2      Did you use the word "here" when the textbook
3  contradicted religious or biblical perspectives?
4  A. No.
5  Q. Part No. 3 states that you violated your duties as the
6  monitor for the FCA at the middle school. Monitor is not the
7  only thing you do, is it?
8  A. Supervisor and facilitator.
9  Q. Okay. And it states here that you conducted and led
10 prayer at these meetings. Did you do such?
11 A. No.
12 Q. Other than your daughter, have you ever talked to any
13 student there at the FCA about leading a prayer?
14 A. No.
15 Q. Did you frequently, whatever that is supposed to mean,
16 go beyond your role as the monitor of FCA and contact guest
17 speakers?
18 A. No.
19 Q. Did you ever frequently recommend speakers to students?
20 A. No.
21 Q. As it relates to insubordination, John, did you try to
22 make a point with any of the things in your classroom?
23 A. No.
24 Q. As it relates to insubordination, did you remove the
25 things that Mr. White identified for you?

Page 4675

1  A. Yes.
2  Q. As it relates to insubordination, was there confusion or
3  lack of clarity as it relates to the different meetings of
4  April 7th, April 11th, as to whether or not you could keep
5  your personal Bible in your classroom?
6  A. Yes, it was confusing.
7  Q. And who created that confusion for you?
8  A. That would be Mr. White.
9  Q. John, if we had to sum this up, what is the -- what is
10 the primary piece of evidence or information that you believe
11 exonerates you as it relates to all of the allegations
12 concerning the Tesla coil?
13 A. I would pick January 22nd, 2008.
14 Q. And what is significant about that date?
15 A. That was the day that I received a letter in my mailbox
16 from Mr. White that said that do not use the Tesla coil
17 anymore, which I complied with, and it won't be put in your
18 personal file. It was a done deal. Using your terms, it was
19 adjudicated.
20 Q. Now, that's the single piece of evidence. There's a
21 bunch of evidence behind that?
22 A. Yes, but you told me to pick one. That's one.
23 Q. I did. What's the primary piece of evidence or pieces
24 of evidence that exonerates you as it relates to all the
25 academic content standards alleged violations?

Page 4676

1  A. That would be simple. My -- which I said over and over,
2  my OAT scores. And I teach the academic content standards.
3  Q. As it relates to all these allegations concerning the
4  FCA alleged violations, what's the single piece of evidence
5  or the primary pieces of evidence that exonerates you as to
6  all of those allegations concerning the FCA?
7  A. All the witnesses that have come in here, sat in here.
8  I could think of one that stands out right now. I talked
9  about him today. It would be Pastor Zirkle. If I was going
10 to pick out one of all the witnesses, that would be the one
11 that I still just can't understand how that would ever
12 happen, how would you not interview somebody that -- why the
13 prosecuting attorney did not interview that all the
14 allegations are stemming from. That does not make sense to
15 me whatsoever. And I'm talking over a year until you finally
16 speak to him, and he says, I was wondering when someone would
17 speak to me.
18 Q. John, if your medical records demonstrate that Zachary
19 Dennis was being untruthful, can you believe him on anything
20 else?
21 A. No, you cannot.
22 Q. As it relates to insubordination, what's the primary
23 evidence or pieces of evidence that exonerates you in that
24 situation?
25 A. I would pick two things. It would be the -- this book,