1  Q.   Did you refuse any medication for the pain?
2  A.   No.
3  Q.   Was there ever any conversation from the time you had
4  that mark until the time it went away about taking you to the
5  doctor or the hospital?
6  A.   Not that I remember.
7  Q.   You tell your mom you're in pain, and her reaction is to
8  take a picture of it.  Does she usually take pictures of
9  areas that are causing you pain?
10 A.   No.
11 Q.   Do you think it was odd that your mom would take a
12 picture?
13 A.   No.
14 Q.   Now, the mark lasted how long?
15 A.   About a week and a half, two weeks.
16 Q.   And was there pain the entire time the mark was there?
17 A.   No.
18 Q.   When did the pain stop?
19 A.   Maybe a few days after.
20 Q.   When you talked to Ben Nielson, did you tell him you
21 were in pain?
22 A.   No.
23 Q.   Did you actually tell him it didn't hurt?
24 A.   Yes.
25 Q.   And when you said to Ben Nielson it didn't hurt, were