UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE, et al.,**

      **Plaintiffs,**         Case No. 2:08-cv-575
                                    JUDGE GREGORY L. FROST
    **v.**                           Magistrate Judge Norah McCann King

**MOUNT VERNON CITY SCHOOL**
**DISTRICT BOARD OF EDUCATION, et al.,**

      **Defendants.**

## ORDER

This matter is before the Court for consideration of CounterClaimant John Freshwater's Motion for Leave to File. (Doc. # 71.) In that motion, Freshwater's counsel explains that he inadvertently filed a draft of Freshwater's memorandum in opposition to Plaintiff's motion for partial summary judgment (Doc. # 70) and that the draft did not have any exhibits attached to it. Counsel requests permission to replace that filing with the correct document and exhibits. The Court **GRANTS** Freshwater's motion and **DIRECTS** the Clerk to file the exhibits attached to Doc. # 71 and enter on the docket text "CounterClaimant/Defendant John Freshwater's Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment."

    IT IS SO ORDERED.

                                            /s/ Gregory L. Frost
                                            GREGORY L. FROST
                                            UNITED STATES DISTRICT JUDGE