# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE, et al.,** | **Case No. 2:08 CV 575** |
| **Plaintiffs,** | **Judge Frost** |
| v. | **Magistrate Judge King** |
| **MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al.,** | |
| **Defendants.** | |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS

Please take notice that Matthew R. Johnson hereby enters his appearance as co-counsel for Plaintiffs. Please serve a copy of all notices, correspondence or orders on Mr. Johnson, who is admitted to practice in this Court, at the following address:

| | |
|---|---|
| Date: April 12, 2010 | Matthew R. Johnson (0085469) |
| | JONES DAY |
| | P.O. Box 165017 |
| | Columbus, Ohio 43216 |
| | Telephone: (614) 469-3939 |
| | Facsimile: (614) 461-4198 |
| | E-mail: matthewrjohnson@jonesday.com |

Respectfully submitted,


s/ Matthew R. Johnson
Matthew R. Johnson (0085469)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215

Mailing address:
P.O. Box 165017
Columbus, OH 43216

Telephone: (614) 469-3939
Facsimile: (614) 461-4198
matthewrjohnson@jonesday.com

Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2010, I electronically filed the foregoing Notice of Appearance on Behalf of Plaintiffs with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail address on file with the Court:

Robert H. Stoffers
Jason R. Deschler
MAZANEC, RASKIN, RYDER & KELLER, CO., LPA
250 Civic Center Drive, Suite 400
Columbus, OH 43215

*Counsel for John Freshwater*

R. Kelly Hamilton
4030 Broadway
P. O. Box 824
Grove City, OH 43123

*Counsel for John Freshwater*

                                                                              s/ Matthew R. Johnson
                                                                              Matthew R. Johnson