UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE, et al.,

      Plaintiffs,

v.

MOUNT VERNON CITY SCHOOL
DISTRICT BOARD OF EDUCATION, et al.,

      Defendants.

Case No. 2:08-cv-575
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

## ORDER

This matter came on for consideration of the Motion to Withdraw as Counsel filed by Defense Counsel Robert H. Stoffers and Jason R. Deschler and their firm Mazanec, Raskin, Ryder & Keller Co., L.P.A., which is hereby **GRANTED**.  (Doc. # 88.)

    IT IS SO ORDERED.

                                                      s/ Gregory L. Frost
                                                      GREGORY L. FROST
                                                      UNITED STATES DISTRICT JUDGE