UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE, et al.,**

    **Plaintiffs,**

    v.                                      Case No. 08-cv-575
                                            Judge Gregory L. Frost

**MOUNT VERNON CITY SCHOOL
BOARD OF EDUCATION, et al.,**

    **Defendants.**

## **ORDER**

This matter is before the Court for consideration of Defendant, Freshwater's May 3, 2010 Motion to Continue. (Doc. # 92.) Pursuant to S.D. Ohio Civ. R. 1.1(c), the Court modifies the traditional briefing schedule set forth in S.D. Ohio Civ. R. 7.2(a)(2). The parties shall adhere to the following expedited briefing schedule:

(1) Memorandum in opposition shall be filed by May 7, 2010.

(2) Reply shall be filed on or before May 10, 2010.

(3) The motion shall come on for a non-oral hearing on May 11, 2010.

**IT IS SO ORDERED**.

                                                             s/ Gregory L. Frost
                                                      GREGORY L. FROST
                                                      UNITED STATES DISTRICT JUDGE