**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**PLAINTIFFS' MOTION TO PLACE CERTAIN EXHIBITS FILED**
**BY DEFENDANT JOHN FRESHWATER UNDER SEAL**

Plaintiffs Stephen and Jenifer Dennis, individually and as the natural parents and next friends of their minor child, ZD (the "Dennises"), hereby move the Court for an order to place under seal certain exhibits filed by Defendant John Freshwater ("Freshwater"). The documents in question include Exhibits 2 and 3 (Doc. Nos. 92-2 and 92-3) filed in support of Freshwater's recent Motion for Continuance of Trial Date (Doc. No. 92). These documents should be placed under seal because they disclose confidential settlement information and make inflammatory remarks regarding certain minors. To prevent these documents from being made part of the public record, therefore, the Dennises respectfully request that the Court issue the proposed attached order to place the documents under seal.

Respectfully submitted,


s/ Douglas M. Mansfield
Douglas M. Mansfield (0063443)
(Trial Attorney)
dmansfield@jonesday.com
JONES DAY
325 John H. McConnell Blvd. Ste. 600
Columbus, OH 43215

(614) 469-3939 (telephone)
(614) 461-4198 (fax)

Mailing Address:
JONES DAY
P.O. Box 165017
Columbus, OH 43215-2673

Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 4, 2010, I electronically filed the foregoing Motion and proposed order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail address on file with the Court:

R. Kelly Hamilton
4030 Broadway
P. O. Box 824
Grove City, OH 43123

*Counsel for Defendant John Freshwater*

<u>s/ Douglas M. Mansfield</u>_____
Douglas M. Mansfield

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**ORDER PLACING CERTAIN EXHIBITS FILED BY
DEFENDANT JOHN FRESHWATER UNDER SEAL**

Plaintiffs' motion to place under seal certain exhibits filed by Defendant John Freshwater, Doc. No. 94, is GRANTED with respect Exhibits 2 and 3 (Doc. Nos. 92-2 and 92-3) filed in support of Freshwater's Motion for Continuance of Trial Date (Doc. No. 92).

**IT IS SO ORDERED.**

_____
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE