IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**ORDER PLACING CERTAIN EXHIBITS FILED BY
DEFENDANT JOHN FRESHWATER UNDER SEAL**

Plaintiffs' motion to place under seal certain exhibits filed by Defendant John Freshwater, Doc. No. 94, is GRANTED with respect Exhibits 2 and 3 (Doc. Nos. 92-2 and 92-3) filed in support of Freshwater's Motion for Continuance of Trial Date (Doc. No. 92).

**IT IS SO ORDERED.**

/s/ Gregory L. Frost
_____
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE