**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

## PLAINTIFFS' MOTION TO PLACE UNDER SEAL CERTAIN EXHIBITS FILED BY DEFENDANT JOHN FRESHWATER

Plaintiffs Stephen and Jenifer Dennis, individually and as the natural parents and next friends of their minor child, ZD (the "Dennises"), hereby move the Court for an order to place under seal certain exhibits filed by Defendant John Freshwater ("Freshwater"). The documents in question include Exhibits 4 and 6 (Doc. Nos. 97-4 and 97-6) filed in support of Freshwater's recent Reply to Document 96 – Reply to Plaintiffs' Response to Defendant's Motion for Continuance and Motion for Sanctions for Defendant's Failure to Comply with This Court's Discovery Orders (Doc. No. 97). These documents should be placed under seal because they disclose confidential settlement information in violation of the Local Rules. S.D. Ohio Civ. R. 16.3(c). To prevent these documents from being made part of the public record, therefore, the Dennises respectfully request that the Court issue the proposed attached order to place the documents under seal.

Respectfully submitted,


s/ Douglas M. Mansfield
Douglas M. Mansfield (0063443)
(Trial Attorney)
dmansfield@jonesday.com
JONES DAY
325 John H. McConnell Blvd. Ste. 600
Columbus, OH  43215


(614) 469-3939 (telephone)
(614) 461-4198 (fax)

Mailing Address:
JONES DAY
P.O. Box 165017
Columbus, OH  43215-2673

Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on May 12, 2010, I electronically filed the foregoing Motion with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

following at his e-mail address on file with the Court:

R. Kelly Hamilton
4030 Broadway
P. O. Box 824
Grove City, OH 43123

*Counsel for Defendant John Freshwater*

           s/ Douglas M. Mansfield
           Douglas M. Mansfield

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**ORDER PLACING CERTAIN EXHIBITS FILED BY
DEFENDANT JOHN FRESHWATER UNDER SEAL**

Plaintiffs' Motion to Place Under Seal Certain Exhibits Filed by Defendant John

Freshwater, Doc. No. 99, is GRANTED with respect to Exhibits 4 and 6 (Doc. Nos. 97-4 and

97-6) filed in support of Defendant John Freshwater's Reply to Document 96 – Reply to

Plaintiffs' Response to Defendant's Motion for Continuance and Motion for Sanctions for

Defendant's Failure to Comply with This Court's Discovery Orders (Doc. No. 97).

**IT IS SO ORDERED.**

_____
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE