IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
TIME_____

MAY 1 3 2010

JAMES BONINI, Clerk
COLUMBUS, OHIO

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**ORDER PLACING CERTAIN EXHIBITS FILED BY
DEFENDANT JOHN FRESHWATER UNDER SEAL**

Plaintiffs' Motion to Place Under Seal Certain Exhibits Filed by Defendant John Freshwater, Doc. No. 99, is GRANTED with respect to Exhibits 4 and 6 (Doc. Nos. 97-4 and 97-6) filed in support of Defendant John Freshwater's Reply to Document 96 – Reply to Plaintiffs' Response to Defendant's Motion for Continuance and Motion for Sanctions for Defendant's Failure to Comply with This Court's Discovery Orders (Doc. No. 97).

**IT IS SO ORDERED.**

_____
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE