

**Walmart Tire & Lube Express**

STORE# 5466  
1693 STRINGTOWN ROAD  
GROVE CITY, OH 43123-0000 US  
(614)539-8560  
LIC# OHIO  

## Service Order:



485700 **67511**

| DATE | NAME | | PHONE # | |
|---|---|---|---|---|
| 05-26-2010 | HAMILTON, KELLY | GROVE CITY, OH 43123 | (614)875-4174 | |
| YEAR | MAKE | MODEL | COLOR | |
| 2004 | CHEVROLET | TAHOE | Maroon | |
| LICENSE | ODOMETER | CUSTOMER ARRIVAL TIME | SERVICE COMPLETED TIME | |
| PETR 410 | 77828 | 2010-05-26 09:46 AM | 2010-05-26 11:44 AM | |

| Service Description | Service |
|---|---|
| FLAT REPAIR TUBELESS  [ 2 @ 10.00] | 20.00 |
| Discount for above Item | - 20.00 |
| - Tire Pressure - CHECKED, Ft.32 R.32    - Balance - NO ACTION | |
| - Balance - NO ACTION    - Flat Repair - COMPLETE | |
| - Flat Repair - COMPLETE    - Valve Stem Optional - NO ACTION | |
| - Valve Stem Optional - NO ACTION | |
| LUG TORQUE | |
| Passenger Front    140 FT-LB    Passenger Rear    140 FT-LB | |

| Merchandise Description | Quantity | Unit Price | Merchandise |
|---|---|---|---|

Estimate: You have the right to an estimate if the expected cost of repairs or services will be more than twenty-five dollars. Initial your choice:

_____ written estimate

_____ oral estimate

_____ no estimate

Notice: If the expected cost of a repair or service is more than twenty-five dollars, you have the right to receive a written estimate, oral estimate, or you can choose to receive no estimate before we begin work. Your bill will not be higher than the estimate by more than ten percent unless you approve a larger amount before repairs are finished. Ohio law requires us to give you a form so that you can choose either a written, oral, or no estimate.

| | Total (Excluding Tax) | 0.00 |
|---|---|---|

**Customer Comments**  
**PAGE OVERHEAD**

**Technician Comments**  
**Reason for Flat: Passenger Front, BEED LEAK**

### DISCLAIMER

I hereby authorize the stated repair work to be done along with the necessary material, and hereby grant Wal-Mart permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. Wal-Mart is not responsible for loss or damage to vehicle or articles left in vehicles in case of fire, theft or any other cause beyond Wal-Mart's control. I understand that any inspection of my vehicle's tires was limited to the following: (1) visual inspection of obvious conditions in plain sight only, (2) tread depth measurement at one reachable location only; and (3) air pressure check. This was not a complete safety inspection of my vehicle's tires. I understand that the tread depth measurement of each tire does not necessarily represent the tread depth in any other area of the tire. The inspection was limited to visually noticeable conditions in plain sight at that time. I also understand and acknowledge that the safety and performance of my vehicle's tires will be affected by road and driving conditions.

_R. [signature]_                05-26-2010

| CUSTOMER SIGNATURE | DATE |
|---|---|

I do agree and fully understand that my motor vehicle had a low oil level when I brought it to Wal-Mart for an oil change. This was pointed out to me, that I willingly requested Wal-Mart to change the oil. I will not hold Wal-Mart responsible for any damage to my motor vehicle by the low oil level.

SIGNED

DATE

QUALITY CONTROL TECH: FRAZIER 3586  
SERV WRTR/GREETER: EDDIE 3004  
TIRE TECHNICIAN: KEVIN 2194

**HAVE YOUR LUG NUTS RETORQUED AFTER THE FIRST 50 MILES.**