UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE, et al.,**

    **Plaintiffs,**

    v.                                **Case No. 08-cv-575**
                                         **Judge Gregory L. Frost**

**MOUNT VERNON CITY SCHOOL**
**BOARD OF EDUCATION, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of Defendant, Freshwater's June 15, 2010 Motion for Reconsideration. (Doc. # 107.) Pursuant to S.D. Ohio Civ. R. 1.1(c), the Court modifies the traditional briefing schedule set forth in S.D. Ohio Civ. R. 7.2(a)(2). The parties shall adhere to the following expedited briefing schedule:

(1) Memorandum in opposition shall be filed by July 6, 2010.

(2) Reply shall be filed on or before July 13, 2010.

(3) The motion shall come on for a non-oral hearing on July 14, 2010.

**IT IS SO ORDERED**.

                                                                            s/ Gregory L. Frost
                                                                    GREGORY L. FROST
                                                                    UNITED STATES DISTRICT JUDGE