# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

## ORDER PERMITTING THE DISCLOSURE OF R. KELLY HAMILTON'S BILLING RECORDS RELATED TO THE REPRESENTATION OF FRESHWATER

Plaintiffs' Expedited Motion to Permit the Disclosure of R. Kelly Hamilton's Billing Records Related to the Representation of Freshwater (Doc. No. 109) is GRANTED. The Mount Vernon City School District Board of Education and its counsel may produce to Plaintiffs Stephen and Jenifer Dennis, individually and as the natural parents and next friends of their minor child, Z. D. (the "Dennises"), the billing records of R. Kelly Hamilton related to the representation of John Freshwater. Production of these records to the Dennises does not violate this Court's Gag Order regarding the disclosure of settlement information in the parallel case of *John Freshwater, et al. v. Mount Vernon City School District Board of Education, et al.*, No. 2:09-cv-464 (Doc. No. 56).

**IT IS SO ORDERED.**

/s/  Gregory L. Frost
---
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE