**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, et al., | Case No. 2:08 CV 575 |
| Plaintiffs, | Judge Frost |
| v. | Magistrate Judge King |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL AN EXHIBIT CONTAINING DOCUMENTS SUBJECT TO A GAG ORDER**

Plaintiffs' Motion to File Under Seal An Exhibit Containing Documents Subject to a Gag Order is GRANTED.  Plaintiffs will manually file the exhibit with the Clerk.

**IT IS SO ORDERED.**

```
                          /s/  Gregory L. Frost
                         _____
                         GREGORY L. FROST
                         UNITED STATES DISTRICT JUDGE
```