**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN OHIO DISTRICT**
**EASTERN DIVISION**

**JOHN DOE, et al.,**

        **Plaintiffs,**

    **v.**

**MOUNT VERNON CITY SCHOOL**
**BOARD OF EDUCATION, et al.,**

        **Defendants.**

<u>**NOTICE**</u>

**Case No. 08-cv-575**
**Judge Gregory L. Frost**

 

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:      United States District Court
               Joseph P. Kinneary U.S. Courthouse    **THURSDAY**,
               85 Marconi Boulevard                **July 29, 2010**
               Columbus, Ohio 43215              **@ 9:00 A.M.**

TYPE OF PROCEEDING:   **<u>ORAL HEARING ON MOTION FOR RECONSIDERATION</u>**

GREGORY L. FROST
UNITED STATES DISTRICT JUDGE

DATE: July 14, 2010

  /s/ Kristin Norcia
(By) Kristin Norcia, Judicial Assistant