OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

JAMES BONINI
CLERK

2010 JUL 23 P 1:10
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

Hasler
016H126506986
$00.440
Mailed From 07/14/2010
43215
US POSTAGE

Raymond Kelly Hamilton
3800 Broadway
Grove City, OH 43123

NIXIE    430    4C 1    70    07/22/10
       RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD

BC: 43215                *1746-12358-14-30