CIVIL MINUTES
7/29/10 ORAL HEARING ON MOTION FOR RECONSIDERATION
C2-08-575, DOE, ET AL. V. FRESHWATER

PLAINTIFF COUNSEL: DOUGLAS MANSFIELD & MATTHEW JOHNSON
DEFENDANT COUNSEL: R. KELLY HAMILTON

Defendant's and Plaintiff's counsel opening statements

Defendant counsel called John Freshwater to the stand.
Cross examination of Mr. Freshwater by Mr. Mansfield.
Redirect examination of Mr. Freshwater by Mr. Hamilton.
Re-cross examination of Mr. Freshwater by Mr. Mansfield.
Redirect examination of Mr. Freshwater by Mr. Hamilton.
Re-cross examination of Mr. Freshwater by Mr. Mansfield.

Plaintiff calls Stephen Short to the stand.
Cross examination of Mr. Short by Mr. Hamilton.
Redirect examination of Mr. Short by Mr. Mansfield.

Plaintiff calls David Millstone to the stand.
Cross examination of Mr. Millstone by Mr. Hamilton.

Closing arguments by counsel.

The Court will issue its ruling in due course.